FILED

2025 FEB 14  PM 3: 38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

1  NAME: Cesar Augusto Cordon Sosa

2  ADDRESS: 1508 Alameda St

3  Pomona California 91768

4  PHONE:762-244-2049

5  FAX:_____

6  IN PRO PER

7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

8

9                                                    **CASE NUMBER**

Cesar Augusto Cordon Sosa

10                                                   CV25- 1307- SPG (RAOx)

11

12                                    Plaintiff

            v.

13                                                   **Petition For Writ of Certiorari**

Wingz Inc.

14

15

16  The Petitioner filed a lawsuit against the Companie Wingz Inc, on October 18, 2022, for a

    breach a contract allow an illegal labor interference with knowledge of Southeast Trans Inc

17  and Verida Inc, using the excuse that the Petitioner had to undergo training that

18  Contract with the Company Wingz Inc, did not require. All this confirmed by the defense

19  attorneys for the Company John Douglas Bennett, on November 30, 2022, and January 17,

20  2023.

                                      1

21   On January 26, 2023, the Petitioner had a hearing( Oral Hearing)  in the Superior Court of

22   Floyd County, requested by the defender attorney Bennett, where in that hearing the

23   Judge Bryan Thomas Johnson, told them that was a breach of contract, but the case will

24   continue until new hearing date,

25   On February 23, 2023, the Petitioner incorporated a Motion to Discovery, but the attorney

26   Bennett never response,

27   On April 18, 2023, The Petitioner incorporate another Motion for Compelling, but the

28   attorney Bennett, never response, instead.

29   On March 16, 2023, he incorporated a Motion of Defendant First Request For Admission

30   On March 17, 2023, the attorney Bennett continues with the incorporation of Motions in this

31   he incorporated Defendant First Interrogatories To Plaintiff, of 26 questions.

32   On same date March 17, 2023, the attorney incorporated another Defendant First production

33   of documents to Plaintiff, 29 questions, all those 3 motions was with the bad faith to Petitioner

34   failed to response and wing the case by default. In all motion was not related to the labor

35   cases, because he asks questions like immigration status of the Petitioner, Social Security

36   of the petitioner, Family, Friends and Employer.

37   On June 22, 2023. The attorney Bennett send an email to Petitioner asking for

38   Compelling, I respond to him that in the way that is is asking for Compelling he must

39   comply with February 23, 2023, and April 18, 2023, Compelling, but at the same time

40   I requested the Judge Bryan Thomas Johnson to order such request but he never response

41   On Augusto 8, 2023, incorporated a subpoena to the Superior Court of Floyd County, and

42   send the subpoena to Petitioner on the 9 of August 2023, subpoena that never was delivery

43   the Petitioner hand, they trough on the back of the residence of Petitioner, such subpoena

44   never comply with the Law, for many reasons, like no personal delivered, no explanation

45   what was about as the law required, all these actions was premeditated by the attorney

46   Bennett requesting a court date on August 16, 2023, (note the request was by the attorney

47   Bennett not by the Judge).

48   On September 7, 2023, the judge order the Petitioner to appear at the court, in which the

49   Petitioner appear, and the judge sanction the Petitioner with $. 3,150.00 as attorney fees

50   because the attorney Bennett asked the judge to get pay $. 350.00 per hour, and he invested

51   ten hours of labor in subpoena that as his experience of 15 years will take only 30

52   minutes or less, I asked the judge why he was sanctioning me, and he answered because I

53   refused to appear on August 16, 2023, order, I told him that he never orders me to do so,

54   the Petitioner requested in 4 Motions to order such hearing, also he ordered the Petitioner

55   to go a Deposition request by the attorney Bennett over 60 miles of the residence of the

56   Petitioner even the Petitioner ask him to order to be in the same Court House of where the

57   Petitioner lives, but the attorney Bennett request to be in his office, and the Judge agree.

58   on the same hearing the Petitioner asked the judge why he did not sanction the attorney

59   Jonh Douglas Bennett, for non-response the February 23, 2023, and April 18, 2023 Motions

60   the Judge answer, that I have incorporated the Motion of Compelling, I told the Judge that

61   the Petitioner already incorporated that Motion on April 18, 2023, but he did response to

62  Petitioner. But never sanction the attorney Bennett, from that day, the favoritism of

63  Judges start showing in what side they were. I request Judge Johnson to order the

64  attorney Bennett, the description of why he was charging 10 hours of labor in 30 minutes

65  subpoenas, but he never response.

66  On October 3, 2023, the Petitioner appears at the deposition order by Judge Johnson,

67  even the Lay says that it cannot be more than 30 miles Petitioner drove over 60 miles, at

68  the deposition the attorney Bennett changed the questionary and made over 200 questions

69  knowing that there are only 50 allows by the Law, and all questions were not related of

70  what he incorporated to the court, the questions were based on immigration, Family,

71  Child Support, Social Security, Crimes, and status of Immigration as how Petitioner came

72  into the United States, legally or illegally, asking for my wife information, Bankruptcy, the

73  Petitioner requested Judge Johnson to sanction the attorney Bennett for the violation

74  for not followed what he incorporated on the court, and also ask the Judge for the

75  transcripts and the video recorded but always ignored the Petitioner request.

76  On May 9, 2024, the Petitioner incorporated a Notice of Appeal, regarding the action used

77  by the court to make favoritism to the attorney John Douglas Bennett.

78  On May 23, 2024, the Petitioner incorporated Second Amended of Appeals, for the reason

79  that the court was asking for $. 1644.00 Dollars to the Petitioner to transfer the file to the

80  Georgia Court of Appeals, where the Petitioner incorporated 926 copies because was the

81  court was asking for a dollar per copy and the Petitioner was suffering a bad time of the

82   economies, caused by the lost of his job, but the Judge ignore the Petitioner petition as

83   always, as the motion of discovery, compelling, sanctions.

84   On December 4, 2023, the court order to be on a Mediation if not the Petitioner will be

85   sanctioned, but as the attorney Bennett has been shown that he is the one who gives the

86   orders, he refuses to go, saying that not necessary because he already win the case, as he

87   confirms the Petitioner months before of the final court date that he already wins the case,

88   the question is how he already knows that he wins having no even 1 evidence to wing.

89   On March 4, 2024, Judge Johnson give an order to in a hearing that day, but the judge

90   Johnson was changed without any notification to the Petitioner, HERE IS WHERE THE

91   SUSPICIOUS OF CORRUPTION BETWEEN THE ATTORNEY BENNETT AND THE

92   COURT WAS CONFIRMED. The Judge Walter J. Mathews who proceeds with the case

93   with the case, no even file to proceed, the Petitioner lent him the file, in other words he

94   does not know what to say, he was only reading and reading, and finally says, because

95   the Petitioner failed to pay the attorney Fees, and disobey the Judge Johnson Order,

96   the case will be put in hold until the Petitioner pays the attorney fees, the Petitioner

97   asking Judge Mathews where the Order from the Judge Johnson and he was get mad,

98   because such order didn't exist, it was only a strategy to dismiss the case because the

99   attorney Bennett and the Judges knows that Petitioner has no money to pay the sanction.

100  On March 19, 2024, the confirmation of the corruption was discovered when the attorney

101  prepared the resolution for Judge Mathews, that is a conflict of interest because the

102  attorney Bennett is who is defending the Wingz Inc company.

103    On November 7, 2024, the Judge Johnson give to the Petitioner an Order to appear at a

104    the court, regarding the Motion of Indigency that the Petitioner incorporated, in that

105    hearing the Judge Johnson refuse to see the Banks Statement from Petitioner, only make

106    calculations of what the Petitioner was making but no the debits caused by Wingz Inc

107    Company, all this was with the intention to avoid Petitioner Appeals be sent to the

108    Georgia Court of Appeals,

109    One Point of conservation that all this bad faith action from the Judges, is that on the

110    same hearing Judge Johnson told the Petitioner that he has already contact the Georgia

111    Court of Appeals and informed them of the case, that is another red flag from the Judges

112    it is generally not considered appropriate for a judge who issued

113    it is generally not considered appropriate for a judge who issued a resolution directly

114    contacts, the court where an appeal is being filed regarding that same case decision and

115    violates ethical guidelines regarding ex part communication. As proved this the evidence

116    that shows why the Judges do not want this appeal to reach the hands of the Judges of

117    the Georgia Court of Appeals, for that reason the court asks the Petitioner to pay the

118    amounts of $. 1,644.00 Dollar's, adding to this the rejection of the 926 Pages that Petitioner

119    incorporated to reduce the bill before mentioned, because based on the court the bill was

120    charged $. 1.00 per copy, but instead of helping him the Clerck Officer Barbara H. Person

121    took him out of the court like a dog or a criminal, just for the fact of asking for help,

122    because the Judges informed by the attorney Bennett knows the precarious economy

123   situation that left the Petitioner with the loss of his job unfairly and without legal basis.

124   For this reason, the Petitioner is incorporating the Petition of Writ of Certiorari, because

125   the way the opportunity for the case to be heard in the Georgia Court of Appeals, is being

126   denied, and the Petitioner had no choice but to ask for Federal assistance in a case were

127   evidences has been proven that there is possible corruption on both sides such Defense

128   attorneys and Judges,

129   The Petitioner was living in California for over 27 years, and knows that the judges in

130   this State respect themselves and the Constitution of the United States

131   Also the Petitioner knows that this is a wonderful State that protect the Immigrants and

132   I am sure that you as Judges will act with Justice and Equity.

Cesar Augusto Cordon Sosa

Petitioner

February 13-2025.

IN THE UNITED STATES 1764DISTRICT COURT CENTRAL DISCRICT OF CALIFORNIA.

Cesar Augusto Cordón Sosa,

Petitioner.

vs.

Wingz Inc.

Respondent's.

On Petition for a Writ of Certiorari To

The Georgia Court of Appeals

## PETITION FOR A WRIT OF CERTIORARI

Cesar Augusto Cordon Sosa

Petitioner

6 Payne Rd SW Rome Ga, 30165.

Cdwehelp21@gmail.com

762-244-2049.

1



I.       QUESTIONS PRESENTED.

**I. Why** did Judge Bryan Johnson sanction the Petitioner without giving notice or an order to appear at a hearing?

**II.**      Why did Judge Bryan Thomas Johnson not give importance to the subpoena filed by Petitioner on August 15, 2023, and did not apply sanctions against attorney John Douglas Bennett for failing to present the evidence required in the Motion Discovery of February 23, 2023, and Motion to Compelling on April 18, 2023?

**III.** Why did Judge Bryan Thomas Johnson, - according to Judge Bryan Johnson's own words, admit that Defense Attorney John Douglas Bennett should prepare the resolution for Judge Walter Mathews of Floyd County Superior Court?

**IV.**     Why did Judge Bryan Johnson never present to the Petitioner the order by which he sanctioned him according to the sanction was given on September 15, 2023 and the only order he gave to the Petitioner was to appear on October 3, 2023, to which the Petitioner complied with said order.

**V.**      Why did attorney John Douglas Bennett charge $350.00 for having worked according to him 10 hours in the preparation of the subpoena, which he sent on August 9, 2023, for the hearing on August 16, 2023?

**VI.**     Why did Judge Bryan Thomas Johnson not authorize attorney John Douglas Bennett to present the Bill with descriptions why he charged 10 hours labor invested in the subpoena, who being an attorney with 15 years of experience, would only take a maximum of 30 minutes?

**VII.** Why did Judge Bryan Thomas Johnson not sanction attorney John Douglas Bennett when he failed to respond to the Motion for Discovery of February 23, 2023?

**VIII.** Why did Judge Bryan Johnson does not respond to Petitioner's Memorandum of Law in Support of Petitioner Motion for Compelling Discovery of Wingz Company on April 18, 2023.

**IX.** Why did Ms. Brittany Whaley ask Petitioner to appear at mediation on December 15, 2023, and attorney John Douglas Bennett ordered that such mediation was not needed because he had already won the case and Judge Thomas Bryan Johnson did not sanction attorney John Douglas Bennett for ignoring that order. But he did sanction Petitioner for one that he never gave?

**X.**    Why did Judge Thomas Bryan Johnson block the documents of the case from being sent to the Georgia Court of Appeals, based on the resolution of November 6, 2024, knowing that the appeal was caused by attorney Bennett for charging attorney fees even against Georgia law?

**XI.**    Why did Judge Bryan Thomas Johnson never respond to the Motion for Impeachment that the Petitioner made to Mrs. Barbara Penson, Clerk Officer, having taken out under signs that the Petitioner withdraw from the court, just for the simple fact of asking her to please not charge me the 1,644.00 that they were asking to transfer the case to the Georgia Court of Appeals.

XII.    Why the Judge Bryan Thomas Jonson ignore the Motion Incorporated on October 5, 2023, Compliance with the Order and Objection to the Deposition?

## II.    Table of Contents.

I.    Question Presented ......................................................................Page 2-3.

II.    Table of Contents.................................................................... Page 3-4.

III.    Table of Authorities....................................................................Page 4-5.

IV.    Status...........................................................................................Page 5.

V.    Constitutional Provisions.............................................................Page 5.

VI.    Petition for Writ of Certiorari......................................................Page 5.

VII.    Opinions Below .........................................................................Page 5.

VIII.  Partiality, and Possible Corruption of Georgia Floyd County Superior

Court.........................................................................................Page 5-6-7.

IX.    Jurisdictions................................................................................Page. 7.

3

10

X.      Constitutional Provisions Involved.................................................................Page 8.

XI.     State Provision Involved..................................................................................Page 8-9.

XII.    Statement of the Case ....................................................................................Page 9-10.

XIII.   List of the People Involved..............................................................................Page 10.

XIV.    Direct Appeal...................................................................................................Page 10.

XV.     History of the case...........................................................................................Page 10-15.

XVI.A. Ignoring all Motion.........................................................................................Page 15-17.

XVI.B  Defendants to Responds................................................................................. Page 17-19.

XVI.C. Order Denying Motion....................................................................................Page 19-20.

XVII.   Contradiction of Witness Statements.............................................................Page 20-21.

XVIII.Tourtios interference......................................................................................Page 21-23.

XIX.    Reason for Granting the Writ.........................................................................Page 24.

XX.     Summary of the argument...............................................................................Page 24-25.

XXI.    Damages Request to be Paid to the Petitioner...............................................Page 25.

XXII.   Conclusion........................................................................................................Page 26.

### III.      Table of Authorities

Bloodworth v. Thompson, 230 Ga. 628, 198 S.E. 2d 293 (1973). 28 U.S.C. §§ 1254, 1257, and

2101(c).

GA Code § 9-11-58 (2020

Edenfield V. State 147 Ga. App. 502 (Ga. Ct. App. 1978). 249 S. E. 2d 316. ct. 12, 1978)

EdenField V. State.

Adams v. Payne 219 Ga. 638, 641 (135 S. E. 2d 423) (1964).

28 U.S. Code § 144 -

Maroska v. Williams, 146 Ga.App. 130, 245 S.E.2d 470 (1978),

Kachwalla v. Byrne 198 Ga. App. 454 (1991). 402 S.E. 2d 74.

Uddin v. Country Place Condo. Ass'n, Inc. 798 S.E.2d 733 (Ga. Ct. App. 2017) • 341 Ga. App. 118 Decided Mar 29, 2017.

### IV.    Status.

28 U.S.C. 1257............................................................................................Page 8.

### V.    Constitutional Provisions.

United States Constitution Amendment V..............................................................Page 9.

United States Constitution Amendment VII............................................................Page 9.

Unites States Constitution Fourteenth Amendment..................................................Page 9.

### VI. Petition for Writ of Certiorari

Cesar Augusto Cordon Sosa, (Petitioner) respectfully petitions this court for a Writ of Certiorari to Review the Judgments of the Georgia Floyd County Superior Court. Based on constitutional violations of the rights and Georgia Code of Judicial Conduct, and Partiality again of the Petitioner, where its resolutions are not supported by any State or Federal law, much less any Constitutional law.

### VII. Opinions Below

The decision by Floyd County Superior Court Case #. 22CV01681-3 denying Mr. Cesar Augusto Cordon Sosa (Petitioner) the right to appeal to the Georgia Court of Appeals, charging him a transfer fee of $1,644.00 for the transfer of documents, and been the Court and judges' fault that the appeal was brought to that stage. According to the court, the petitioner was charging $1.00 per page, since the judges knew that it was the only way to stop the appeal, since it revealed all their atrocities, biases and shameless actions in order to support the corrupt attorney John Douglas Bennett, who sent a petition without any legal basis established by state and federal law.

### VIII.  Partiality, and Possible Corruption of Georgia Floyd County Superior Court.

1.    The Georgia Floyd County Superior Court on November 27, 2024, on Case # 22CV01681-3 committed violations of the Petitioner by denying the right to appeal. in its

5

12

resolution describes that the appeal to the Georgia Court of Appeals is dismissed for not paying the court fees to transfer the documentation, Where the judge refused to see the evidence presented by the Petitioner of his income and debts to be paid (Bank Statement), because it was the planned strategy to avoid going to the Georgia Court of Appeals, this being the fault of the same court for the possible participating in the corruption of attorney John Douglas Bennett. The question is why does the Petitioner have to be paying for the errors of the courts?

EXHIBIT 1. PAGE 5 and 6.

2.      The Georgia Floyd County Superior Court on September 15, 2023, sanctioned the Petitioner for according to the judge not having appeared at a hearing that the same judge ordered for August 16, 2024, where said judge never gave any order for the petitioner to appear at said hearing requested by attorney John Douglas Bennett.

EXHIBIT 2. PAGE 6.

3.      The Georgia Floyd County Superior Court, On March 4, 2024, Judge Bryan Thomas Johnson issued an order to present a hearing to which the Petitioner appeared, but suddenly without notifying the Petitioner of the change of Judge Johnson to Judge Walter J. Mathews, where Judge Mathews according to the words of Judge Bryan asked attorney John Douglas Bennett to prepare the resolution for him on March 19, 2024. (a disgrace to justice).

EXHIBIT 3. PAGE 6.

4.      The Georgia Floyd County Superior Court, showed its deficiency, by holding the hearing and not bringing the file from which it was going to give the resolution, since the Petitioner lent Judge Mathews the documentation so that he could proceed with the case, which leaves many questions unanswered, how can a judge give a verdict if he did not even know what the case was about?

5.      The Georgia Floyd County Superior Court, even though it ordered us to appear at a Mediation in December 2023, did not sanction attorney John Douglas Bennett who clearly wrote to them that there was no need for that Mediation because he had already won the case,

13

which he also confirmed, several months later, via email, he notified the Petitioner that he had

already won the case. Questions that were left open since the court had not even given a hearing

date, and once again confirming via email that he had won the cases due to corruption, and

even so, he was not sanctioned for all those mockeries of the law, but the Petitioner was not

sanctioned for not appearing at a hearing that he was never ordered to appear at. This marks

the partiality and participation of the judges of this court.

EXHIBIT 4. PAGE 6 and 7.

**6.**    The Georgia Floyd County Superior Court, on November 6, 2024, at the hearing

rejected the documentation of evidence that the Petitioner was showing the limited economy he

had, and the judge did not want to see it? However, according to the judge, he took two months'

income calculated by 12 months, to deny the motion for Indigency.

EXHIBIT 5. PAGE 7.

**7.**    The Judge Bryan Thomas Johnson never forced attorney John Douglas Bennett to

present the transcripts of the October 3, 2023, deposition, despite the Petitioner's motion to

present said transcripts, and it is understandable for the simple reason that John Douglas

Bennett's Corrupt attorney was, is and will be the one who gives the orders due to the range of

influence he fields. See Motion For Urgent Resolution October 31, 2024.

EXHIBIT 6. PAGE 7.

### IX. Jurisdiction.

Mr. Sosa Petition for appeal to the Georgia Court of appeals, was denied, by the Georgia

Floyd County Superior Court, on November 27, 2024, the petition Affidavit of Indigency, Now

Mr. Sosa Invokes this Court's Jurisdiction under 28 U.S.C. 1257, to The United States District

Court Central District of California, having timely filed this Writ of Certiorari, withing Ninety

days of the Georgia Court of Appeals. SEE EXHIBIT 1. PAGE 6.

## X. Constitutional Provisions Involved.

The Fifth Amendment to the United States Constitution protects citizens in a number of ways, including:

**Due process**

The government must provide notice and a hearing before depriving a person of life, liberty, or property. Due process also prohibits the government from taking arbitrary or discriminatory actions and requires that laws be applied equally to everyone.

**Seventh Amendment of the United States Constitution.**

The constitutional amendment that primarily guarantees the right to a fair trial in a civil case is the Seventh Amendment which protects the right to a jury trial in federal civil cases where the amount in controversy exceeds a certain value; essentially ensuring a fair trial process in civil disputes.

**United State Constitution, Amendment 14, Section 1.**

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

## XI.    State Provision Involved.

COME NOW, the Petitioner, Cesar Augusto Cordon Sosa, acting on my own behalf and representation, who is not a lawyer, having Spanish as his first language and English as his second language. Against the defendants, Southeast Trans Inc. and Verida Inc. **BASED ON LAW**- O.C.G.A. **9-11-58. Ga. Code** 5-6-32, **O.C.G.A.** 5-6-33   O.C.G.A **5-6-34 (a.1)** Ga. Code **5-6-35 (B).** O.C.G.A **5-6-1.** O.C.G.A **5-6-2.** O.C.G.A **5-6-3.** O.C.G.A **5-6-38.** O.C.G.A. **5-6-39. Ga. Code** 5-6-41 (C). and (D). **O.C.G.A.** 5-6-42. **Ga. Ct Law**. App. R. 44, Federal Law, Rule of Appellant Procedure Rule 34 (b), **O.C.G.A** 9-11-60 **Ga. Ct Law.** App. R. 28, (3). **O.C.G.A** 9-11-60. **O.C.G.A.** 9-11-26 **O.C.G.A.** 24-1-1, **O.C.G.A.** 24-1-104, **Bloodworth v. Thompson,** 230 Ga. 628, 198 S.E. 2d 293 (1973). 28 U.S.C. §§ 1254, 1257, and 2101(c). **Edenfield V. State** 147 Ga. App. 502 (Ga. Ct. App. 1978). 249 S. E. 2d 316. ct. 12, 1978). O.C.G.A. 9-11-40 (B). O.C.G.A. 16-10-70.  O.C.G.A. 34-2-13 (B) O.C.G.A. 34-8-256.  O.C.G.A. 23-2-51 (B).  O.C.G.A. 16-10-94 (A).  O.C.G.A. 16-10-20.  O.C.G.A. 51-6-2 (B).   TITLE 18 U.S. CODE 1001 CHAPTER 47 A (1-

2-3). **484 U.S.** 944 (1987) 912. Falsity United States Department of Justice. GEORGIA CODE OF JUDICIAL CONDUCT Rule 2.11. GA Rule 25.1: Georgia St. Ct. R. 25.4 Procedure before a motion for disqualification: GA. Rule 33.3 of the Ct Law. Code of Conduct for the United States Judge. and the Georgia Code of Judicial Conduct of May 14, 2015, Canon 1. Rule 1.1 Rule 1.2 Rule 1.3 Canon 2. Rule 2.1 Rule 2.2 Rule 2.4. Rule 2.5. Rule 2.6. Rule 2.7. Rule 2.8. Ruler. 2.9. Ruler. 2.15. canon 3. Rule 3.6. United States Department of Justice Section 949, Rule 25.1 of the U.S.C.R., Rule 25.3 of the U.S.C.R. O.C.G.A. 61-6- Ga. R. Sup. Ct. 27. The U.S. Constitution guarantees the right to a speedy trial. The right to a fair trial extends to both civil and criminal proceedings. U.S, Department of Justice 910. Knowing and willfully. Ga. R. Super. Ct 6.2. Federal Rule 45 4. (B-4). O.C.G.A. 9-11-27 (2). O.C.G.A. 50-13-13 (a). O.C.G.A. 9-11-45 (C). O.C.G.A. 9-11-30 (g) (2). 249. S. E. 2d. 316. Ga. Code 21-2-560. O.C.G.A. 9-11-30 (B) (1), O.C.G.A. 50-13-13. (A). (1). O.C.G.A. 9_11-27 (A). (2). Federal Rule of Civil Procedures Rule 45 Subpoena (B). (4). **Adams v. Payne** 219 Ga. 638, 641 (135 S. E. 2d 423) (1964). 28 U.S. Code § 144 - Bias or prejudice of judge. Rule 6-16- (1) (2). **Maroska v. Williams,** 146 Ga. App. 130, 245 S.E.2d 470 (1978), **Kachwalla v. Byrne** 198 Ga. App. 454 (1991). 402 S.E. 2d 74.

## XII.  **Statement of the Case.**

This case presents the questions of whether the standard of initiation of the Georgia Code of Judicial Conduct rule is met when judges violate the constitutional rights of Mr. Sosa who has unequivocally invoked his rights. Fifth, Seventh, Fourteenth Amendments of the United States Constitution, and all State laws of Georgia, by discriminating, intimidating and acting with bias, depriving him of an interpreter at hearings, conducting hearings in privacy of other cases so that their criminal acts would not be discovered, committing perjury, accepting lies from defense witnesses, ending up as defense attorneys and not judges and giving contradictory rulings and full of lies contrary to the evidence presented by the Petitioner, and letting the defense attorney John Douglas Bennett, manipulate the judges at will by giving them orders to prepare rulings in his favor committing perjury, including the Conflict of Interest from the

16

lawyer John Douglas Bennett, when prepared the resolution of March 19, 2024, for the Judge Walter J. Mathes. SEE EXHIBIT 3. PAGE 6.

This case presents the questions of whatever the "Initiation" standard of the case presents questions of whether the initiation standard of the Georgia Courts and Floyd County Superior Court rules is satisfied when offices of this court violate Mr. Sosa acting with partiality and discrimination against Mr. Sosa who has unambiguously invoked his Constitutional rights.

<h3 style="text-align:center">XIII. <b>List of the People Involved</b></h3>

1.  Attorney John D. Bennett

2.  Judge Walter Mathews of the Superior Court of Floyd County.

3.  Judge Thomas Bryan Johnson of the Superior Court of Floyd County.

4.  CEO of Wingz Mr. Christof Baumbach.

<h3 style="text-align:center">XIV. <b>Direct Appeal</b></h3>

On this appeal Mr. Sosa renewed his argument that his rights had been violated when the judges act as described on The Partiality, of Judges and Clerk Officer Barra H. Penson, denying the opportunity to a hearing as described below. See complaint. EXHIBIT 7. PAGE 10.

<h3 style="text-align:center">XV. <b>History of the Case.</b></h3>

History of this case since it was initiated on October 18, 2022. and how the Petitioner's constitutional rights have been violated by the judges from Superior Court of Floyd County Caso No. 22CV01681-3.

## EXHIBIT 8. PAGE 10.

Cesar Augusto Cordon Sosa (Petitioner) was an Employee of the Company Wingz Inc, with a contract signed on July 19, 2019, but prematurely terminated on June 11, 2021, due to Tort Interference by the Companies Southeast Trans Inc and Verida Inc, with the deceitful

knowledge of the Company Wingz Inc. Committing not only a breach of Contract but also a

Torts Interference, with the knowledge of Wingz Inc. CEO Mr. Christof Baumbach.

EXHIBIT 9. PAGE 10 and 11.

It should be noted that the Petitioner in his repeated Motions to Deny a Deposition requested

by Attorney Bennett, Motions that are described later in this same writing, always informed

Judge Bryan Thomas, Judge who presided from the beginning of these actions, that the

Deposition requested by Attorney Bennett, was illegitimate and contrary to the Laws that

Regulate the legal guidelines of a Deposition.

The Petitioner has never breached any Order of Judge Bryan Thomas Johnson, because he

never give one, and due to Attorney Bennett's first intent to request, by sending an email on

May 22, 2023, to Petitioner requesting, to appear for Deposition on August 16, 2023, Petitioner

in good faith, proceeded to send a reply email to Attorney Bennet on June 22, 2023, requesting

Attorney Bennett based on law 9-11-30 same that he used to request via email the deposition

of Petitioner adding Rule 6.4 of the Superior Court of Justice O.C.G.A. 9-11-37 (3). That a

private conference beheld via zoom, regarding the memorandum of law in support of petitioner's

motion to discover evidence relevant to proceedings. And memorandum of law in support of

petitioner's motion to compel discovery of Wingz company. and that attorney Bennett choose

the date that best suits him between July 3, 6, 10 and 13. To which he responded with

advantage and malice aforethought that if Petitioner wanted a statement, he had to pay a court

reporter, the reason Petitioner asked for a zoom was because I lacked the money to pay a court

reporter.

Email from Mr. Bennett May 22, 2022,

Email from petitioner June 22, 2023.

Email from Mr. Bennett. June 22, 2023.

EXHIBIT 10. PAGE 11.

**A.**    The Deposition of October 3, 2023, violated the territorial extension limit for conducting the deposition where the Law sets a limit of 30 Miles from the Petitioner's residence. O.C.G.A. 9-011-45 (2). (B) (3). A person who is to give a deposition may be required to attend an examination: At any place not more than 30 miles from the county seat where the witness resides, is employed, or transacts his business in person. And the Judge Bryan Thomas Johnson, having knowledge of the distance, rejected the Petitioner request that the Deposition can be at the Court House (Floyd County Superior Court, where Petitioner lives 5 minutes aways, also the attorney have to pay the gasoline but never did.

EXHIBIT 11. PAGE 12.

**B.**    The Deposition of October 3, 2023, violated the Georgia Privacy Act, where Attorney Bennett asked questions such as immigration status, criminal history, divorce status between petitioner's family, bankruptcy of petitioner or family members, Child Support in an Employment case, Social Security Numbers of friends, relatives, and the owner of the company where the petitioner works. The Deposition violated the Georgia Law on privileged information, see Transcript which were denied to the Petitioner. O.C.G.A. 9-11-26 (B). O.C.G.A. 24-5-501. The Defendant's First Interrogatories to Petitioner dated March 17, 2023. Page letter D.

EXHIBIT 12. PAGE 12.

**C.**    The Deposition, Compliance, The Petitioner complies with the Deposition and incorporates a Motion into the Court on October 5, 2023. Compliance with Order and Objection to the Deposition.

EXHIBIT 13. PAGE 12.

**D.    Scope of Discovery**. Unless otherwise limited by court order pursuant to this chapter, the scope of discovery is as follows:

**a.**    In general. The parties may obtain discovery of any matter, not privileged, that is relevant to the issue involved in the pending action, whether it relates to the claim or defense of the party seeking discovery or to the claim or defense of any other party, including the

12

19

existence, description, nature, custody, condition, and location of any books, documents, or other tangible things and the identity and location of persons having knowledge of any matter discoverable. It is not grounds for objection that the information sought is inadmissible at trial if the information sought appears reasonably calculated to lead to the discovery of admissible evidence.

**b.**     The deposition is riddled with questions that are contrary to morality, the privacy of the petitioner along with that of his family members, that of his employers, and the immigration status of the petitioner.

**c.**     The questions contained in the Deposition proceeded by the Attorney Bennett were not those made pursuant to the Defendant's First Request for Production of Documents To Plaintiff dated March 17, 2023. The Defendant's First Interrogatories to Petitioner dated March 17, 2023, on October 3, 2023, where the Deposition was held, since there were more than two hundred questions asked by the Attorney John Douglas Bennett. See Exhibit 12. Page 12. EXHIBIT 14 PAGE 13.

**d.**     Judge Matthews, who presided over March 4, 2024. Hearing was not aware of the case in question because he mentioned that the case was going to be dismissed because the petitioner failed to comply with the order issued by Judge Bryan Thomas Johnson on September 15, 2023, on October 3, 2023, regarding a declaration requested by Attorney Bennett. September 15, 2023. See Exhibit 2. Page 6.

**Resolution March 19, 2024.**

**e.**     The resolution issued on March 19, 2024, is not very consistent with the subject matter of the litigation or conflict to be the subject of a substantive ruling in the Resolution based on the Legality that governs the State of Georgia, leaving the Petitioner defenseless in the lawsuit filed by the Petitioner against the Wingz Inc. Company, dated October 18, 2022, for breach of contract, Tortious Interference, and illegal suspension under deception by the Wingz Company. See Exhibit 3. Page 6.

13

**f.** The change of Judge without notice. This was a strategy to ensure that Judge Bryan Thomas Johnson would not participate in the resolution of the Hearing on March 4, 2024, because the sanction given by him on September 7, 2023, was illegitimate, because he sanctioned the Petitioner against the laws, O.C.G.A. 13-1-11 (D). The provisions of this section of the Code will not authorize the recovery of attorney's fees in any tort claim.

EXHIBIT 15. PAGE 14.

**g.**    September 15, 2022, Unjustified Sanction without any justification, based on an order from attorney John Douglas Bennett, not by Judge Bryan Thomas Johnson, and based on a subpoena that did not comply with the requirements of state and federal law, which violated all the regulations of the aforementioned laws, where the delivery of the subpoena was thrown behind the Petitioner's house and never delivered in person. See Exhibit 2. Page 6.

EXHIBIT  16. PAGE 14.

**h.**    September 15, 2023, sanctions The Petitioner, based on his limited economy, began to pay the unjust sanction imposed by Judge Bryan Thomas Johnson, from December 8, 2022, until March 15, 2024, but due to his deteriorated economy, having as a priority the education of his daughter and feeding his family, he chose to feed his family rather than pay something that was unfair before Justice and the eyes of God, and for that reason he did not continue with the payments.

EXHIBIT 17. PAGE 14.

**I.**    Judge Mathews' resolution of March 19, 2024, cannot be prepared by attorney John D. Bennett, who is the Defense attorney. This is considered a conflict of interest and an act of bias and criminality. See Exhibit 3 Page 6.

**J.**    The way in which they protected attorney John Douglas Bennett, since although the Petitioner filed a Motion asking Judge Bryan Thomas Johnson to force and sanction attorney John Douglas Bennett, he always ignored said Motion and never sanctioned attorney Bennett. Once again, Mr. Partiality acted against the Constitution and the Judicial Code of Conduct.

k.    Tort Interference and Conspiracy, The illegal suspension of the third Companies of Southeast Trans Inc. and Verida Inc. with the full knowledge of the CEO of Wingz Inc, Company with which the Petitioner had an employment contract, this discovered by an email sent on July 27, 29, and September 30, 2021, to the Petitioner by attorney John Douglas Bennett, he considered it was sent by mistake, where the communications make clear what was the premeditated intention of the three Companies, since the Petitioner's claims were for the weekly theft they were doing of his income, and instead of paying him, they suspended him under false pretenses, demanding training that he was not obligated to do, however the Petitioner completed it.

EXHIBIT 18, PAGE 15.

### XVI.A    Ignoring all Motion of the Petitioner.

A.    February 23, 2023, Memorandum of Law in Support of Petitioner's Motion to discover evidence Relevant to Proceedings.

EXHIBIT 19 PAGE 15.

B.    April 10, 2023. Memorandum of Law In Support of Plaintiff Motion to Dismiss The Second Interrogation of Winz Company.

EXHIBIT 20. PAGE 15.

C.    April 17, 2023. Plaintiff Response To Interrogation of 26 Questions By The Defendant.

EXHIBIT 21. PAGE 15.

D.    April 18, 2023, Memorandum of Law in Support of petitioner's Motion to Compel discovery of Wingz Inc, company.

EXHIBIT 22 PAGE 15.

E.    May 2, 2023. Memorandum of Law In Support of Plaintiff Motion Complementary Evidence.

EXHIBIT 23 PAGE 15.

F.      May 30, 2023. Memorandum of Law In Support of Plaintiff Motion of Denial of Request of Declaration Under Oath.

EXHIBIT 24. PAGE 16.

G.      June 20, 2023.      Memorandum of Law In Support The Plaintiff of Submission of Complementary Evidence.

EXHIBIT 25. PAGE 16.

H.      June 22, 2023, Deposition. <u>See Exhibit 10. Page 11. And Exhibit 6 Page 7.</u>

EXHIBIT 26 PAGE 16.

I.      July 27, 2023. Petitioner's Response Motion to Defendants' Motion to Deny

EXHIBIT 27. PAGE  16.

J.      August 14, 2023, Petitioner's Motion Denying Attorney Bennett's Notice of Deposition.

EXHIBIT 28. PAGE 16.

K.      August 24, 2023, Petitioner's Motion in Support of Law to Deny Defendant's Motion to Expedite for Sanctions and to Deny.

EXHIBIT 29 PAGE 16.

L.      September 11, 2022, Motion for Reconsideration and Request for Extension of Deadline Order September 7, 2023.

EXHIBIT 30 PAGE 16.

N.      September 11, 2023, Plaintiff Motion For Request of Compliance With Discovery and Compelling Motion.

EXHIBIT 31 PAGE 16.

O.      September 18, 2023. Motion In Support of the Plaintiff, Request For Sanction and Fine For Willful Conduct To Attorney John Douglas Bennett, Kelly Spearman (Freeman Mathis LLP.

EXHIBIT 32. PAGE 16.

23

September 21, 2023. Plaintiff First Request for Admission to Defendant's.

EXHIBIT 33. PAGE 17.

Q.      October 05, 2023. Compliance with the Order and Objection to the Deposition. <u>See Exhibit 13. Page 12.</u>

EXHIBIT 34. PAGE 17.

R.      January 5, 2024. Motion II In Compliance With Sanction Order In Support of The Plaintiff.

EXHIBIT 35. PAGE 17.

S.      January 8, 2024.    Motion In support of the Plaintiff, to Deny dismissal Request By the Defendant's

EXHIBIT 36. PAGE 17.

T.      March 27, 2024. Motion For Reconsideration in Support of the Plaintiff of Nullity of the Order Dismissal of the Case in the Lack of Substantial Legal Relationship.

EXHIBIT 37. PAGE 17.

U.      April 16, 2024. Notice of Appeal.

EXHIBIT 38 PAGE 17.

V.      June 14, 2024. Motion to Request Sanctions

EXHIBIT 39 PAGE 17.

W.      September 4, 2024. Motion For Reconsideration Null Ruling, Illegality of Penalty Collections Without Justifiable Basis.

EXHIBIT 40. PAGE 17.

X.      October 31, 2024. Motion urgent For Resolution.

EXHIBIT 41. PAGE 17. <u>See Exhibit 6. Page 7. Exhibit 10 Page 11.</u>

## XVI.B.      Defendants to Respond.

**Memorandum of Law In Support of Defendant's Motion To dismiss. November 30, 2022.**

17

24

Although all of his defense arguments have been that the Petitioner was suspended for not completing the train0ing that Southeast Trans and Verida Companies required, and that the Petitioner had no obligation to complete them, contradicting Mr. Chris Lee, internal attorney for Southeast Trans Inc., who testifies that the Petitioner was suspended for not completing the training, as well as Ms. Annette Williams, Manager of Southeast Trans Inc., who testified that the Petitioner was suspended for not completing the training.

EXHIBIT 42. PAGE 18.

**Defendant's Reply Brief In Support of Its Motion to Dismiss. January 17, 2023.**

Likewise with the same information the Lawyer John Douglas Bennett on his Motion of January 17, 2023, Although all of his defense arguments have been that the Petitioner was suspended for not completing the training that Southeast Trans and Verida Inc, Companies required, and that the Petitioner had no obligation to complete them, he completed them, here attorney John Douglas Bennett, on page 4 Paragraph 2, describes that nowhere in the contract with Wingz Inc. does it require training, contradicting Mr. Chris Lee, internal attorney for Southeast Trans Inc., who testifies that the Petitioner was suspended for not completing the training, as well as Ms. Annette Williams, Manager of Southeast Trans Inc., who testified that the Petitioner was suspended for not completing the training.

EXHIBIT 43. PAGE 1                                        8.

**March 16, 2023.Defendant's First request for Admissions to Plaintiff.**

Attorney John Douglas Bennett, instead of responding to the Motion for Discovery of February 23, 2023, decided to send a Motion for Admission Request. Having 15 years of experience, he knew he had to respond and he did not, for the simple reason that he knew the judges would not say anything to him due to the high range of influence he has.

EXHIBIT 44. PAGE 18.

**March 30, 2023. Defendant response of the Motion to Discovery and Motion for Compelling.**

El Judge Bryan Thomas Johnson, having learned that attorney John Douglas Bennett failed to respond to Petitioner's Motion for Discovery filed on February 23, 2023, and the Motion for Discovery dated April 18, 2023, stated that he did not respond based on O.C.G.A. 9-11-37 (a) (3). which clearly states that if you answer evasively it is as if you did not answer, and this was what happened, but the judge ignored Petitioner's requests to order him to respond and to sanction him, but he did not respond to either request, however, he sanctioned Petitioner on September 15, 2023, due to an order given by attorney Bennett, not him.

EXHIBIT. 45. PAGE 19.

**October 19, 2023. Defendant's Wingz Inc, Responses To Plaintiff's First Request For Admissions.**

Once again, attorney John Douglas Bennett, knowing that he was violating the law, responded evasively, violating O.C.G.A. 9-11-37. (a). (3). Because in each admission he responded what he wanted to write, and at the same time committed perjury.

EXHIBIT 46 PAGE 19.

### XVI.C.  Order Denying Motion.

1.    **October 2, 2023.** Motion in Support of Plaintiff Request Sanctions for and Fine For Willful Conduct to Attorney John D. Bennett. Kelli Spearman (Freeman Mathis & Gary LLP). EXHIBIT 47 PAGE 19.

2.    April 4, 2024. Motion For Reconsideration In Support of The Plaintiff of Nullity of the Order of Dis

missal.

EXHIBIT 48 PAGE 19.

2.    **August 29, 2024.**  Motion to Request Sanction Against Judge Walter J, Mathews, John Bennett, Barbar

a H, Penson.

EXHIBIT 49 PAGE 19.

**September 4, 2024.** Motion For Reconsideration Null Ruling Illegality of Penalty Collections Without Justifiable Basis.

EXHIBIT 50 PAGE 19.

**November 26, 2024.**

EXHIBIT 51. Page 20.

### XVII. Contradiction of Witness Statements.

The parties involved in the case proceeded to contradict all the facts described by the petitioner, and were given below:

A.    Mr. Chris Lee, in-house attorney for Southeast Trans Inc, the company that interfered with the Petitioner's contract to cause his unlawful dismissal, declared under oath that Winz Inc, only used Wingz Inc, to hire Drivers, while the contract was signed by Wingz Inc, and Southeast Trans Inc. Never describe that Wingz Inc is a job driver search to Southeast Trans Inc. Including that the Petitioner contract with Wingz Inc, shows that the Petitioner work for Wingz Inc, not Southeast Trans. See Zoom Video September 19, 2022.

**The parties involved in the case proceeded to contradict everything described in the facts presented by the petitioner, and gave the following:**

B.    Ms. Annett Williams Manager of Southeast Trans Inc. contradicts herself by stating under oath that Georgia Community Health Department required two years of training, never presenting evidence of her claims.

EXHIBIT 52. PAGE 20.

C.    Mr. Todd Robinson declared under oath that he did not work for Southeast Trans in the period of 2019 to 2021, that he was only working for Verida Inc, as a manager. See email where he has Corporative email under his name. And Zoom Video September 19, 2022.

EXHIBIT 53. PAGE 20.

D.    Mr. Todd Robinson declared under oath that the Verida Inc Company does not work in the State of Georgia and that he only worked as a Courtesy for Wingz Inc. but he was hiring

27

drivers in august 7, 2019. Also described by the Attorney John Dennett and the Judge Jance Barcik and Judge Charles Beaudrot. See Video Zoom of September 19, 2023. See Exhibit 18 Page 15.

Resolution of Judge Jane C. Barwick February 13, 2023,0

Resolution of Judge Charles Beaudrot August 3, 2023. See Exhibit 18 Page 15.

EXHIBIT 54. PAGE 21.

E.     Mr. Todd Robinson declared under oath that the Verida Company did not pay the Petitioner during the period 2019 and 2021, which is contradictory, also Judge Jae C. Barwick Described on her resolution that Verida never pay the Petitioner. See Exhibit 54. Page 21. See Judge resolution February 14, 2023.

Zoom Video September 18, 2022.

EXHIBIT 55. PAGE 21.

F.     Judge Todd Ashley, although he was not a witness but was a defender of Southeast Trans, although ugh he was a judge, he forgot his position and ended up contradicting himself and committing perjury, since he declared that Verida Inc. did not work in the State of Georgia. See Zoom Video September 19, 2022. See Exhibit 53, 54, and 55.

### XVIII. Tortious Interference.

On August 17, 2021, the CEO of Wingz Inc, via email describes that the Petitioner had been suspended by Georgia (Southeast Trans Inc, and Verida Inc. including the Zoom Videos from June 30, 2023, and July 24, 2023. See Exhibit 18 Page 15, for full evidence.

EXHIBIT 56. PAGE 21.

On December 9, 2020, Mr. Todd Robinson described that the Petitioner worked for Wingz Inc, See Exhibit 18. Page 15. For Evidence.

EXHIBIT 57. PAGE 21.

On September 27, 2021, Ms. Annette Willimas described that the Petitioner worked for Wingz Inc. See Exhibit 18. Page 15. For Evidence.

2 8

EXHIBIT 58. PAGE 21.

Emails of Tortious Interference Company Southeast Trans Inc. and Verida Inc

On July 27, 29, and September 30, 2021, all three Companies, in their email communication, agreed on how they had suspended the Petitioner, as described in their owns words, this not only confirmed the suspension under deception, but also the knowledge that they wanted to fire the Petitioner. See Exhibit 18. Page 15. For Evidence.

EXHIBI 59. PAGE 22.

Hearing of September 19, 2022, Ms. Annette Williams, where she testified under oath that the illegal suspension of Southeast Trans Inc. and Verida Inc, had been a stenographical error in which the Petitioner had been suspended, and that she had already verified that the error was corrected by changing the name of Cease and Desist from Verida Inc. to Wingz Inc., which she never did since she has never presented such evidence. See Exhibit 18. Page 15. For Evidence.

EXHIBIT 60 PAGE 22.

Hearing of September 19, 2022, Ms. Annette Williams, where she testified under oath that, the Petitioner never complete the Trainings, Although the Petitioner was not required to complete training, he did complete it, but Ms. Williams still deliberately sought a way to not recruit the Petitioner to work, which is why she responded to the Petitioner from July 6, 2021 to September 27, 2021, asking him to complete more training. See Exhibit 18 Page 15.

EXHIBIT 61 PAGE 22.

See September 19, 2022 Video Zoom.

**Hearing of June 30, 2023.** Minute: 02:11:25/3:17:33. Minute: 02:12:38/3:17:33. to Minute: 02:12:42/3:17:33. Minute:1:41:20/3:17:33. Minute: 2:07:10/3:17:33. Minute: 2:08:30/3:17:33. Minute:    2:08:57/3:17:33    Minute:2:09:06/3:17:33.    Minute:2:10:07/3:17:33.    Minute: 2:12:40/3:17:33. Minute: 2:46:03/3:17:33. Minute: 2:46:44/3:17:33. Minute: 2:12:48/3:17:33. Minute: 2:12:58/3:17:33. Minute: 2;58:44/3:17:33.

29

**Hearing of July 24, 1023.** Minute: 13:33/14:14:48. Minute: 11:45:14:14:48. Minute: 11:28/14:14:48. to 11:33/14:14:48. Minute: 59:26:14:14:48. Minute: 11:328:/14:14:48. Minute: 11:30:/14:14:48. Minute: 11:33/14:14:48. Minute: 1:44:20/14:14:48. Minute: 11:00/14:14:48. Minute: 11:30/14:14:48. Minute: 10:43/14:14:48. Minute: 11:00/14:14:48. Minute: 13:36/14:14:48. Minute: 12:07/14:14:48. Minute: 21:27/14:14:48. Minute: 24:25/14:14:48. Minute: 13:36/14:14:48. Minute: 12:07/14:14:48. Minute: 21:27/14:14:48. Minute: 9:47/14:14:48. Minute: 13:36/14:14:48.

Zoom **HEARING JUNE 30-2023,**

https://osahgagovmy.sharepoint.com/personal/rbareza_osah_ga_gov/_layouts/15/stream.aspx?id=%2Fpersonal%2Frbareza%5Fosah%5Fga%5Fgov%2FDocuments%2F2327107%20DOL%2DUITL%2D57%2Emp4&ga=1

**HEARING JULY 24, 2023.**

https://osahgagovmy.sharepoint.com/:u:/g/personal/devinh_osah_ga_gov/EejXLAol2_1DvTSMbLnf9ZABbpC51XAYfRg7x8eNs10drg?e=aSbGiM.

Declarations under oath by Judge Todd Ashley, Chris Lee, Annete Williams, Todd Robinson. September 19, 2022.

**Hearing of September 19, 2022.** Minute: 1:59:50/2:18:48. Minute: 1:40:50/2:18:48. Minute: 1:37:07/2:18:08. Minute: 2:00:42/2:18:08. Minute: 2:08:08/2:8:08/2:18:08. Minute: 2:00:05/2:18:08 to 2:03:26/2:18:08. Minute: 1:52:10/2:18:08. Minute: 2:13:40/2:18:08. Minute: 2:13:40/2:18:08. Minute: 2:03:20/2:18:08. Minute: 1:59:20/2:18:08. Minute: 1:59:17/2:18:08. Minute: 1>52:30/2:18:08. Minute: 1:52:38/2:18:08. Minute: 1:52:10/2:18:08. Minute: 1:52:53/2:18:08. Minute: 2:15:16/2:18:08.

**HEARING SEPTEMBER 19, 2022.**

https://zoom.us/rec/share/Yw17__12r-r3XkhcDsjx8PMVaNzhr7zTK6PQjs3sbDeH7wlguxHve7vDJ_Fc.5i79cFZOAB8_iGeQ?startTime=1663592426000 Password: 6t5TBqi%.

## XIX. REASON FOR GRANTING THE WRIT

In order to avoid erroneous deprivations of Mr. Sosa's rights, this Court must clarify the status of "initiation" under the Fifth, Seventh, and Fourteenth Amendments to the United States Constitution. Because the petitioner's case was closed under conditions of payment for deposition imposed by Judge Bryan Thomas Johnson and requested by Attorney John Douglas Bennet, the legal nature of the case being inconsistent with the petitioner's incorporation of his claim for suspension by deception plus breach of contract, giving rise to the possible act of corruption, bias, and discrimination, when Mr. Sosa had previously invoked his right. See case history.

## XX.   SUMMARY OF THE ARGUMENT.

The erroneous decision of Georgia Floyd County Superior Court, circumvents this premise, effectively allowing judges the right to dismiss Petitioner's case without any legal backing by law, violating the previously affirmed Constitution.

Petitioner, pursuant to law, Objects to and rejects each of the Resolutions issued by Judges Bryan Thomas Johnson and Walter J. Mathews from Floyd County Superior Court, based on the fact that the evidence supporting the events that occurred and related to the process was not admitted and for unfounded sanctions against Petitioner.

Petitioners respectfully request that each of the evidence and testimony statements that support and lead to a fair and legitimate resolution, where bias is evident, be taken into consideration.

That the witnesses of the Companies be sanctioned in accordance with the laws of the State of Georgia and federal laws for perjury for having declared under oath, for misappropriating the arbitrary and bad faith actions regarding what occurred against the Petitioner.

As well as the writings of Attorney Bennett, for misappropriating the facts committed by the defendant Company (WINGZ INC). and all the Lies and Contradictions, including the abuse of power of influence that is handled in the Courts of Floyd County, as well as all the compelling

24

evidence including, the proof of the Resolutions issued, including March 19, 2024 that Attorney John Douglas Bennett prepared for Judge Walter Mathews in the Superior Court of Floyd County Case # 22CV01681-3, against the Petitioner, he being a defense attorney for Wingz Inc Company.

The Petitioner's evidence, where he clearly asks the worthy Judge Bryan Thomas Johnson to order the Petitioner to the deposition and he would comply with the order, but not that of Attorney Bennett, since he is not there to give orders because that is why judges exist in the courts of justice, for that reason apart from the fact that he cannot sanction the Petitioner because this is a Tort Claim and based on Georgia law not any sanction would be void, in the following Motions presented by the Petitioner he shows his good will to obey the judge.

1.    May 2, 2023. Memorandum of Law In support of the Plaintiff Motion Complementary Exhibition of Evidence (Therefore) (3).

2.    May 30, 2023. Memorandum of Law In Support Plaintiff Motion of Denial of Request For Declaration under Oath. See Exhibit 24. Page 16. Page 14.

3.    June 22, 2023. Deposition. See Exhibit 10. Page 11.

4.    August 14, 2023. Plaintiff Motion Denying A Notice of Deposition By Attorney John D. Bennett. See Exhibit 28. Page16.

### XXI. DAMAGES REQUEST TO BE PAID TO THE PETITIONER:

DAMAGES AND PREJUDICE: The Petitioner respectfully requests the Honorable Judges to issue a fair and legitimate resolution', and to remedy the damages and losses committed by the Company Wingz, Inc., which, due to the illegal suspension of having knowledge, caused to the Petitioner to lose his job, losing the amount of $. 107,620.00 for the 48 weeks making a TOTAL of 115,620.80. Adding 8,000.00 Hospital Bill (Floyd County Hospital).

Plus $. 500,000.00 for the Stress, Emotional damages, Family damages, Health damages,

32

## XXII. CONCLUSION.

Based on the participation of all the people involved, each of them has a high level of knowledge of the laws, and who knowingly committed acts that were wrong and breaking the law and of possible corruption with which this process was conducted.

By the Wingz Inc, Company, Mr. Christof Baumbach Wingz Inc, CEO, lying under oath and having knowledge of the interference of Southeast Trans Inc. and Verida Inc. Companies and not solving the problem of the wrongful dismissal under deception that they did to the Petitioner.

For the participation of the judges of the Floyd County Court for having ignored the motions of Compelling and Motion to discovery and all other motions incorporated by the Petitioner, for having sanctioned the Petitioner without having given any order to appear at the hearing of August 16, 2023.

For the sudden change of Judge Bryan to Judge Walter J. Mathews on March 4, 2024, for the preparation requested by Judge Mathews to attorney John Douglas Bennett to prepare said resolution against the Petitioner, being this attorney the same one who represents the Wingz Inc Company, this confirmed by Judge Bryan Thomas Johnson on November 26, 2024.

For applying a dirty strategy so that the appeal caused by the same court would not reach the hands of the Georgia Court of Appeals.

Respectfully submitted,

Cesar Augusto Cordon Sosa.

February 12, 2025

762-244-2049

Cdwehelp21@gmail.com

26

# EXHIBIT 1



# FLOYD COUNTY, GEORGIA

## CLERK OF SUPERIOR COURT
### BARBARA H. PENSON, CLERK
### VICKI PARTON, CHIEF DEPUTY CLERK

Date: _April 18 2024_

Dear _Mr. Sosa_ ,

The Notice of Appeal in case number _22-CV-01681-JFL003_
_Cesar Augusto Cordon Sosa_ -vs- _Wingz 2Inc._ ,
was received on _April 16, 2024_. The cost of preparing the appeal is
$ _1,644.00_ , which must be paid in full before the record can be copied
and mailed to the _Georgia Court of Appeals_.

An itemized bill is attached for your convenience.

Please Remit your payment to "Floyd Superior Court" at the address below.

Please note, at this time, our office only accepts Business Checks and Money Orders
when receiving payments by a mail carrier service. We also accept Cash payments made
in person as well, during our normal operating business hours.

If you have any questions about the preparation of the appeal, please feel free to contact
our office by phone at (706)-291-5191.

Thank you in advance for your timely attention to this matter!

Floyd County Superior Court
Appeals Department
P.O. Box 1110 Rome Georgia 30162
3 Government Plaza #101 Rome Georgia 3016!

35

ON ACCOUNT WITH:                                    DATE: _April 18, 2024_

BARBARA H. PENSON, CLERK
FLOYD SUPERIOR COURTS
PO BOX 1110
ROME, GEORGIA 30161-1110
TELEPHONE (706) 291-5191
FAX (706) 233-0035

CASE # _22-CV-01681-JFL003_

| DATE | NUMBER OF COPIES | AMOUNT |
|---|---|---|
| | NOTICE OF APPEAL | 10.00 |
| | AMENDED NOTICE OF APPEAL | 0 |
| | COPYING _1,556_ PAGES @ $1.00 per page | $1,556.00 |
| | TRANSCRIPTS  $35.00 EACH  x2 | $70.00 |
| | SEALS AND CERTIFICATIONS ($2.00) x4 | $8.00 |
| | TRANSCRIPT COPYING | 0 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | _money due 30 days_ | |
| | _from date of invoice._ | |
| | _Thank you._ | |
| | | |
| | TOTAL DUE                     $ | 1,644.00 |

PLEASE RETURN A COPY OF THIS BILL WITH PAYMENT

36

# EXHIBIT 2

Gmail - FW: A25A0358 - Remittitur - Court of Appeals of Georgia

 remittitur-notice.pdf
3K

---

**Cesar Cordon** <ccdrive2020@gmail.com>
To: "John D. Bennett" <JBennett@fmglaw.com>

Tue, Dec 3, 2024 at 11:01 PM

Don't be so happy I am going to the high level court to stop your corruption

[Quoted text hidden]

---

**John D. Bennett** <JBennett@fmglaw.com>
To: Cesar Cordon <ccdrive2020@gmail.com>

Tue, Dec 3, 2024 at 11:03 PM

Haha.

John D. Bennett
Partner
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
D: 678-996-9056 | C: 770-342-8812
Email: JBennett@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook

 **Freeman
Mathis & Gary** LLP
When It Counts

AZ | CA | CO | CT | DE | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX | WA
Please read this important notice and confidentiality statement

---

**From:** Cesar Cordon <ccdrive2020@gmail.com>
**Sent:** Tuesday, December 3, 2024 11:01:10 PM
**To:** John D. Bennett <JBennett@fmglaw.com>
**Subject:** Re: FW: A25A0358 - Remittitur - Court of Appeals of Georgia

[Quoted text hidden]

---

**Cesar Cordon** <ccdrive2020@gmail.com>
To: "John D. Bennett" <JBennett@fmglaw.com>

Wed, Dec 4, 2024 at 9:02 PM

look like is the only way that you can win a case  shame on you

[Quoted text hidden]

---

**John D. Bennett** <JBennett@fmglaw.com>
To: Cesar Cordon <ccdrive2020@gmail.com>

Wed, Dec 4, 2024 at 9:34 PM

You mean by winning every hearing, motion, and appeal? Then yes.

John D. Bennett
Partner
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
D: 678-996-9056 | C: 770-342-8812
Email: JBennett@fmglaw.com | LinkedIn | Bio

38

IN THE SUPERIOR COURT OF FLOYD COUNTY
STATE OF GEORGIA

FILED IN OFFICE

SEP 1 5 2023

_____
CLERK

CESAR AUGUSTO CORDON SOSA )
                          )
Plaintiff,                )
                          )
v.                        )    Case No. 22CV01681
                          )
WINGZ, INC.               )
                          )
Defendant.                )

## ORDER GRANTING DEFENDANT'S EXPEDITED MOTION FOR SANCTIONS OR, ALTERNATIVELY, TO COMPEL PLAINTFF'S DEPOSITION AND TO EXTEND THE DISCOVERY PERIOD

This matter came before the Court on Defendant Wingz, Inc.'s (hereinafter, "Defendant") Expedited Motion for Sanctions or, Alternatively, to Compel Plaintiff's Deposition and to Extend the Discovery Period, filed August 17, 2023. On August 24, 2023, Plaintiff Cesar Augusto Cordon Sosa (hereinafter, "Plaintiff") filed his response, entitled "Motion in Support of Law to Denny [sic] Defendant Expedited Motion for Sanctions and To Denny [sic] The Compell [sic] Plaintiff Deposition." This matter having been fully briefed, the Court held a hearing on September 7, 2023 with both parties in attendance. Upon consideration of the parties' briefs, oral argument, and all other evidence contained in the record, the Court finds as follows:

### I.    Findings of Fact

Plaintiff filed the foregoing civil action against Defendant on October 18, 2022. Defendant timely answered and filed a motion to dismiss on November 30, 2022, and discovery was initially stayed for 90 days pursuant to O.C.G.A. § 9-11-12(j) before

Page 1 of 4

commencing on February 28, 2023.

Defendant initially requested to take Plaintiff's deposition via email on May 22, 2023, with roughly 3 months remaining in the discovery period. Plaintiff refused to comply with Defendant's request, and instead filed a "Memorandum of Law in Support of Plaintiff's Motion of Denial of Request for Declaration Under Oath" with the Court on May 30, 2023, which the Defendant filed its objections to on June 29, 2023.

On August 3, 2023, Defendant again requested Plaintiff identify a mutually agreeable date for his deposition, and warned that if he failed to do so Defendant would be forced to unilaterally select a date and subpoena Plaintiff in order to obtain his attendance. Plaintiff failed to respond, and on August 8, 2023, Defendant noticed Plaintiff's deposition for August 16, 2023 and served a subpoena obtained from the Floyd County Clerk's Office.

In response to the subpoena, on August 14, 2023, Plaintiff filed a "Motion Denying a Notice of Deposition by Attorney Bennett," which improperly argued that he could not be deposed without a lawyer, among other legally deficient arguments. Upon receipt of Plaintiff's motion, Defendant again warned Plaintiff that it would be forced to file a motion to compel his attendance for deposition and would seek sanctions for doing so. Plaintiff again refused to attend his deposition despite being served with a subpoena. The discovery period in this matter expired shortly thereafter, on August 28, 2023.

## II.    Rulings on the Deposition-Related Pending Motions and Conclusions of Law

While this Court has exercised some leniency in light of Plaintiff's *pro se* status, specifically with regard to the content and numerosity of his various "motions" and "memorandums" filed with the Court, many of which request no relief whatsoever,

good standing of the Georgia Bar Association, Vice Chair of Freeman Mathis & Gary's national Labor and Employment practice group, and has exclusively practiced Labor and Employment law and related litigation and counseling for over 15 years. As such, the Court finds that Mr. Bennett's hourly rates are reasonable for the metro-Atlanta area and Floyd County. The Court hereby Orders Plaintiff to pay $3,150.00 in attorney fees as sanctions for the above-referenced conduct to be paid within 90 days of the date of this Order, pursuant to O.C.G.A. § 9-11-37(a)(4)(A).

Plaintiff is warned that his failure to appear for his deposition scheduled for October 3, 2023 shall result in the immediate dismissal of this action with prejudice. Likewise, Plaintiff's failure to pay Defendant's attorney fees within the time specified may also result in dismissal of this action with prejudice. In turn, Plaintiff's failure to pay the court reporter's fees associated with the transcript of his deposition within 90 days of invoice shall also constitute grounds for dismissal for violation of this Court's order.

Finally, Plaintiff's May 22, 2023 "Memorandum of Law in Support of Plaintiff's Motion of Denial of Request for Declaration Under Oath" and Plaintiff's August 14, 2023, "Motion Denying a Notice of Deposition by Attorney Bennett" are denied as moot in light of this Court's order compelling Plaintiff's October 3, 2023 deposition.

SO ORDERED, this 15⁺ day of September, 2023.

JUDGE BRYAN THOMAS JOHNSON
SUPERIOR COURT, FLOYD COUNTY

42

## IN THE SUPERIOR COURT OF FLOYD COUNTY
## STATE OF GEORGIA

CESAR AUGUSTO CORDON SOSA, )
                                                    )
                   Plaintiff,            )          CIVIL ACTION FILE
v. .                                     )          NO.  22CV01681-JFL003
                                                    )
WINGZ, INC.,                             )
                                                    )
                   Defendant.            )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have served the forgoing *ORDER*  the

following parties as follows:

        By Electronic Mail:
        Kelli Spearman
        Kelli.spearman@FMGLAW.com


        United States Postal Service:

        Mr. Cesar Sosa
        6 Payne Road SW
        Rome, GA  30165



This 15th day of SEPTEMBER, 2023.

                                    _Brenda Dempsey_
                                    Brenda Dempsey
                                    Assistant to Judge Bryan Thomas Johnson
                                    Superior Courts
                                    Rome Judicial Circuit

43

EXHIBIT 3

5/24, 9:21 AM

Case 2:25-cv-01307-SPG-RAO - FW: A25A0358 - Remittitur - Court of Appeals of Georgia
Document 1   Filed 02/14/25   Page 44 of 162   Page ID
#:44

📄 **remittitur-notice.pdf**
3K

---

Tue, Dec 3, 2024 at 11:01 PM

**Cesar Cordon** <ccdrive2020@gmail.com>
To: "John D. Bennett" <JBennett@fmglaw.com>

Don't be so happy I am going to the high level court to stop your corruption

[Quoted text hidden]

---

Tue, Dec 3, 2024 at 11:03 PM

**John D. Bennett** <JBennett@fmglaw.com>
To: Cesar Cordon <ccdrive2020@gmail.com>

Haha.

John D. Bennett
Partner
Freeman Mathis & Gary, LLP
100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948
D: 678-996-9056 | C: 770-342-8812
Email: JBennett@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook

 Freeman
Mathis & Gary LLP
When It Counts

AZ | CA | CO | CT | DE | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX | WA
Please read this important notice and confidentiality statement

---

From: Cesar Cordon <ccdrive2020@gmail.com>
Sent: Tuesday, December 3, 2024 11:01:10 PM
To: John D. Bennett <JBennett@fmglaw.com>
Subject: Re: FW: A25A0358 - Remittitur - Court of Appeals of Georgia

[Quoted text hidden]

---

Wed, Dec 4, 2024 at 9:02 PM

**Cesar Cordon** <ccdrive2020@gmail.com>
To: "John D. Bennett" <JBennett@fmglaw.com>

look like is the only way that you can win a case  shame on you
[Quoted text hidden]

---

Wed, Dec 4, 2024 at 9:34 PM

**John D. Bennett** <JBennett@fmglaw.com>
To: Cesar Cordon <ccdrive2020@gmail.com>

You mean by winning every hearing, motion, and appeal?  Then yes.

John D. Bennett
Partner
Freeman Mathis & Gary, LLP
100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948
D: 678-996-9056 | C: 770-342-8812
Email: JBennett@fmglaw.com | LinkedIn | Bio

45

 **remittitur-notice.pdf**
3K

Tue, Dec 3, 2024 at 11:01 PM

**Cesar Cordon** <ccdrive2020@gmail.com>
To: "John D. Bennett" <JBennett@fmglaw.com>

Don't be so happy I am going to the high level court to stop your corruption

[Quoted text hidden]

Tue, Dec 3, 2024 at 11:03 PM

**John D. Bennett** <JBennett@fmglaw.com>
To: Cesar Cordon <ccdrive2020@gmail.com>

Haha.

**John D. Bennett**
Partner
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
D: 678-996-9056 | C: 770-342-8812
Email: JBennett@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook

 Freeman
Mathis & Gary LLP
When It Counts

AZ | CA | CO | CT | DE | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX | WA
Please read this important notice and confidentiality statement

**From:** Cesar Cordon <ccdrive2020@gmail.com>
**Sent:** Tuesday, December 3, 2024 11:01:10 PM
**To:** John D. Bennett <JBennett@fmglaw.com>
**Subject:** Re: FW: A25A0358 – Remittitur – Court of Appeals of Georgia

[Quoted text hidden]

Wed, Dec 4, 2024 at 9:02 PM

**Cesar Cordon** <ccdrive2020@gmail.com>
To: "John D. Bennett" <JBennett@fmglaw.com>

look like is the only way that you can win a case  shame on you

[Quoted text hidden]

Wed, Dec 4, 2024 at 9:34 PM

**John D. Bennett** <JBennett@fmglaw.com>
To: Cesar Cordon <ccdrive2020@gmail.com>

You mean by winning every hearing, motion, and appeal?  Then yes.

**John D. Bennett**
Partner
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
D: 678-996-9056 | C: 770-342-8812
Email: JBennett@fmglaw.com | LinkedIn | Bio

45

IN THE SUPERIOR COURT OF FLOYD COUNTY FILED IN OFFICE
STATE OF GEORGIA

MAR 1 9 2024

*Glenda Waddell*

CLERK

CESAR AUGUSTO CORDON SOSA )
)
Plaintiff, )
)
v. )        Case No. 22CV01681-3
)
WINGZ, INC. )
)
Defendant. )

## ORDER GRANTING DEFENDANT WINGZ, INC.'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH COURT-ORDERED SANCTIONS

This matter came before the Court on Defendant Wingz, Inc.'s (hereinafter, "Defendant") Motion to Dismiss for Failure to Comply with Court-Ordered Sanctions, filed January 3, 2024. On January 5, 2024, Plaintiff Cesar Augusto Cordon Sosa (hereinafter, "Plaintiff") filed his response, entitled "Motion II in Compliance with Sanction Order in Support of the Plaintiff." This matter having been fully briefed, the Court held a hearing on March 4, 2024 with both parties in attendance. Upon consideration of the parties' briefs, oral argument, and all other evidence contained in the record, the Court finds as follows:

## I.    Findings of Fact

Plaintiff filed the foregoing civil action against Defendant on October 18, 2022. Defendant timely answered and filed a motion to dismiss on November 30, 2022, and discovery was initially stayed for 90 days pursuant to O.C.G.A. § 9-11-12(j) before commencing on February 28, 2023. Defendant initially requested to take Plaintiff's deposition via email on May 22, 2023, with roughly 3 months remaining in the discovery period. Plaintiff refused to comply with Defendant's request, and instead filed a

46

Further, the Court ordered Plaintiff to pay $3,150.00 in attorney fees to Defendant for costs associated with filing its motion to compel Plaintiff's deposition. Per the Court's instructions, such payment was due within 90 days of the date of the Order, or no later than December 14, 2023. Pursuant to the Court's September 15, 2023 Order, the Court expressly warned that Plaintiff's failure to pay Defendant's attorney fees within the time specified could result in dismissal of this action with prejudice.

On September 18, 2023, Plaintiff filed a "Motion in Support of the Plaintiff, Request for Sanction and Fine for Willful Conduct to Attorney John D. Bennett. [sic] Kelly Spearman (Freeman Mathis & Gary, LLP [sic]," which the Court interpreted as a motion for reconsideration of its September 15, 2023 Order. On October 2, 2023, the Court issued an Order Denying Reconsideration and Sanctions, noting that while the Court found Plaintiff's economic situation sympathetic, the sanctions imposed by this Court were creations of Plaintiff's own making.

Instead of complying with the Court's September 15 and October 2 Orders requiring payment in full within 90 days, Plaintiff unilaterally decided to begin making payments in $25.00 increments on December 13, 2023. Counsel for Defendant promptly notified Plaintiff that his $25.00 payments were insufficient to comply with this Court's Orders. At the time of the March 4, 2024 hearing on Defendant's motion to dismiss, Plaintiff had paid $75.00 towards the $3,150.00 in attorney fees and $75.00 towards the $2,130.95 in costs associated with his rescheduled deposition. At this rate, it would take Plaintiff *over 10 years* to pay both amounts in full.

Plaintiff has presented insufficient evidence to support his claim that he is unable to pay the amounts awarded based upon his repeated refutation of the Georgia Civil Practice

"Memorandum of Law in Support of Plaintiff's Motion of Denial of Request for Declaration Under Oath" with the Court on May 30, 2023, which the Defendant filed its objections to on June 29, 2023. On August 3, 2023, Defendant again requested Plaintiff identify a mutually agreeable date for his deposition, and warned that if he failed to do so Defendant would be forced to unilaterally select a date and subpoena Plaintiff in order to obtain his attendance. Plaintiff failed to respond, and on August 8, 2023, Defendant noticed Plaintiff's deposition for August 16, 2023 and served a subpoena obtained from the Floyd County Clerk's Office.

In response to the subpoena, on August 14, 2023, Plaintiff filed a "Motion Denying a Notice of Deposition by Attorney Bennett," arguing he could not be deposed without a lawyer. Upon receipt of Plaintiff's motion, Defendant again warned Plaintiff that it would be forced to file a motion to compel his attendance for deposition and would seek sanctions for doing so. Plaintiff again refused to attend his deposition despite being served with a subpoena.

Accordingly, on August 17, 2023, Defendant filed an Expedited Motion for Sanctions or, Alternatively, to Compel Plaintiff's Deposition and to Extend the Discovery Period. Plaintiff filed his response, titled "Motion in Support of Law to Denny [sic] Defendant Expedited Motion for Sanctions and To Denny [sic] The Compell [sic] Plaintiff Deposition" on August 24, 2023. After oral argument by both parties on September 7, 2023, this Court entered an Order Granting Defendant's Expedited Motion for Sanctions or, Alternatively, to Compel Plaintiff's Deposition and to Extend the Discovery Period on September 15, 2023. Specifically, the Court ordered Plaintiff to appear for his deposition on October 3, 2023 and to pay all costs for the court reporter and related transcripts.

v. G & K Servs., Inc., 230 Ga. App. 452, 453, 496 S.E.2d 550, 552 (1998); see also Serwitz v. Gen. Elec. Credit Corp., 174 Ga. App. 747, 749, 331 S.E.2d 95, 97 (1985).

This Court has already shown Plaintiff significant leniency in this case despite his numerous and often redundant filings. The Court finds that Plaintiff has willfully failed to comply with this Court's September 15 and October 2 Orders by refusing to pay the monetary sanctions or even a substantial amount towards the total owed. Under these circumstances, the dismissal of Plaintiff's complaint is both authorized by law and warranted by Plaintiff's repeated disregard for Georgia's discovery procedures as outlined in the Civil Practice Act, O.C.G.A. § 9-11-1, *et. seq.*, and this Court's rules and orders.

### III.    CONCLUSION

For the foregoing reasons as well as the reasons discussed at the March 4, 2024 hearing, this Court hereby Orders that Plaintiff's Complaint be DISMISSED WITHOUT PREJUDICE. Plaintiff shall be allowed to re-file this action, subject to the other requirements of the Georgia Civil Practice Act, upon proof of payment in full of the amounts ordered in this Court's September 15 and October 2 Orders.

SO ORDERED, this *19* day of March, 2024.

JUDGE ~~BRYAN THOMAS JOHNSON~~
SUPERIOR COURT, FLOYD COUNTY

Walter J. Matthews, Senior Judge
Superior Courts of Georgia

**PREPARED BY:**
John D. Bennett
Georgia Bar No. 059212
100 Galleria Parkway Suite 1600
Atlanta, Georgia 30339
(770) 818-0000 - Phone
(770) 937-9960 - Facsimile

## IN THE SUPERIOR COURT OF FLOYD COUNTY
## STATE OF GEORGIA

CESAR AUGUSTO CORDON SOSA,  )
)
        Plaintiff,  )
)     CIVIL ACTION FILE
v.  )     NO.  22CV01681-3
)
WINGZ, INC.,  )
)
    Defendant.  )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have served the foregoing *RULE*

*NISI* to the following parties via electronic mail as follows:

| Attorney Name | Email | Mailing Address |
|---|---|---|
| BENNETT, JOHN D. | JBENNETT@FMGLAW.COM | 100 GALLERIA PARKWAY SUITE 1600 |
| CEASAR AUGSTO CORDON SIOSA | | 6 PAYNE ROAD SW ROME, GA 30165 |
| SPEARMAN, KELLI N. | KELLI.SPEARMAN@FMGLAW.COM | 100 GALLERIA PARKWAY SUITE 1600 |

This 19th day of March, 2024.

Nicole J. Duncan
Secretary to Judge Bryan Thomas Johnson
Superior Courts
Rome Judicial Circuit

# EXHIBIT 4

**From:** Brittany Whaley <bwhaley@7Jad.com>
**Sent:** Friday, December 8, 2023 2:07 PM
**To:** cdwehelp21@gmail.com; John D. Bennett <JBennett@fmglaw.com>
**Cc:** Charity Williams <cwilliams@7Jad.com>; Linda Jezerinac <ljezerinac@7Jad.com>
**Subject:** 22-1681-003 CORDON SOSA v WINGZ, Inc - Notice of Mediation Referral
**Importance:** High

**Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments** unless you recognize the sender and know the content is safe.

Good afternoon,

Per the Rules established by the 7th Judicial District of Georgia, your case has been referred to mediation. Please see attached for your referral notice.

You all will have **10 business days** to respond to this email with your dates of availability for mediation.

Failure to respond will result in the case being scheduled by our office and your attendance will be mandatory.

Please let us know if you have any questions or concerns.

Thank you,

*Brittany Whaley*

Mediation Coordinator

7JAD-ADR

P.O. Box 963

Cartersville, GA 30120

(P) 770-387-4820

(F) 770-387-5479

www.7jad.com

53

**From:** Brittany Whaley <bwhaley@7Jad.com>
**Sent:** Friday, December 8, 2023 2:07 PM
**To:** cdwehelp21@gmail.com; John D. Bennett <JBennett@fmglaw.com>
**Cc:** Charity Williams <cwilliams@7Jad.com>; Linda Jezerinac <ljezerinac@7Jad.com>
**Subject:** 22-1681-003 CORDON SOSA v WINGZ, Inc - Notice of Mediation Referral
**Importance:** High

**Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments** unless you recognize the sender and know the content is safe.

Good afternoon,

Per the Rules established by the 7th Judicial District of Georgia, your case has been referred to mediation. Please see attached for your referral notice.

You all will have **10 business days** to respond to this email with your dates of availability for mediation.

Failure to respond will result in the case being scheduled by our office and your attendance will be mandatory.

Please let us know if you have any questions or concerns.

Thank you,

*Brittany Whaley*

Mediation Coordinator

7JAD-ADR

P.O. Box 963

Cartersville, GA 30120

(P) 770-387-4820

(F) 770-387-5479

www.7jad.com

 Gmail

Cesar Cordon <ccdrive2020@gmail.com>

## Fwd: 22-1681-003 CORDON SOSA v WINGZ, Inc - Notice of Mediation Referral

2 messages

**Cesar Sosa** <cdwehelp21@gmail.com>
To: ccdrive2020@gmail.com

Mon, Jan 1, 2024 at 10:02 AM

---------- Forwarded message ---------
From: **John D. Bennett** <JBennett@fmglaw.com>
Date: Sun, Dec 31, 2023 at 3:15 PM
Subject: RE: 22-1681-003 CORDON SOSA v WINGZ, Inc - Notice of Mediation Referral
To: Brittany Whaley <bwhaley@7jad.com>, cdwehelp21@gmail.com <cdwehelp21@gmail.com>
Cc: Charity Williams <cwilliams@7jad.com>, Linda Jezerinac <ljezerinac@7jad.com>

Ms. Whaley,

I believe mediation is unwarranted in this case because there is no possibility of settlement. We are simply not settling this matter with Mr. Sosa. Please note we have already mediated with this same pro se plaintiff in multiple other cases and none of them settled because his demands were so absurd. He has sued this company and multiple other entities multiple times and continues to file baseless appeals. He is a serial litigant. Also, he has violated numerous court orders in this case so we will shortly be moving to dismiss the entire action – note that the court has already signaled that it intends to dismiss the action if he violated the most recent sanctions order, which plaintiff did. I therefore think it makes sense to defer required mediation until after the court rules on that motion.

If mediation is nevertheless required, which respectfully but frankly does not make much sense under the present circumstances, I'd appreciate if you could please avoid the following dates for me:

- 1/8-1/12
- 1/17/-19
- 3/31-4/5

John
**John D. Bennett**
Partner
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
**D: 678-996-9056 | C: 770-342-8812**
JBennett@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



AZ | CA | CO | CT | FL | GA | IL | IN | KY | MA | NJ | NM | NV | NY | OH | PA | RI | TN | TX
Please read this important notice and confidentiality statement



EXHIBIT 5

56



## INCOME AND EXPENSES.

Diamond World.

September 2024.                                    2,784.16

Uber                                                  631.66

                                                    3,415.82

Less Expenses                                         634.44

                                                    1,457.00

                                                    1,599.00

Balance available.      NEGATIVE          274.62 +425 RENT = 699.62

October 2024.                                      3,350.44

Uber                                               1,633.36

                                                   4,983.80

Less Expenses                                      2,148.00

                                                     634.44

                                                   1,599.00

                                                   4,381.44

Balance available                          602.36 = 425.00
                                           177.36

1

57

November 2024.                              2,961.25

                                             692.18

                                           3,653.43

Less Expenses                                634.44

                                           1,790.00

                                           1,599.00

                                           4,023.44

Available Balance NEGATIVE        370.01 +425.00 RsNT
                                           795.01

58

Expenses;

| | | |
|---|---|---|
| 1. | Car Monthly Payments | 634.44 |
| 2. | Western Union Family Support | |
| | September 3, 2024. | 333.00 |
| | September 10, 2024    . | 408.00 |
| | September 17, 2024. | 358.00 |
| | September 24, 2024. | 358.00 |
| | Total Expensed | 1,457.00 |

============================================

| | |
|---|---|
| October 1, 2024. | 358.00 |
| October 2, 2024. | 208.00 |
| October 8, 2024. | 408.00 |
| October 15, 2024. | 408.00 |
| October 22, 2024. | 398.00 |
| October 29, 2024. | 368.00 |
| Total Expensed | 2,148.00 |

============================================

| | |
|---|---|
| Novembre  5, 2024. | 408.00 |
| November 12, 2024. | 408.00 |
| November 19, 2024. | 458.00 |
| Novembre 22, 2024. | 108.00 |
| November 26, 2024. | 408.00 |
| Total Expensed | 1,790.00 |

Other Expenses:

3

59

| | |
|---|---|
| Car Insurance | 110.00 |
| Cell Phone | 70.00 |
| Medicine | 20.00 |
| Go Daddy Website | 17.00 |
| Bluehost App | 62.00 |
| Boss Personal Loan | 100.00 |
| Car Maintenance | 120.00 |
| Smith loan | 100.00 |
| My food support | 600.00 |
| Total Expenses. | 999.00 |

Grand Total Expenses

60

UBER INCOME.

September:                                              152.00
                                                        92.48
                                                       103.82
                                                       194.78
                                                        21.55
                                                       011.81
                                                       207.25
Total Income                                           813.69

October:

                                                       166.72
                                                       202.67
                                                        66.48
                                                       119.92
                                                       165.32
                                                        51.66
                                                        88.00
                                                        55.71
                                                       159.45
                                                        64.36
                                                       132.60
                                                       156.80
Total Income                                         1,489.69

5

6 I

November.                              91.64
                                       89.75
                                       44.95
                                       58.87
                                       48.83
Total Income.                         334.04

62

# Wells Fargo Clear Access Banking℠

WELLS FARGO

CESAR A CORDON
6 PAYNE RD SW
ROME GA 30165-3827

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

### Other Wells Fargo Benefits

**Watch for debit card scams so you can avoid them**

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo and they may contact you through a text or an automated phone service that seems legitimate.

No Wells Fargo employee will contact you to ask you:
- for your personal or card information, including your PIN.
- for your device account credentials, to share your screen with them, or to accept a video call.
- to transfer money to another person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- to collect your card in person, have you mail it, or leave it somewhere for pick-up.

**Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account.** You can also check for suspicious activity through our mobile app or online. If you think your card has been used fraudulently, please contact us as soon as possible.

63

**WELLS FARGO**

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 8/31 | $56.84 |
| Deposits/Additions | 3,661.91 |
| Withdrawals/Subtractions | - 3,716.67 |
| **Ending balance on 9/30** | **$2.08** |

Account number: **3684018512**

**CESAR A CORDON**

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 061000227

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/3 | | eDeposit IN Branch 09/03/24 09:03:48 Am 2 Redmond Rd NW Rome GA 0922 | 707.00 | | |
| 9/3 | | Purchase authorized on 08/31 Wal-Mart Super Center Rome GA P000000171437885 Card 0922 | | 2.22 | |
| 9/3 | | Purchase authorized on 08/31 Dollar Tree Rome GA S464244786524134 Card 0922 | | 2.58 | |
| 9/3 | | Purchase authorized on 09/01 WM Superc Wal-Mart Sup Rome GA P000000534879531 Card 0922 | | 12.13 | |
| 9/3 | | Purchase authorized on 09/01 Dollar Tree Rome GA S584245573852438 Card 0922 | | 1.29 | |
| 9/3 | | Purchase authorized on 09/02 Wal-Mart Super Center Rome GA P000000873090593 Card 0922 | | 19.91 | |
| 9/3 | | Cash eWithdrawal IN Branch 09/03/2024 06:05 Am 2 Redmond Rd NW Rome GA 0922 | | 370.00 | |
| 9/3 | | Purchase authorized on 09/03 Wal-Mart Super Center Rome GA P000000474427943 Card 0922 | | 5.54 | |
| 9/3 | | Purchase authorized on 09/03 Circle K # 23637 2221 Rome GA P000000981987441 Card 0922 | | 10.26 | .339.91 |
| 9/4 | | Purchase authorized on 09/03 Tmobile*Postpaid T 800-937-8997 WA S464247487836729 Card 0922 | | 60.00 *BLUEHOST* | |
| 9/4 | | Purchase authorized on 09/03 Morelos Supermarke Rome GA S464247836718009 Card 0922 | | 6.14 | 273.77 |
| 9/5 | | Purchase authorized on 09/04 Dollar Tree Rome GA S384248534452091 Card 0922 | | 2.58 | 271.19 |
| 9/6 | | Purchase authorized on 09/04 Sunrise Acceptance 423-5591196 TN S304248379313149 Card 0922 | | 158.61 *AUTO* | |
| 9/6 | | ATM Withdrawal authorized on 09/06 2204 Shorter Ave Rome GA 0000741 ATM ID 0139U Card 0922 | | 20.00 | 92.58 |
| 9/9 | | Purchase authorized on 09/05 Del Taco 1301 Rome GA S584250018362088 Card 0922 | | 3.25 | |
| 9/9 | | Purchase authorized on 09/07 USPS PO 12755805 2503 Red Rome GA P384251535309971 Card 0922 | | 9.41 | |
| 9/9 | | Purchase authorized on 09/08 Circle K # 23637 2221 Rome GA P000000185853877 Card 0922 | | 10.00 | |
| 9/9 | | Purchase authorized on 09/08 WM Superc Wal-Mart Sup Rome GA P000000585516245 Card 0922 | | 7.48 | |
| 9/9 | | Purchase authorized on 09/09 Wal-Mart #5151 Rome GA P000000277112722 Card 0922 | | 9.00 | |
| 9/9 | | Purchase authorized on 09/09 Wal-Mart Super Center Rome GA P000000873793796 Card 0922 | | 13.78 | 39.66 |
| 9/10 | | Raiser 6795 EDI Paymnt SEP 09 565Eqgbib7Lyrz2 Ref*TN*565Eqgbib7\ | 152.08 *1947* | | |
| 9/10 | | eDeposit IN Branch 09/10/24 09:50:22 Am 2 Redmond Rd NW Rome GA 0922 | 679.84 *2W* | | |
| 9/10 | | Purchase authorized on 09/10 Speedy Mart Rome GA P000000277659265 Card 0922 | | 10.00 | |
| 9/10 | | Cash eWithdrawal IN Branch 09/10/2024 06:50 Am 2 Redmond Rd NW Rome GA 0922 | | 479.00 *U3* | 382.58 |
| 9/11 | | Instant Pmt From Rasier, LLC on 09/11 Ref#20240911021000089P1Bxop121151166510 /Lipr/Standard | 92.45 | | |

64

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------------------|---------------------------|----------------------|
| 9/11 | | Purchase authorized on 09/09 Fivepoint Payments 404-4006232 GA S304254105706782 Card 0922 | | 4.15 | |
| 9/11 | | Purchase authorized on 09/09 Fulton County Supe 404-6135360 GA S584254105713002 Card 0922 | | 118.50 | |
| 9/11 | | Recurring Payment authorized on 09/10 Tmobile*Postpaid F 800-937-8997 WA S384254358470022 Card 0922 | | 50.00 | |
| 9/11 | | Purchase authorized on 09/11 Ross Stores #656 Rome GA P000000481038960 Card 0922 | | 10.69 | |
| 9/11 | | Purchase authorized on 09/11 Amoco#1797900Gr Adairsville GA P000000489810305 Card 0922 | | 10.22 | |
| 9/11 | | Purchase authorized on 09/11 Wal-Mart #0658 Rome GA P000000586625907 Card 0922 | | 6.40 | |
| 9/11 | | Purchase authorized on 09/11 WM Superc Wal-Mart Sup Rome GA P000000881885489 Card 0922 | | 10.00 | 265.07 |
| 9/12 | | Purchase authorized on 09/11 Big Dans Car Wash Rome GA S464255507191194 Card 0922 | | 12.00 | |
| 9/12 | | Purchase authorized on 09/11 Nayax Amusements Hunt Valley MD S584255714837551 Card 0922 | | 5.00 | |
| 9/12 | | Purchase authorized on 09/12 WM Superc Wal-Mart Sup Rome GA P000000580165317 Card 0922 | | 4.09 | 243.98 |
| 9/13 | | Purchase authorized on 09/11 Sunrise Acceptance 423-5591196 TN S304255378602172 Card 0922 | | 158.61 | |
| 9/13 | | Purchase authorized on 09/12 Dollar Tree Rome GA S384256773900813 Card 0922 | | 2.58 | 82.79 |
| 9/16 | | Purchase authorized on 09/15 Ingles Markets Rockmart GA P000000773294137 Card 0922 | | 7.22 | |
| 9/16 | | Purchase authorized on 09/15 Goodwill #5545 Rome GA P304259545289823 Card 0922 | | 1.51 | |
| 9/16 | | Purchase authorized on 09/15 Dollar Tree Rome GA S464259566584679 Card 0922 | | 1.29 | |
| 9/16 | | Purchase authorized on 09/16 Speedy Mart Rome GA P000000283157054 Card 0922 | | 13.93 | 58.84 |
| 9/17 | | Raiser 6795 EDI Paymnt SEP 16 Boufkwpk752Lurx Ref*TN*Boufkwpk75\ | 103.82 | | |
| 9/17 | | eDeposit IN Branch 09/17/24 12:13:23 PM 2 Redmond Rd NW Rome GA 0922 | 707.42 | | |
| 9/17 | | Instant Pmt From Rasier, LLC on 09/17 Ref#20240917021000089P1Bxop121271458612 /Lipr/Standard | 194.78 | | |
| 9/17 | | Purchase authorized on 09/16 China Max Rome GA S464260653980708 Card 0922 | | 1.35 | |
| 9/17 | | Purchase authorized on 09/17 Speedy Mart Rome GA P000000972172352 Card 0922 | | 14.87 | |
| 9/17 | | Cash eWithdrawal IN Branch 09/17/2024 09:15 Am 2 Redmond Rd NW Rome GA Null | | 600.00 | |
| 9/17 | | Purchase authorized on 09/17 Citgo HI Tech Ex Rome GA P464261665200291 Card 0922 | | 10.60 | |
| 9/17 | | Purchase authorized on 09/17 LA Mexicana Supermarke Rome GA P000000883679152 Card 0922 | | 11.19 | |
| 9/17 | | Purchase authorized on 09/17 Wal-Mart Super Center Rome GA P000000474835177 Card 0922 | | 30.00 | 396.85 |
| 9/18 | | Purchase authorized on 09/17 Web*Bluehost.Com 888-4014678 UT S58426183512301 2 Card 0922 | | 61.99 | |
| 9/18 | | Purchase authorized on 09/18 Speedy Mart Rome GA P000000472840495 Card 0922 | | 9.81 | |
| 9/18 | | ATM Withdrawal authorized on 09/18 2204 Shorter Ave Rome GA 0003403 ATM ID 0139T Card 0922 | | 80.00 | 245.05 |
| 9/19 | | Stripe Lyft 09-18 St-R9W2Y4H1S9A0 Cesar Augusto Cordon S | 21.55 | | |
| 9/19 | | Purchase authorized on 09/17 Qt 792 Cartersville GA S384261494934684 Card 0922 | | 12.45 | |
| 9/19 | | Purchase authorized on 09/18 China Max Rome GA S464262630836483 Card 0922 | | 0.83 | |
| 9/19 | | Purchase authorized on 09/19 Wal-Mart #0658 Rome GA P000000681674029 Card 0922 | | 9.34 | 243.98 |

WELLS
FARGO

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/20 | | Purchase authorized on 09/18 Sunrise Acceptance 423-5591196 TN S304262378868151 Card 0922 | | 158.61 ᴧ ᴜᴛᴼ | |
| 9/20 | | Purchase authorized on 09/18 Qt 792 Cartersville GA S304262471428407 Card 0922 | | 10.00 | |
| 9/20 | | Purchase authorized on 09/20 WM Superc Wal-Mart Sup Rome GA P000000736364232 Card 0922 | Dᴸᵂ | 10.10 | 65.27 |
| 9/23 | | Instant Pmt From Rasier, LLC on 09/22 Ref#20240922021000089P1Bxop117080778110 /Lipr/Standard | 331.85 | | |
| 9/23 | | Purchase authorized on 09/21 Ross Stores #656 Rome GA P000000874328877 Card 0922 | | 27.80 | |
| 9/23 | | Purchase authorized on 09/22 China Max Rome GA S304266619245304 Card 0922 | | 2.95 | |
| 9/23 | | Purchase authorized on 09/22 Wal-Mart #0658 Rome GA P000000971507371 Card 0922 | | 24.75 | |
| 9/23 | | Purchase authorized on 09/22 Bargain Hunt Rome GA S464266855251502 Card 0922 | | 7.49 | |
| 9/23 | | ATM Withdrawal authorized on 09/23 2204 Shorter Ave Rome GA 0004799 ATM ID 0139T Card 0922 | | 180.00 | |
| 9/23 | | Purchase authorized on 09/23 Wal-Mart #0658 Rome GA P000000573892203 Card 0922 | | 18.87 | |
| 9/23 | | Purchase authorized on 09/23 Wal-Mart #0658 Rome GA P000000083691609 Card 0922 | | 3.75 | 131.51 |
| 9/24 | | eDeposit IN Branch 09/24/24 11:40:13 Am 2 Redmond Rd NW Rome GA 0922 | 200.00 | | |
| 9/24 | | ATM Withdrawal authorized on 09/23 2204 Shorter Ave Rome GA 0005044 ATM ID 0139T Card 0922 | | 100.00 | |
| 9/24 | | Purchase authorized on 09/24 Speedy Mart Rome GA P000000176275370 Card 0922 | | 20.50 | |
| 9/24 | | Purchase authorized on 09/24 Ross Stores #656 Rome GA P000000886592826 Card 0922 | | 5.55 | 205.46 |
| 9/25 | | Stripe Lyft 09-24 St-U7S0K1C8H6V6 Cesar Augusto Cordon S | 11.81 | | |
| 9/25 | | Instant Pmt From Rasier, LLC on 09/25 Ref#20240925021000089P1Bxop123194365800 /Lipr/Standard | 252.06 | | |
| 9/25 | | Purchase authorized on 09/24 WM Superc Wal-Mart Sup Rome GA P000003B5901572 Card 0922 | | 16.05 | |
| 9/25 | | Purchase authorized on 09/25 Wal-Mart #0658 Rome GA P000000971157163 Card 0922 | | 26.82  Gᵒ ᴐᴒᴒᵸ | 426.46 |
| 9/26 | | Recurring Payment authorized on 09/25 Dnh*Godaddy#331775 480-5058855 AZ S304269614821392 Card 0922 | | 15.99 | |
| 9/26 | | Purchase authorized on 09/26 Speedy Mart Rome GA P000000586195211 Card 0922 | | 10.20 | |
| 9/26 | | Purchase authorized on 09/26 Bp#6627269Bp Cu Cumming GA P000000883727180 Card 0922 | | 18.12 | |
| 9/26 | | ATM Withdrawal authorized on 09/26 2 Redmond Rd NW Rome GA 0007822 ATM ID 6758N Card 0922 | | 150.00  ᴧ ᴜᴛᴼ | 232.15 |
| 9/27 | | Purchase authorized on 09/25 Sunrise Acceptance 423-5591196 TN S584269378584741 Card 0922 | | 158.61 | |
| 9/27 | | Purchase authorized on 09/26 Seventh Avenue Inc 800-3569090 WI S464270723803855 Card 0922 | | 23.00 | |
| 9/27 | | Purchase authorized on 09/27 Bp#2953685Short Rome GA P000000474107426 Card 0922 | ᴜᴮ | 10.01 | 40.53 |
| 9/30 | | Instant Pmt From Rasier, LLC on 09/29 Ref#20240929021000089P1Bxop117292161410 /Lipr/Standard | 207.25 | | |
| 9/30 | | Purchase authorized on 09/28 Morelos Supermarke Rome GA S304273020998419 Card 0922 | | 6.88 | |
| 9/30 | | Purchase authorized on 09/29 WM Superc Wal-Mart Sup Rome GA P000000173660364 Card 0922 | | 13.83 | |
| 9/30 | | Purchase authorized on 09/29 Tj Maxx #341 Rome GA S584273827767307 Card 0922 | | 12.29 | |

bb

**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|-----------|--------------|--------|
| 9/30 | | Purchase authorized on 09/29 Ross Stores #656 Rome GA P000000884571939 Card 0922 | | 34.21 | |
| 9/30 | | Purchase authorized on 09/30 Citgo Burnett Fe Rome GA P464274586968078 Card 0922 | | 10.39 | |
| 9/30 | | ATM Withdrawal authorized on 09/30 2204 Shorter Ave Rome GA 0006919 ATM ID 0139T Card 0922 | | 80.00 | |
| 9/30 | | Purchase authorized on 09/30 Wal-Mart #0658 Rome GA P000000370S37037 Card 0922 | | 83.10 | |
| 9/30 | | Monthly Service Fee | | 5.00 | 2.08 |
| **Ending balance on 9/30** | | | | | **2.08** |
| **Totals** | | | **$3,661.91** | **$3,716.67** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/31/2024 - 09/30/2024 | Standard monthly service fee $5.00 | You paid $5.00 |
|------|------|------|
| **How to avoid the monthly service fee** Have any **ONE** of the following each fee period | Minimum required | This fee period |
| • Age of primary account owner | 13 - 24 | ☐ |
| • Account is linked to a Wells Fargo Campus ATM Card or Campus Debit Card | 1 | 0 ☐ |

RD/RD

 **IMPORTANT ACCOUNT INFORMATION**

This notice re-establishes that Wells Fargo has the right to conduct setoff for overdrawn deposit account balances, where applicable, and in accordance with your governing Deposit Account Agreement. When we exercise this right, we may reduce funds in any account you hold with us for purposes of paying the amount of the debt, either due or past due, that is owed to us as allowed by the laws governing your account. Our right of setoff won't apply if it would invalidate the tax-deferred status of any tax-deferred retirement account (e.g., a SEP or an IRA) you keep with us. To review a copy of your Deposit Account Agreement, including the provisions related to the right of setoff, please visit wellsfargo.com/online-banking/consumer-account-fees/ or wellsfargo.com/biz/fee-information/.

### Other Wells Fargo Benefits

**Help take control of your finances with a Wells Fargo personal loan.**
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.
**Get started at wellsfargo.com/personalloan.**



## RECEIPT/RECIBO
Thank you/Gracias

**TRACKING NUMBER (MTCN)**
**NO. DE CONTROL DEL ENVIO**
**292-711-4600**

For Customer Service, please call 1-800-325-6000/Para comunicarse con el servicio de atención al cliente, llame al 1-800-325-6000.

Full Terms and Conditions including important provisions regarding limitations of liability, resolution of disputes, and administration charges are available by visiting Go Wu Com/Terms, calling 1-800-325-6000, or asking your Agent for a copy./Los términos y condiciones completos, incluidas las disposiciones importantes sobre limitaciones de responsabilidad y resolución de litigios y gastos administrativos, están disponibles en go wu com/Terms, también puede llamar al 1-800-325-6000 o solicitar una copia a su Agente.

My WU® #
Total Points/Puntos totales

PUBLIX #1403
435 TURNER MCCALL BLVD NE, GA

Money Transfer/Envío de Dinero
CASH/Dinero en efectivo

Operator ID/No. ID del Operador: 477

Date of Transactions/Fecha de las Transacciones
September 03, 2024/Septiembre 03, 2024

Time of Transactions/Hora de las Transacciones:
09:16 AM EDT

Sender/Remitente
CESAR A CORDON SOSA
6 PAYNE ROAD SOUTHWEST, ROME, GA,
30165, USA
5718886718/5718886718

Final Receiver/Destinatario Final
DARLING JOSETTE DIAZ GRANDE

Expected Foreign Country Payout
Location/Localidad donde Esperan el Pago en país extranjero
Nicaragua/Nicaragua

Service Type/Tipo de Servicio
MONEY IN MINUTES/DINERO EN MINUTOS

Date Available in Final Receiver's Country/Fecha Disponible en el País del Destinatario Final
September 03, 2024/Septiembre 03, 2024

Transfer Amount/                           325.00 USD
Cantidad de Envío

RECEIPT/RECIBO

Thank you/Gracias

TRACKING NUMBER (MTCN)
NO. DE CONTROL DEL ENV.
253-092-0647

For Customer Service, please call 1-800-325-
6000/Para comunicarse con el servicio de aten.
cliente, llame al 1-800-325-6000

Full Terms and Conditions including important
provisions regarding limitations of liability, resolution of
disputes, and administration charges are available by
visiting Go Wu Com/Terms, calling 1-800-325-6000,
asking your Agent for a copy./Los términos y
condiciones completos, incluidas las disposiciones
importantes sobre limitaciones de responsabilidad y
resolución de litigios y gastos administrativos, están
disponibles en go wu com/Terms, también puede
llamar al 1-800-325-6000 o solicitar una copia a su
Agente.

**9 - 10 · 24**

My WU® #

Total Points/Puntos totales

PUBLIX #1403
435 TURNER MCCALL BLVD NE GA

Money Transfer/Envío de Dinero
CASH/Dinero en efectivo

Operator ID/No. ID del Operador    477

Date of Transactions/Fecha de las Transacciones.
September 10 2024/Septiembre 10, 2024

Time of Transactions/Hora de las Transacciones.
10 02 AM EDT

Sender/Remitente
CESAR A CORDON SOSA
6 PAYNE ROAD SOUTHWEST ROME, GA
30165 USA
5718886718/5718886718

Final Receiver/Destinatario Final
DARLING LISSETTE DIAZ GRANDE

Expected Foreign Country Payout
Location/Localidad donde Esperan el Dinero en país
extranjero
Nicaragua/Nicaragua

Service Type/Tipo de Servicio
MONEY IN MINUTES/DINERO EN MINUTOS

Date Available in Final Receiver's Country/Fecha
Disponible en el País del Destinatario Final
September 10, 2024/Septiembre 10, 2024

| | | |
|---|---|---|
| Transfer Amount/ Cantidad de Envío | | 400 00 USD |
| Transfer Fees/ Cargos por Envío | + | 8 00 USD |
| Additional Fees/ Cargos Adicionales | + | 0 00 USD |
| Transfer Taxes/ Impuestos de Envío | + | |

Western Union (R)

RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN)/NO. DE
RASTREO:



167-590-8725

FOR CUSTOMER SERVICE, PLEASE CALL
1-844-982-4287/Para atención al
cliente, llame al 1-844-982-4287

WAL*MART 658
2510 REDMOND CIRCLE
ROME, GA 30165
Money Transfer/Envío de Dinero
Operator ID/ID Operador:
99
***********************************

Date of Tra         +L·
transacciones.
09-17-2024
Time of Transactions/!
transacciones:
12:27:19 PM

Sender/Remitente:
CESAR A CORDON SOSA
6 PAYNE ROAD SOUTH
ROME, GA 30165
1 571.886718

Final Receiver/Destin`t⸱ ⸱ Final:
DARLING LISSETTE DI⸱ ⸱ urmm

Expected Foreign Country Payout
Location/Localidad de Pago en el
extranjero:
Nicaragua/Nicaragua

Service Type/Tipo de Servicio:
M⸱⸱⸱ ⸱⸱ Minutes/DINERO EN MTN ⸱⸱⸱

Date Available in Final
Receiver's Country/Fecha
Disponible en el País del
Destinatario Final:
09-17-2024

Transfer Amount/Monto de Envío:
360.00 USD

Transfer Fees/Cargos de Envío:
+ 3.00 USD

Additional ⸱⸱⸱/Cargos Adicionales:
+ 0.00 USD

Transfer Taxes/Impuestos:
+ 0.00 USD

Promotion Discount/Descuento
Promocional:
- 0.00 USD

Total/Total: 360 ⸱⸱         ⸱⸱⸱ USD



## RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN)/
NO. DE CONTROL DEL ENVIO:
644-448-3244

For Customer Service please call 1-800-325-
6000/Para comunicarse con el servicio de atención al
cliente llame al 1-800-325-6000

Full Terms and Conditions including important
provisions regarding limitations of liability, resolution of
disputes, and administration charges are available by
visiting Go Wu Com/Terms, calling 1-800-325-6000, or
asking your Agent for a copy./Los términos y
condiciones completos, incluidas las disposiciones
importantes sobre limitaciones de responsabilidad y
resolución de litigios y gastos administrativos, están
disponibles en go wu com/Terms, también puede
llamar al 1-800-325-6000 o solicitar una copia a su
Agente.

My WU® #388576379
Total Points/Puntos totales

PUBLIX #1403
435 TURNER MCCALL BLVD NE, GA

Money Transfer/Envío de Dinero:
CASH/Dinero en efectivo

Operator ID/No. ID del Operador:   476

Date of Transactions/Fecha de las Transacciones:
November 22, 2024/Noviembre 22, 2024

Time of Transactions/Hora de las Transacciones:
08:17 AM EST

Sender/Remitente:
CESAR AUGUSTO CORDON
46043 MARFIL TERRACE, STERLING, VA,
20166, USA
5718886718/5718886718

Final Receiver/Destinatario Final:
DARLING LISSETTE DIAZ GRANDE

Expected Foreign Country Payout
Location/Localidad donde Esperan el Pago en país
extranjero:
Nicaragua/Nicaragua

Service Type/Tipo de Servicio:
MONEY IN MINUTES/DINERO EN MINUTOS

Date Available in Final Receiver's Country/Fecha
Disponible en el País del Destinatario Final:
November 22, 2024/Noviembre 22, 2024

| | | |
|---|---|---|
| Transfer Amount/ Cantidad de Envío: | | 100.00 USD |
| Transfer Fees/ Cargos por Envío: | + | 8.00 USD |
| Additional Fees/ | + | 0.00 USD |

9-24-24

Western Union (R)

RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN)/NO. DE
RASTREO:



**731-690-5426**

FOR CUSTOMER SERVICE, PLEASE CAL'
1-844-982-4287/Para atencic
cliente, llame al 1-844-982-4287

WAL*MART 658
2510 REDMOND CIRCLE
ROME, GA 30165
Money Transfer/Envio de Dinero
Operator ID/ID Operador:
105
***********************************

Date of Transactions/Fecha de las
transacciones:
09-24-2024
Time of Transactions/Hora de las
transacciones:
11:52:17 AM

Sender/Remitente:
CESAR A CORDON SOSA
6 PAYNE ROAD SOUTHWEST
ROME, GA 30165
1 5718886718

Final Receiver/Destinatario Final:
DARLING LISSETTE DIAZ RANGE

Expected Foreign Country Payout
Location/Localidad de Paso en el
extranjero:
Nicaragua/Nicaragua

Service Type/Tipo de Servicio:
Money in Minutes/DINERO EN MINUTOS

Date Available in Final
Receiver's Country/Fecha
Disponible en el País del
Destinatario Final:
09-25-2024

Transfer Amount/Monto de Envio:
350.00 USD

Transfer Fees/Cargos de Envio:
+ 8.00 USD

Additional Fees/Cargos Adicionales:
+ 0.00 USD

Transfer Taxes/Impuestos:
+ 0.00 USD

Promotion Discount/Descuento
Promocional:
- 0.00 USD

Total/Total: 358.00 USD

72

# Wells Fargo Clear Access Banking℠

September 30, 2024 ∎ Page 1 of 6



CESAR A CORDON
6 PAYNE RD SW
ROME GA 30165-3827

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-TO-WELLS**  (1-800-869-3557)

*En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (297)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Online Banking | ☑ | Direct Deposit | ☑ |
| Online Bill Pay | ☐ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**Watch for debit card scams so you can avoid them**

Pay close attention if you are contacted about fraudulent debit card activity. Scammers are impersonating Wells Fargo and they may contact you through a text or an automated phone service that seems legitimate.

No Wells Fargo employee will contact you to ask you:
- for your personal or card information, including your PIN.
- for your device account credentials, to share your screen with them, or to accept a video call.
- to transfer money to another person, account, or digital wallet to "protect your account" or "resolve a fraud issue".
- to collect your card in person, have you mail it, or leave it somewhere for pick-up.

**Remember, don't respond to the request. Call us directly using the number on the back of your card to verify any potential issues with your card or account.** You can also check for suspicious activity through our mobile app or online. If you think your card has been used fraudulently, please contact us as soon as possible.

73

WELLS
FARGO

*Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $2.08 |
| Deposits/Additions | 5,192.18 |
| Withdrawals/Subtractions | - 4,860.31 |
| **Ending balance on 10/31** | **$333.95** |

Account number: **3684018512**

**CESAR A CORDON**

*Georgia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 061000227

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 10/1 | | eDeposit IN Branch 10/01/24 09:36:23 Am 2 Redmond Rd NW Rome GA 0922 | 539.14 | | |
| 10/1 | | Cash eWithdrawal IN Branch 10/01/2024 06:38 Am 2 Redmond Rd NW Rome GA Null | | 360.00 | 181.22 |
| 10/2 | | Stripe Lyft 10-01 St-Z7L0K3T8M5A9 Cesar Augusto Cordon S | 3.78 | | |
| 10/2 | | Instant Pmt From Rasier, LLC on 10/02 Ref#2024100302100089P1Bxop100293822100 /Lipr/Standard | 166.72 | | |
| 10/2 | | Purchase authorized on 10/02 Wal-Mart Super Center Rome GA P000000286194778 Card 0922 | | 19.91 | 331.81 |
| 10/3 | | Purchase authorized on 10/03 Circle K # 23637 2221 Rome GA P000000080609472 Card 0922 | | 20.00 | |
| 10/3 | | Purchase authorized on 10/03 Ross Stores #656 Rome GA P000000176572060 Card 0922 | | 5.35 | 306.46 |
| 10/4 | | Purchase authorized on 10/02 Sunrise Acceptance 423-5591196 TN S464276378754522 Card 0922 | | 158.61 | |
| 10/4 | | Purchase authorized on 10/02 Claire's #6609 Rome GA S304276692506647 Card 0922 | | 21.40 | 126.45 |
| 10/7 | | Instant Pmt From Rasier, LLC on 10/06 Ref#2024100602100089P1Bxop115214764911 /Lipr/Standard | 202.67 | | |
| 10/7 | | Instant Pmt From Rasier, LLC on 10/07 Ref#2024100702100089P1Bxop118422387500 /Lipr/Standard | 66.48 | | |
| 10/7 | | Purchase authorized on 10/03 Claire's #6609 Rome GA S304277648894738 Card 0922 | | 10.70 | |
| 10/7 | | Purchase authorized on 10/05 Wal-Mart Super Center Rome GA P000000377682542 Card 0922 | | 55.00 | |
| 10/7 | | Purchase authorized on 10/05 Dollar Tree Rome GA S58427953211 0536 Card 0922 | | 3.86 | |
| 10/7 | | Purchase authorized on 10/05 Wal-Mart #0658 Rome GA P000000684272813 Card 0922 | | 3.30 | |
| 10/7 | | Purchase authorized on 10/05 Del Taco 1301 Rome GA S304279645907027 Card 0922 | | 8.01 | |
| 10/7 | | ATM Withdrawal authorized on 10/05 2204 Shorter Ave Rome GA 0006589 ATM ID 0139U Card 0922 | | 20.00 | |
| 10/7 | | Purchase authorized on 10/06 Food Lion #1288 Rome GA P304280562451010 Card 0922 | | 6.17 | |
| 10/7 | | ATM Withdrawal authorized on 10/06 2 Redmond Rd NW Rome GA 0009611 ATM ID 6758N Card 0922 | | 180.00 | |
| 10/7 | | Purchase authorized on 10/06 WM Superc Wal-Mart Sup Rome GA P000000377883417 Card 0922 | | 36.98 | |
| 10/7 | | Purchase authorized on 10/07 Angler's Corner Doraville GA P000000173570678 Card 0922 | | 5.10 | |
| 10/7 | | Purchase authorized on 10/07 Arco54151001 Rome GA P000000782174706 Card 0922 | | 20.15 | |
| 10/7 | | Purchase authorized on 10/07 Wal-Mart Super Center Rome GA P000000576741890 Card 0922 | | 11.71 | 34.62 |

74



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|-----------|-------------|---------|
| 10/8 | | eDeposit IN Branch 10/08/24 02:18:18 PM 2 Redmond Rd NW Rome GA 0922 | 666.30 | | |
| 10/8 | | Purchase authorized on 10/07 Sq *Oseas Auto Rep Rome GA S304281715593904 Card 0922 | | 20.70 | |
| 10/8 | | Cash eWithdrawal IN Branch 10/08/2024 11:20 Am 2 Redmond Rd NW Rome GA 0922 | | 500.00 | 180.22 |
| 10/9 | | Stripe Lyft 10-08 St-Q5H9E7V5H1F6 Cesar Augusto Cordon S | 1.15 | | |
| 10/9 | | Instant Pmt From Rasier, LLC on 10/09 Ref#2024100902100089P1Bxop114144700301 /Lipr/Standard | 119.92 | | |
| 10/9 | | Purchase authorized on 10/09 Dollar Tr 2700 Martha Rome GA P000000583071344 Card 0922 | | 5.26 | |
| 10/9 | | Purchase authorized on 10/09 Wal-Mart #0658 Rome GA P000000980680197 Card 0922 | | 19.99 | 276.04 |
| 10/10 | | Purchase authorized on 10/09 Tmobile*Postpaid T 800-937-8997 WA S464283517260227 Card 0922 | | 76.92 | |
| 10/10 | | Purchase authorized on 10/09 Shein.Com US.Shein.Com CA S304284035848682 Card 0922 | | 7.89 | |
| 10/10 | | Purchase authorized on 10/09 Sheinusservices,Ll 137-2105366 DE S464284049108198 Card 0922 | | 5.20 | 186.03 |
| 10/11 | | Purchase authorized on 10/09 Sunrise Acceptance 423-5591196 TN S304283378416290 Card 0922 | | 158.61 | |
| 10/11 | | Purchase authorized on 10/11 Circle K # 23655 2401 Rome GA P000000687034417 Card 0922 | | 10.12 | |
| 10/11 | | Purchase authorized on 10/11 USPS PO 12755805 2503 Red Rome GA P384285498948255 Card 0922 | | 6.89 | |
| 10/11 | | Purchase authorized on 10/11 Morelos Supermarket IN Rome GA P000000879379926 Card 0922 | | 6.64 | 3.77 |
| 10/15 | | Instant Pmt From Rasier, LLC on 10/12 Ref#2024101202100089P1Bxop114190387111 /Lipr/Standard | 165.32 | | |
| 10/15 | | eDeposit IN Branch 10/15/24 09:04:10 Am 2 Redmond Rd NW Rome GA 0922 | 672.75 | | |
| 10/15 | | Purchase authorized on 10/12 Racetrac2482 Rome GA P384286521673337 Card 0922 | | 20.00 | |
| 10/15 | | Purchase authorized on 10/12 Wal-Mart #0658 Rome GA P000000376111401 Card 0922 | | 24.36 | |
| 10/15 | | ATM Withdrawal authorized on 10/12 2204 Shorter Ave Rome GA 0007895 ATM ID 0139U Card 0922 | | 120.00 | |
| 10/15 | | Purchase authorized on 10/14 Wal-Mart #0658 Rome GA P000000970950818 Card 0922 | | 3.75 | |
| 10/15 | | Cash eWithdrawal IN Branch 10/15/2024 06:05 Am 2 Redmond Rd NW Rome GA Null | | 475.00 | |
| 10/15 | | Purchase authorized on 10/15 WM Superc Wal-Mart Sup Rome GA P000000085129545 Card 0922 | | 15.10 | 183.63 |
| 10/16 | | Instant Pmt From Rasier, LLC on 10/16 Ref#2024101602100089P1Bxop116534511101 /Lipr/Standard | 140.22 | | |
| 10/16 | | ATM Withdrawal authorized on 10/16 2204 Shorter Ave Rome GA 0008450 ATM ID 0139U Card 0922 | | 100.00 | |
| 10/16 | | Purchase authorized on 10/16 WM Superc Wal-Mart Sup Rome GA P000000586657878 Card 0922 | | 1.21 | 222.64 |
| 10/17 | | Instant Pmt From Rasier, LLC on 10/17 Ref#2024101702100089P1Bxop114372702311 /Lipr/Standard | 51.66 | | 274.30 |
| 10/18 | | Purchase authorized on 10/16 Sunrise Acceptance 423-5591196 TN S584290379039088 Card 0922 | | 158.61 | |
| 10/18 | | Purchase authorized on 10/18 Speedy Mart Rome GA P000000171454356 Card 0922 | | 10.00 | 105.69 |
| 10/21 | | Instant Pmt From Rasier, LLC on 10/19 Ref#2024101902100089P1Bxop118202082711 /Lipr/Standard | 88.00 | | |

October 31, 2024  ■  Page 4 of 7



## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 10/21 | | Instant Pmt From Rasier, LLC on 10/20 Ref#2024102021000089P1Bxop115071324102 /Lipr/Standard | 55.71 | | |
| 10/21 | | Purchase authorized on 10/17 Web*Bluehost.Com 888-4014678 UT S584292073225103 Card 0922 | | 30.17 | |
| 10/21 | | Purchase authorized on 10/18 Morelos Supermarke Rome GA S584293023794996 Card 0922 | | 7.39 | |
| 10/21 | | Purchase authorized on 10/19 Kwik Way Rome GA S384293420187979 Card 0922 | | 10.00 | |
| 10/21 | | Purchase authorized on 10/19 WM Superc Wal-Mart Sup Rome GA P000000783312262 Card 0922 | | 29.00 | |
| 10/21 | | Purchase authorized on 10/19 Dollar Tr 2700 Martha Rome GA P000000935725849 Card 0922 | | 5.15 | |
| 10/21 | | Purchase authorized on 10/19 Wal-Mart #0658 Rome GA P000000687641081 Card 0922 | | 11.48 | |
| 10/21 | | Purchase authorized on 10/20 Speedy Mart Rome GA P000000570476951 Card 0922 | | 5.16 | |
| 10/21 | | Purchase authorized on 10/20 Citgo Rick's Hi- Rome GA P384294500779369 Card 0922 | | 5.25 | |
| 10/21 | | Purchase authorized on 10/20 Rocket Wash Rome GA S304294513182803 Card 0922 | | 10.00 | |
| 10/21 | | Purchase authorized on 10/21 Rome Mini Mart Rome GA P000000880071033 Card 0922 | | 10.00 | 125.80 |
| 10/22 | | Purchase Return authorized on 10/21 Sheinusservices,Ll 137-2105366 DE S464284049108198 Card 0922 | 2.40 | | |
| 10/22 | | Purchase Return authorized on 10/21 Sheinusservices,Ll 137-2105366 DE S464284049108198 Card 0922 | 2.80 | | |
| 10/22 | | eDeposit IN Branch 10/22/24 09:42:43 Am 2 Redmond Rd NW Rome GA 0922 | 725.25 | | |
| 10/22 | | Instant Pmt From Rasier, LLC on 10/22 Ref#2024102021000089P1Bxop114493544512 /Lipr/Standard | 159.45 | | |
| 10/22 | | Purchase authorized on 10/21 Wal-Mart #0658 Rome GA P000000372295087 Card 0922 | | 33.53 | |
| 10/22 | | Purchase authorized on 10/21 WM Superc Wal-Mart Sup Rome GA P000000279142119 Card 0922 | | 6.41 | |
| 10/22 | | Purchase authorized on 10/22 Speedy Mart Rome GA P000000470502974 Card 0922 | | 20.00 | |
| 10/22 | | Cash eWithdrawal IN Branch 10/22/2024 06:44 Am 2 Redmond Rd NW Rome GA Null | | 680.00 | 275.76 |
| 10/23 | | ATM Cash Deposit on 10/22 2204 Shorter Ave Rome GA 0004022 ATM ID 0139T 0922 | 20.00 | | |
| 10/23 | | ATM Cash Deposit on 10/23 2204 Shorter Ave Rome GA 0004035 ATM ID 0139T 0922 | 170.00 | | |
| 10/23 | | Instant Pmt From Rasier, LLC on 10/23 Ref#2024102302021000089P1Bxop117060712001 /Lipr/Standard | 64.36 | | |
| 10/23 | | Purchase authorized on 10/21 Taco Bell 30467 Rome GA S304295648510468 Card 0922 | | 5.35 | |
| 10/23 | | Purchase authorized on 10/22 Web*Bluehost.Com 888-4014678 UT S304297050751181 Card 0922 | | 61.99 | |
| 10/23 | | ATM Withdrawal authorized on 10/22 2204 Shorter Ave Rome GA 0004021 ATM ID 0139T Card 0922 | | 200.00 | 262.78 |
| 10/24 | | Purchase authorized on 10/16 CA Secretary of St 916-6951338 CA S304291049567114 Card 0922 | | 25.00 | |
| 10/24 | | Recurring Payment authorized on 10/23 Tmobile*Postpaid F 800-937-8997 WA S584297391124943 Card 0922 | | 72.17 | |
| 10/24 | | Purchase authorized on 10/23 Morelos Supermarke Rome GA S304298023997446 Card 0922 | | 6.00 | |
| 10/24 | | Purchase authorized on 10/24 Publix Super Mar 435 Turn Rome GA P384298462995428 Card 0922 | | 8.00 | 151.61 |
| 10/25 | | Instant Pmt From Rasier, LLC on 10/25 Ref#2024102502021000089P1Bxop110515885802 /Lipr/Standard | 63.45 | | |

76

October 31, 2024 ■ Page 5 of 7

**WELLS FARGO**

## Transaction history(continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|--------|---------|--------|
| 10/25 | | Purchase authorized on 10/23 Sunrise Acceptance 423-5591196 TN S304297670785557 Card 0922 | | 126.61 | |
| 10/25 | | Purchase authorized on 10/23 Sunrise Acceptance 423-5591196 TN S304297674217584 Card 0922 | | 32.00 | 56.45 |
| 10/28 | | Instant Pmt From Rasier, LLC on 10/27 Ref#20241027021000089P1Bxop115094136201 /Lipr/Standard | 132.60 | | |
| 10/28 | | Purchase authorized on 10/25 Marathon Petro2668 Rome GA S384299392981551 Card 0922 | | 10.02 | |
| 10/28 | | Purchase authorized on 10/25 China Max Rome GA S304299616215129 Card 0922 | | 1.80 | |
| 10/28 | | Recurring Payment authorized on 10/25 Dnh*Godaddy#337442 480-5058855 AZ S464299642586781 Card 0922 | | 15.99 | |
| 10/28 | | Purchase authorized on 10/25 Wal-Mart #0658 Rome GA P000000182500227 Card 0922 | | 9.77 | |
| 10/28 | | Purchase authorized on 10/26 Speedy Mart Rome GA P000000683215217 Card 0922 | | 10.08 | |
| 10/28 | | Purchase authorized on 10/27 Speedy Mart Rome GA P000000875312482 Card 0922 | | 5.02 | |
| 10/28 | | Purchase authorized on 10/27 WM Superc Wal-Mart Sup Rome GA P000000771347947 Card 0922 | | 1.93 | |
| 10/28 | | Purchase authorized on 10/27 Excepautoins 678-353-2415 GA S464301645242605 Card 0922 | | 110.50 | |
| 10/28 | | Purchase authorized on 10/27 Wal-Mart #0658 Rome GA P000000675140948 Card 0922 | | 17.07 | |
| 10/28 | | Purchase authorized on 10/28 Marathon Petro73 Rome GA P000000573928150 Card 0922 | | 5.00 | 1.87 |
| 10/29 | | Raiser 6795 EDI Paymnt Oct 28 S3Hulh6Yiwdpjqh Ref*TN*S3Hulh6Yiw\ | 3.00 | | |
| 10/29 | | eDeposit IN Branch 10/29/24 09:38:25 Am 2 Redmond Rd NW Rome GA 0922 | 752.25 | | |
| 10/29 | | Purchase authorized on 10/29 Speedy Mart Rome GA P000000286994607 Card 0922 | | 4.02 | |
| 10/29 | | Cash eWithdrawal IN Branch 10/29/2024 06:39 Am 2 Redmond Rd NW Rome GA 0922 | | 550.00 | |
| 10/29 | | Purchase authorized on 10/29 Ck 2723551 Rome GA P000000284506391 Card 0922 | | 8.01 | 195.09 |
| 10/30 | | Purchase authorized on 10/30 WM Superc Wal-Mart Sup Rome GA P000000275192662 Card 0922 | | 10.70 | 184.39 |
| 10/31 | | Instant Pmt From Rasier, LLC on 10/31 Ref#20241031021000089P18xop114015718912 /Lipr/Standard | 156.80 | | |
| 10/31 | | Purchase authorized on 10/30 Google *Tiktok 855-836-3987 CA S584304554418874 Card 0922 | | 1.12 | |
| 10/31 | | Purchase authorized on 10/30 Google *Tiktok 855-836-3987 CA S384304711494941 Card 0922 | | 1.12 | |
| 10/31 | | Monthly Service Fee | | 5.00 | 333.95 |
| **Ending balance on 10/31** | | | | | 333.95 |
| **Totals** | | | **$5,192.18** | **$4,860.31** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

72



## Western Union

### RECEIPT/RECIBO
Thank you/Gracias

### TRACKING NUMBER (MTCN)/
### NO. DE CONTROL DEL ENVIO
667-358-6928

For Customer Service, please call 1-800-325-6000/Para comunicarse con el servicio de atención al cliente, llame al 1-800-325-6000

Full Terms and Conditions including important provisions regarding limitations of liability, resolution of disputes, and administration charges are available by visiting Go Wu Com/Terms, calling 1-800-325-6000, or asking your Agent for a copy /Los términos y condiciones completos, incluidas las disposiciones importantes sobre limitaciones de responsabilidad y resolución de litigios y gastos administrativos, están disponibles en go.wu.com/Terms, también puede llamar al 1-800-325-6000 ó solicitar una copia a su Agente.

My WU® #
Total Points/Puntos totales

PUBLIX #1403
435 TURNER MCCALL BLVD NE, GA

Money Transfer/Envío de Dinero
CASH/Dinero en efectivo

Operator ID/No. ID del Operador: 477

Date of Transactions/Fecha de las Transacciones
October 01, 2024/Octubre 01, 2024

Time of Transactions/Hora de las Transacciones
09:49 AM EDT

Sender/Remitente
CESAR A CORDON SOSA
6 PAYNE ROAD SOUTHWEST ROME, GA
30165 USA
5718886718/5718886718

Final Receiver/Destinatario Final
DARLING LISSETTE DIAZ GRANDE

Expedies/Foreign Country Payout
Location/Localidad donde Esperan el Pago en país extranjero
Nicaragua/Nicaragua

Service Type/Tipo de Servicio
MONEY IN MINUTES/DINERO EN MINUTOS

Date Available in Final Receiver's Country/Fecha Disponible en el País del Destinatario Final
Octubre 01, 2024/Octubre 01, 2024

| | |
|---|---|
| Transfer Amount/ Cantidad de Envío | 350.00 USD |
| Transfer Fees/ Cargos por Envío | 8.00 USD |
| Additional Fees/ Cargos Adicionales | 0.00 USD |
| Transfer Taxes/ Impuestos de Envío | 0.00 USD |
| Promotion Discount/ Descuento Promocional | USD |
| Total / Total | 358.00 USD |



### RECEIPT/RECIBO
Thank you/Gracias

## TRACKING NUMBER (MTCN)/ NO. DE CONTROL DEL ENVIO: 441-862-2700

For Customer Service, please call 1-800-325-6000/Para comunicarse con el servicio de atencion al cliente llame al 1-800-325-6000

Full Terms and Conditions including important provisions regarding limitations of liability, resolution of disputes and administration charges are available visiting our Western Union site, calling 1-800-325-6000 or asking your Agent for a copy/Los terminos y condiciones completos, incluidas las disposiciones importantes sobre limitaciones de responsabilidad, resolución de litigios y gastos administrativos estan disponibles en wu.com/Terms, tambien puede...

Agente

My WU® #
Total Points/Puntos Totales

PUBLIX #1403
435 TURNER MC GA

Money Transfer/Envío de Dinero
CASH/Dinero en efectivo

Operator/Cajero: Blodel Open         4 PD

Date of Transactions/Fecha de las transacciones
Octubre 24 2024/Octubre 24 2024

Time of Transactions/Hora de las transacciones
08:52 AM EDT

Sender/Remitente
CESAR A CORDON SOSA
3 PAYNE ROAD SOUTHWEST ROME GA
30165 USA
5718886718/5718886718

For a House use only/Para uso exclusivo
MARTING LISSETTE DIAZ GRANDE

Expected Foreign Country Payout Location/Localidad donde se espera el Pago en pais extranjero
Nicaragua/Nicaragua

Service Type/Tipo de Servicio
MONEY IN MINUTES/DINERO EN MINUTOS

Date Available in Final Receiver's Country/Fecha Disponible en el Pais del Destinatario Final
October 24, 2024/Octubre 24, 2024

| Transfer Amount/ Cantidad de Envío | 200.00 USD |

Western Union (R)

RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN)/NO. DE
RASTREO:


971-712-7819

JR CUSTOMER SERVICE, PLEASE CALL
-844-982-4287/Para atención al
iente, llame al 1-844-982-4287

L*MART 658
10 REDMOND CIRCLE
ME, GA 30165
oney Transfer/Envío de Dinero
perator ID/ID Operador:
13
***********************: ****************

Date of Transactions/Fecha de las
transacciones:
10-08-2024
Time of Transactions/Hora de las
transacciones:
02:35:00 PM

Serder/Remitente:
CESAR A CORDON SOSA
F PAYNE ROAD SOUTHWEST
ROME, GA 30165
1 5718886718

Final Receiver/Destinatario Final:
DARLING LISSETTE DIAZ GRANDE

Expected Foreign Country Payout
Location/Localidad de Pago en el
extranjero:
Nicaragua/Nicaragua

Service Type/Tipo de Servicio:
Money in Minutes/DINERO EN MINUTOS

Date Available in Final
Receiver's Country/Fecha
Disponible en el País del
Destinatario Final:
10-08-2024

Transfer Amount/Monto de Envío:
400.00 USD

Transfer Fees/Cargos de Envío:
+ 8.00 USD

Additional Fees/Cargos Adicionales:
+ 0.00 USD

Transfer Taxes/Impuestos:
+ 0.00 USD

Promotion Discount/Descuento
Promocional:
- 0.00 USD

_____

Total/Total: 408.00 USD

Exchange Rate/Tipo de Cambio: 1 USD
1.0000 USD

10-15-24

Western Union (R)

RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (KTCN)/NO. DE
RASTREO:


050-957-0011

FOR CUSTOMER SERVICE, PLEASE CALL
1-844-982-4287/Para atención al
cliente, llame al 1-844-982-4287

WAL*MART 658
2510 REDMOND CIRCLE
ROME, GA 30165
Money Transfer/Envío de Dinero
Operator ID/ID Operador:
105
************************************

Date of Transactions/Fecha de las
transacciones:
10-15-2024
Time of Transactions/Hora de las
transacciones:
09:18:43 AM

Sender/Remitente:
CESAR A CORDON SOSA
6 PAYNE ROAD SOUTHWEST
ROME, GA 30165
1 5718886718

Final Receiver/Destinatario Final:
DARLING LISSETTE DIAZ GRANDE

Expected Foreign Country Payout
Location/Localidad de Pago en el
extranjero:
Nicaragua/Nicaragua

Service Type/Tipo de Servicio:
Money in Minutes/DINERO EN MINUTOS

Date Available in Final
Receiver's Country/Fecha
Disponible en el País del
Destinatario Final:
10-15-2024

Transfer Amount/Monto de Envío:
350.00 USD

Transfer Fees/Cargos de Envío:
+ 8.00 USD

Additional Fees/Cargos Adicionales:
+ 0.00 USD

Transfer Taxes/Impuestos:
+ 0.00 USD

Promotion Discount/Descuento
Promocional:
- 0.00 USD

_____

Total/Total: 358.00 USD

Exchange Rate/Tipo de Cambio: 1 USD

81

Western Union (R)

RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN)/NO. DE
RASTREO:


452-388-6678

FOR CUSTOMER SERVICE, PLEASE CALL
1-844-982-4287/Para atención al
cliente, llame al 1-844-982-4287

WAL*MART 658
2510 REDMOND CIRCLE
ROME, GA 30165
Money Transfer/Envío de Dinero
Operator ID/ID Operador:
3773
************************************

Date of Transactions/Fecha de las
transacciones:
10-29-2024
Time of Transactions/Hora de las
transacciones:
09:55:44 AM

Sender/Remitente:
CESAR A CORDON SOSA
6 PAYNE ROAD SOUTHWEST
ROME, GA 30165
1 5718886718

Final Receiver/Destinatario Final:
DARLING LISSETTE DIAZ GRANDE

Expected Foreign Country Payout
Location/Localidad de Pago en el
extranjero:
Nicaragua/Nicaragua

Service Type/Tipo de Servicio:
Money in Minutes/DINERO EN MINUTOS

Date Available in Final
Receiver's Country/Fecha
Disponible en el País del
Destinatario Final:
10-29-2024

Transfer Amount/Monto de Envío:
360.00 USD

Transfer Fees/Cargos de Envío:
+ 8.00 USD

Additional Fees/Cargos Adicionales:
+ 0.00 USD

Transfer Taxes/Impuestos:
+ 0.00 USD

Promotion Discount/Descuento
Promocional:
- 0.00 USD

Total/Total: 368.00 USD

Exchange Rate/Tipo de Cambio: 1 USD

---

Western Union (R)

RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN)/NO. DE
RASTREO:

109-534-8651

FOR CUSTOMER SERVICE, PLEASE CALL
1-844-982-4287/Para atención al
cliente, llame al 1-844-982-4287

WAL*MART 658
2510 REDMOND CIRCLE
ROME, GA 30165
Money Transfer/Envío de Dinero
Operator ID/ID Operador:
3773
************************************

Date of Transactions/Fecha de las
transacciones:
10-22-2024
Time of Transactions/Hora de las
transacciones:
09:55:36 AM

Sender/Remitente:
CESAR A CORDON SOSA
6 PAYNE ROAD SOUTHWEST
ROME, GA 30165
1 5718886718

Final Receiver/Destinatario Final:
DARLING LISSETTE DIAZ GRANDE

Expected Foreign Country Payout
Location/Localidad de Pago en el
extranjero:
Nicaragua/Nicaragua

Service Type/Tipo de Servicio:
Money in Minutes/DINERO EN MINUTOS

Date Available in Final
Receiver's Country/Fecha
Disponible en el País del
Destinatario Final:
10-22-2024

Transfer Amount/Monto de Envío:
390.00 USD

Transfer Fees/Cargos de Envío:
+ 8.00 USD

Additional Fees/Cargos Adicionales:
+ 0.00 USD

Transfer Taxes/Impuestos:
+ 0.00 USD

Promotion Discount/Descuento
Promocional:
- 0.00 USD

Total/Total: 398.00 USD

Rate/Tipo de Cambio: 1 USD

Western Union (R)

RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN)/NO. DE RASTREO:

452-388-6678

FOR CUSTOMER SERVICE, PLEASE CALL
1-844-982-4287/Para atención al
cliente, llame al 1-844-982-4287

WAL*MART 658
2510 REDMOND CIRCLE
ROME, GA 30165
Money Transfer/Envío de Dinero
Operator ID/ID Operador:
3773
***********************************

Date of Transactions/Fecha de las
transacciones:
10-29-2024
Time of Transactions/Hora de las
transacciones:
09:55:44 AM

Sender/Remitente:
CESAR A CORDON SOSA
6 PAYNE ROAD SOUTHWEST
ROME, GA 30165
1 5718886718

Final Receiver/Destinatario Final:
DARLING LISSETTE DIAZ GRANDE

Expected Foreign Country Payout
Location/Localidad de Pago en el
extranjero:
Nicaragua/Nicaragua

Service Type/Tipo de Servicio:
Money in Minutes/DINERO EN MINUTOS

Date Available in Final
Receiver's Country/Fecha
Disponible en el País del
Destinatario Final:
10-29-2024

Transfer Amount/Monto de Envío:
360.00 USD

Transfer Fees/Cargos de Envío:
+ 8.00 USD

Additional Fees/Cargos Adicionales:
+ 0.00 USD

Transfer Taxes/Impuestos:
+ 0.00 USD

Promotion Discount/Descuento
Promocional:
- 0.00 USD

Total/Total: 368.00 USD

Exchange Rate/Tipo de Cambio: 1 USD

---

Western Union (R)

RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN)/NO. DE RASTREO:

109-534-8651

FOR CUSTOMER SERVICE, PLEASE CALL
1-844-982-4287/Para atención al
cliente, llame al 1-844-982-4287

WAL*MART 658
2510 REDMOND CIRCLE
ROME, GA 30165
Money Transfer/Envío de Dinero
Operator ID/ID Operador:
3773
***********************************

Date of Transactions/Fecha de las
transacciones:
10-22-2024
Time of Transactions/Hora de las
transacciones:
09:55:36 AM

Sender/Remitente:
CESAR A CORDON SOSA
6 PAYNE ROAD SOUTHWEST
ROME, GA 30165
1 5718886718

Final Receiver/Destinatario Final:
DARLING LISSETTE DIAZ GRANDE

Expected Foreign Country Payout
Location/Localidad de Pago en el
extranjero:
Nicaragua/Nicaragua

Service Type/Tipo de Servicio:
Money in Minutes/DINERO EN MINUTOS

Date Available in Final
Receiver's Country/Fecha
Disponible en el País del
Destinatario Final:
10-22-2024

Transfer Amount/Monto de Envío:
390.00 USD

Transfer Fees/Cargos de Envío:
+ 8.00 USD

Additional Fees/Cargos Adicionales:
+ 0.00 USD

Transfer Taxes/Impuestos:
+ 0.00 USD

Promotion Discount/Descuento
Promocional:
- 0.00 USD

Total/Total: 398.00 USD

Exchange Rate/Tipo de Cambio: 1 USD

82

# Checking/Savings Account History

*3684018512*

STATEMENT MAILING NAME:  CESAR A CORDON

Show 100 ⌄ entries

Search: [                    ]

| Date | Description | Image Available | Check Number | Amount | Balance |
|------|-------------|-----------------|--------------|--------|---------|
| 11/26/2024 | EDEPOSIT IN BRANCH/STORE | No | | +50.00 (pending) | |
| 11/26/2024 | PURCHASE DNH*GODADDY# 480-5058855 AZ CARD0922 | No | | 18.98 (pending) | |
| 11/25/2024 | PURCHASE AUTHORIZED ON 11/24 GOOGLE *TIKTOK 650-253-0000 CA S584330010419660 CARD 0922 | No | | 0.08 | 19.11 |
| 11/25/2024 | PURCHASE AUTHORIZED ON 11/24 GOOGLE *TIKTOK 650-253-0000 CA S584330002537137 CARD 0922 | No | | 1.10 | 19.19 |
| 11/25/2024 | PURCHASE AUTHORIZED ON 11/24 GOOGLE *TIKTOK 650-253-0000 CA S384330000121890 CARD 0922 | No | | 1.10 | 20.29 |
| 11/25/2024 | PURCHASE AUTHORIZED ON 11/24 GOOGLE *TIKTOK 650-253-0000 CA S304329863589128 CARD 0922 | No | | 0.08 | 21.39 |
| 11/25/2024 | PURCHASE AUTHORIZED ON 11/24 GOOGLE *TIKTOK 650-253-0000 CA S384329862729532 CARD 0922 | No | | 2.22 | 21.47 |
| 11/25/2024 | ATM WITHDRAWAL AUTHORIZED ON 11/24 2204 SHORTER AVE Rome GA 0006421 ATM ID 0139U CARD 0922 | No | | 120.00 | 23.69 |
| 11/25/2024 | PURCHASE AUTHORIZED ON 11/24 WM SUPERC Wal-Mart Sup ROME GA P000000236414305 CARD 0922 | No | | 32.85 | 143.69 |
| 11/25/2024 | PURCHASE AUTHORIZED ON 11/23 WM SUPERC Wal-Mart Sup ROME GA P000000982006435 CARD 0922 | No | | 10.66 | 176.54 |
| 11/25/2024 | PURCHASE AUTHORIZED ON 11/23 GOOGLE *TIKTOK 650-253-0000 CA S384328811246674 CARD 0922 | No | | 2.22 | 187.20 |
| 11/25/2024 | PURCHASE AUTHORIZED ON 11/23 GOOGLE *TIKTOK 650-253-0000 CA S304328656930838 CARD 0922 | No | | 1.10 | 189.42 |
| 11/25/2024 | PURCHASE AUTHORIZED ON 11/23 GOOGLE *TIKTOK 650-253-0000 CA S384328647722274 CARD 0922 | No | | 2.22 | 190.52 |
| 11/25/2024 | PURCHASE AUTHORIZED ON 11/21 GOOGLE *TIKTOK 650-253-0000 CA S584327084587532 CARD 0922 | No | | 2.23 | 192.74 |
| 11/25/2024 | Instant Pmt from Rasier, LLC on 11/24 Ref#20241124021000089P1BXOP114441964211 /LIPR/STANDARD | No | | +91.64 | 194.97 |
| 11/22/2024 | PURCHASE AUTHORIZED ON 11/21 GOOGLE *TIKTOK 650-253-0000 CA S464326565813633 CARD 0922 | No | | 2.23 | 103.33 |
| 11/22/2024 | PURCHASE AUTHORIZED ON 11/20 SUNRISE ACCEPTANCE 423-5591196 TN S384325414347948 CARD 0922 | No | | 158.61 | 105.56 |
| 11/20/2024 | PURCHASE AUTHORIZED ON 11/20 WM SUPERC Wal-Mart Sup ROME GA P000000939494397 CARD 0922 | No | | 24.57 | 264.17 |
| 11/20/2024 | PURCHASE AUTHORIZED ON 11/19 GOOGLE *TIKTOK 650-253-0000 CA S584324831943286 CARD 0922 | No | | 2.23 | 288.74 |

83

| Date | Description | Image Available | Number | Amount | Balance |
|---|---|---|---|---|---|
| 11/20/2024 | PURCHASE AUTHORIZED ON 11/19 GOOGLE *TIKTOK 650-253-0000 CA S304324796805735 CARD 0922 | No | | 1.11 | 290.97 |
| 11/20/2024 | PURCHASE AUTHORIZED ON 11/19 GOOGLE *TIKTOK 650-253-0000 CA S584324792152594 CARD 0922 | No | | 1.11 | 292.08 |
| 11/20/2024 | PURCHASE AUTHORIZED ON 11/19 GOOGLE *TIKTOK 650-253-0000 CA S464324791499819 CARD 0922 | No | | 1.11 | 293.19 |
| 11/20/2024 | Instant Pmt from Rasier, LLC on 11/20 Ref#20241121021000089P1BXOP101422681500 /LIPR/STANDARD | No | | +89.75 | 294.30 |
| 11/19/2024 | Cash eWithdrawal in Branch 11/19/2024 06:45 AM 2 REDMOND RD NW ROME GA null | No | | 500.00 | 204.55 |
| 11/19/2024 | PURCHASE AUTHORIZED ON 11/18 GOOGLE *TIKTOK 650-253-0000 CA S584323817883045 CARD 0922 | No | | 2.23 | 704.55 |
| 11/19/2024 | PURCHASE AUTHORIZED ON 11/18 GOOGLE *TIKTOK 650-253-0000 CA S384323603048062 CARD 0922 | No | | 2.23 | 706.78 |
| 11/19/2024 | PURCHASE AUTHORIZED ON 11/18 GOOGLE *TikTok 855-836-3987 CA S304323575209524 CARD 0922 | No | | 3.39 | 709.01 |
| 11/19/2024 | PURCHASE AUTHORIZED ON 11/17 GOOGLE *TIKTOK 650-253-0000 CA S464323046795669 CARD 0922 | No | | 1.10 | 712.40 |
| 11/19/2024 | eDeposit in Branch 11/19/24 09:44:10 AM 2 REDMOND RD NW ROME GA 0922 | Yes | | +702.50 | 713.50 |
| 11/19/2024 | RAISER 6795 EDI PAYMNT NOV 18 LK2XFCVM2SZ5XDK REF*TN*LK2XFCVM2S\ 3800896455 LK2XFCVM2SZ5XDK R00000091004252515548N | No | | +1.00 | 11.00 |
| 11/18/2024 | ATM WITHDRAWAL AUTHORIZED ON 11/17 2 REDMOND RD NW ROME GA 0005219 ATM ID 6758N CARD 0922 | No | | 140.00 | 10.00 |
| 11/18/2024 | PURCHASE AUTHORIZED ON 11/17 WM SUPERC Wal-Mart Sup ROME GA P000000082186602 CARD 0922 | No | | 5.83 | 150.00 |
| 11/18/2024 | PURCHASE AUTHORIZED ON 11/16 GOOGLE *TIKTOK 650-253-0000 CA S304322039577371 CARD 0922 | No | | 2.23 | 155.83 |
| 11/18/2024 | PURCHASE AUTHORIZED ON 11/16 GOOGLE *TIKTOK 650-253-0000 CA S464321824851597 CARD 0922 | No | | 1.10 | 158.06 |
| 11/18/2024 | PURCHASE AUTHORIZED ON 11/15 GOOGLE *TIKTOK 650-253-0000 CA S464320852163496 CARD 0922 | No | | 2.23 | 159.16 |
| 11/18/2024 | Instant Pmt from Rasier, LLC on 11/17 Ref#20241117021000089P1BXOP114455266910 /LIPR/STANDARD | No | | +150.30 | 161.39 |
| 11/15/2024 | PURCHASE AUTHORIZED ON 11/14 DOLLAR TREE ROME GA S384319557114678 CARD 0922 | No | | 2.58 | 11.09 |
| 11/15/2024 | PURCHASE AUTHORIZED ON 11/13 SUNRISE ACCEPTANCE 423-5591196 TN S384318414763823 CARD 0922 | No | | 158.61 | 13.67 |
| 11/14/2024 | PURCHASE AUTHORIZED ON 11/14 Speedy Mart Rome GA P000000680189219 CARD 0922 | No | | 9.35 | 172.28 |
| 11/14/2024 | PURCHASE AUTHORIZED ON 11/13 WEB*BLUEHOST.COM 888-4014678 UT S464318588713329 CARD 0922 | No | | 61.99 | 181.63 |
| 11/14/2024 | PURCHASE AUTHORIZED ON 11/13 GOOGLE *TIKTOK 650-253-0000 CA S384318525730124 CARD 0922 | No | | 1.11 | 243.62 |

| Date | Description | Image Available | Check Number | Amount | Balance |
|---|---|---|---|---|---|
| 11/13/2024 | ATM WITHDRAWAL AUTHORIZED ON 11/13 2204 SHORTER AVE Rome GA 0004053 ATM ID 0139U CARD 0922 | No | | 50.00 | 244.73 |
| 11/13/2024 | PURCHASE AUTHORIZED ON 11/12 GOOGLE *TIKTOK 650-253-0000 CA S584317760267208 CARD 0922 | No | | 2.24 | 294.73 |
| 11/13/2024 | PURCHASE AUTHORIZED ON 11/12 GOOGLE *TIKTOK 650-253-0000 CA S464317757404669 CARD 0922 | No | | 1.11 | 296.97 |
| 11/13/2024 | PURCHASE AUTHORIZED ON 11/12 ROCKET WASH ROME GA S304317563759185 CARD 0922 | No | | 1.00 | 298.08 |
| 11/13/2024 | Instant Pmt from Rasier, LLC on 11/13 Ref#20241113021000089P1BXOP117211963000 /LIPR/STANDARD | No | | +44.95 | 299.08 |
| 11/13/2024 | STRIPE Lyft 11-12 ST-O4B6I2R1W6B5 CESAR AUGUSTO CORDON S 4270465600 ST-O4B6I2R1W6B5 R00000910055569589835N | No | | +2.47 | 254.13 |
| 11/12/2024 | PURCHASE AUTHORIZED ON 11/12 CVS/PHARM 05418--1905 Rome GA P000000184638726 CARD 0922 | No | | 6.41 | 251.66 |
| 11/12/2024 | Cash eWithdrawal in Branch 11/12/2024 06:45 AM 2 REDMOND RD NW ROME GA 0922 | No | | 600.00 | 258.07 |
| 11/12/2024 | PURCHASE AUTHORIZED ON 11/12 USPS PO 12755705 1420 MAR ROME GA P384317526226379 CARD 0922 | No | | 6.28 | 858.07 |
| 11/12/2024 | PURCHASE AUTHORIZED ON 11/11 WAL-MART #0658 ROME GA P000000484086951 CARD 0922 | No | | 4.69 | 864.35 |
| 11/12/2024 | PURCHASE AUTHORIZED ON 11/10 WM SUPERC Wal-Mart Sup ROME GA P000000884198953 CARD 0922 | No | | 6.39 | 869.04 |
| 11/12/2024 | PURCHASE AUTHORIZED ON 11/10 GOOGLE *TIKTOK 650-253-0000 CA S304315828906205 CARD 0922 | No | | 2.26 | 875.43 |
| 11/12/2024 | PURCHASE AUTHORIZED ON 11/09 GOOGLE *TIKTOK 650-253-0000 CA S584314815885212 CARD 0922 | No | | 1.12 | 877.69 |
| 11/12/2024 | PURCHASE AUTHORIZED ON 11/09 GOOGLE *TIKTOK 650-253-0000 CA S384314770364578 CARD 0922 | No | | 2.26 | 878.81 |
| 11/12/2024 | PURCHASE AUTHORIZED ON 11/08 GOOGLE *TIKTOK 650-253-0000 CA S384314068556322 CARD 0922 | No | | 1.12 | 881.07 |
| 11/12/2024 | PURCHASE AUTHORIZED ON 11/08 GOOGLE *TIKTOK 650-253-0000 CA S304313826379167 CARD 0922 | No | | 1.12 | 882.19 |
| 11/12/2024 | PURCHASE AUTHORIZED ON 11/08 GOOGLE *TIKTOK 650-253-0000 CA S384313819619470 CARD 0922 | No | | 1.12 | 883.31 |
| 11/12/2024 | eDeposit in Branch 11/12/24 09:44:24 AM 2 REDMOND RD NW ROME GA 0922 | Yes | | +767.50 | 884.43 |
| 11/12/2024 | Instant Pmt from Rasier, LLC on 11/12 Ref#20241112021000089P1BXOP114090998200 /LIPR/STANDARD | No | | +58.87 | 116.93 |
| 11/12/2024 | Instant Pmt from Rasier, LLC on 11/10 Ref#20241110021000089P1BXOP116284537900 /LIPR/STANDARD | No | | +48.83 | 58.06 |
| 11/08/2024 | ATM WITHDRAWAL AUTHORIZED ON 11/08 2204 SHORTER AVE Rome GA 0003114 ATM ID 0139U CARD 0922 | No | | 160.00 | 9.23 |
| 11/08/2024 | PURCHASE AUTHORIZED ON 11/07 GOOGLE *TIKTOK 650-253-0000 CA S464312810471515 CARD 0922 | No | | 2.25 | 169.23 |

85~

| Date | Description | Image Available | Check Number | Amount | Balance |
|---|---|---|---|---|---|
| 11/08/2024 | PURCHASE AUTHORIZED ON 11/06 GOOGLE*TIKTOK G.CO/HELPPAY# CA S304312135359410 CARD 0922 | No | | 2.25 | 171.48 |
| 11/08/2024 | PURCHASE AUTHORIZED ON 11/06 GOOGLE*TIKTOK G.CO/HELPPAY# CA S584311800930224 CARD 0922 | No | | 3.42 | 173.73 |
| 11/08/2024 | PURCHASE AUTHORIZED ON 11/06 SUNRISE ACCEPTANCE 423-5591196 TN S584311414230562 CARD 0922 | No | | 158.61 | 177.15 |
| 11/07/2024 | PURCHASE AUTHORIZED ON 11/06 GOOGLE*TIKTOK G.CO/HELPPAY# CA S464311789199558 CARD 0922 | No | | 2.25 | 335.76 |
| 11/07/2024 | RECURRING PAYMENT AUTHORIZED ON 11/06 TMOBILE*POSTPAID F 800-937-8997 WA S384311406186536 CARD 0922 | No | | 72.17 | 338.01 |
| 11/07/2024 | PURCHASE AUTHORIZED ON 11/05 GOOGLE*TIKTOK G.CO/HELPPAY# CA S304311030289963 CARD 0922 | No | | 2.27 | 410.18 |
| 11/07/2024 | PURCHASE AUTHORIZED ON 11/05 GOOGLE*TIKTOK G.CO/HELPPAY# CA S584310841010104 CARD 0922 | No | | 1.12 | 412.45 |
| 11/07/2024 | Instant Pmt from Rasier, LLC on 11/07 Ref#20241107021000089P1BXOP122232529711 /LIPR/STANDARD | No | | +169.37 | 413.57 |
| 11/06/2024 | PURCHASE AUTHORIZED ON 11/04 GOOGLE*TIKTOK G.CO/HELPPAY# CA S304309801996373 CARD 0922 | No | | 2.27 | 244.20 |
| 11/06/2024 | STRIPE Lyft 11-05 ST-U4W0C2A6R8B9 CESAR AUGUSTO CORDON S 4270465600 ST-U4W0C2A6R8B9 R00000091003753263884N | No | | +41.47 | 246.47 |
| 11/05/2024 | Cash eWithdrawal In Branch 11/05/2024 06:43 AM 2 REDMOND RD NW ROME GA null | No | | 540.00 | 205.00 |
| 11/05/2024 | PURCHASE AUTHORIZED ON 11/04 GOOGLE*TIKTOK G.CO/HELPPAY# CA S464309493843374 CARD 0922 | No | | 2.25 | 745.00 |
| 11/05/2024 | PURCHASE AUTHORIZED ON 11/03 GOOGLE*TIKTOK G.CO/HELPPAY# CA S584308843328344 CARD 0922 | No | | 1.12 | 747.25 |
| 11/05/2024 | eDeposit In Branch 11/05/24 09:41:05 AM 2 REDMOND RD NW ROME GA 0922 | Yes | | +741.75 | 748.37 |
| 11/04/2024 | ATM WITHDRAWAL AUTHORIZED ON 11/03 2204 SHORTER AVE Rome GA 0002245 ATM ID 0139U CARD 0922 | No | | 80.00 | 6.62 |
| 11/04/2024 | PURCHASE AUTHORIZED ON 11/03 WAL-MART #0658 ROME GA P000000570825256 CARD 0922 | No | | 12.33 | 86.62 |
| 11/04/2024 | PURCHASE AUTHORIZED ON 11/03 GOOGLE*TIKTOK G.CO/HELPPAY# CA S304308700957648 CARD 0922 | No | | 2.25 | 98.95 |
| 11/04/2024 | PURCHASE AUTHORIZED ON 11/03 ROSS STORES #656 ROME GA P000000670566268 CARD 0922 | No | | 20.31 | 101.20 |
| 11/04/2024 | PURCHASE AUTHORIZED ON 11/03 WM SUPERC Wal-Mart Sup ROME GA P000000182661504 CARD 0922 | No | | 3.08 | 121.51 |
| 11/04/2024 | PURCHASE AUTHORIZED ON 11/01 GOOGLE *TikTok 855-836-3987 CA S384307042325449 CARD 0922 | No | | 1.12 | 124.59 |
| 11/04/2024 | PURCHASE AUTHORIZED ON 11/01 GOOGLE *TikTok 855-836-3987 CA S304306753975175 CARD 0922 | No | | 1.12 | 125.71 |
| 11/04/2024 | PURCHASE AUTHORIZED ON 11/01 GOOGLE *TikTok 855-836-3987 CA S304306543518192 CARD 0922 | No | | 1.12 | 126.83 |

8 6

| Date | Description | Available | Number | Amount | Balance |
|---|---|---|---|---|---|
| 11/04/2024 | Instant Pmt from Rasier, LLC on 11/03 Ref#20241103021000089P1BXOP115322544112 /LIPR/STANDARD | No | | +112.61 | 127.95 |
| 11/01/2024 | ATM WITHDRAWAL AUTHORIZED ON 11/01 2 REDMOND RD NW ROME GA 0008860 ATM ID 6708D CARD 0922 | No | | 140.00 | 15.34 |
| 11/01/2024 | PURCHASE AUTHORIZED ON 10/30 SEVENTH AVENUE INC 800-3569090 WI S584304837074509 CARD 0922 | No | | 20.00 | 155.34 |
| 11/01/2024 | PURCHASE AUTHORIZED ON 10/30 SUNRISE ACCEPTANCE 423-5591196 TN S384304378382337 CARD 0922 | No | | 158.61 | 175.34 |
| 10/31/2024 | MONTHLY SERVICE FEE | No | | 5.00 | 333.95 |
| 10/31/2024 | PURCHASE AUTHORIZED ON 10/30 GOOGLE *TikTok 855-836-3987 CA S384304711494941 CARD 0922 | No | | 1.12 | 338.95 |
| 10/31/2024 | PURCHASE AUTHORIZED ON 10/30 GOOGLE *TikTok 855-836-3987 CA S584304554418874 CARD 0922 | No | | 1.12 | 340.07 |
| 10/31/2024 | Instant Pmt from Rasier, LLC on 10/31 Ref#20241031021000089P1BXOP114015718912 /LIPR/STANDARD | No | | +156.80 | 341.19 |
| 10/30/2024 | PURCHASE AUTHORIZED ON 10/30 WM SUPERC Wal-Mart Sup ROME GA P000000275192662 CARD 0922 | No | | 10.70 | 184.39 |
| 10/29/2024 | PURCHASE AUTHORIZED ON 10/29 CK 2723551 ROME GA P000000284506391 CARD 0922 | No | | 8.01 | 195.09 |
| 10/29/2024 | Cash eWithdrawal in Branch 10/29/2024 06:39 AM 2 REDMOND RD NW ROME GA 0922 | No | | 550.00 | 203.10 |
| 10/29/2024 | PURCHASE AUTHORIZED ON 10/29 Speedy Mart Rome GA P000000286994607 CARD 0922 | No | | 4.02 | 753.10 |
| 10/29/2024 | eDeposit in Branch 10/29/2024 09:38:25 AM 2 REDMOND RD NW ROME GA 0922 | Yes | | +752.25 | 757.12 |
| 10/29/2024 | RAISER 6795 EDI PAYMNT OCT 28 S3HULH6YIWDPJQH REF*TN*S3HULH6YIW\ 3800896455 S3HULH6YIWDPJQH R00000091003835896497N | No | | +3.00 | 4.87 |
| 10/28/2024 | PURCHASE AUTHORIZED ON 10/28 MARATHON PETRO73 Rome GA P000000573928150 CARD 0922 | No | | 5.00 | 1.87 |

Showing 1 to 100 of 292 entries

Previous   1   2   3   Next

CLOSE

87





11-26-24



Western Union (R)

RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN)/NO. DE
RASTREO:

622-459-2181

FOR CUSTOMER SERVICE, PLEASE CALL
1-844-982-4287/Para atención al
cliente, llame al 1-844-982-4287

WAL*MART 658
2510 REDMOND CIRCLE
ROME, GA 30165
Money Transfer/Envío de Dinero
Operator ID/ID Operador:
3773
********************************

Date of Transactions/Fecha de las
transacciones:
11-26-2024
Time of Transactions/Hora de las
transacciones:
09:25:13 AM

Sender/Remitente:
CESAR A CORDON SOSA
6 PAYNE ROAD SOUTHWEST
ROME, GA 30165
1 5718886718

Final Receiver/Destinatario Final:
DARLING LISSETTE DIAZ GRANDE

Expected Foreign Country Payout
Location/Localidad de Pago en el
extranjero:
Nicaragua/Nicaragua

Service Type/Tipo de Servicio:
Money in Minutes/DINERO EN MINUTOS

Date Available in Final
Receiver's Country/Fecha
Disponible en el País del
Destinatario Final:
11-26-2024

Transfer Amount/Monto de Envío:
400.00 USD

Transfer Fees/Cargos de Envío:
+ 8.00 USD

Additional Fees/Cargos Adicionales:
+ 0.00 USD

Transfer Taxes/Impuestos:
+ 0.00 USD

Promotion Discount/Descuento
Promocional:
- 0.00 USD

Total/Total: 408.00 USD
=
Exchange Rate/Tipo de Cambio: :
1.0000 USD

90

11-26-24

Western Union (R)
RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN)/NO. DE
RASTREO:

622-459-2181

FOR CUSTOMER SERVICE, PLEASE CALL
1-844-982-4287/Para atención al
cliente, llame al 1-844-982-4287

WAL*MART 658
2510 REDMOND CIRCLE
ROME, GA 30165
Money Transfer/Envío de Dinero
Operator ID/ID Operador:
3773
*********************************

Date of Transactions/Fecha de las
transacciones:
11-25-2024
Time of Transactions/Hora de las
transacciones:
09:25:13 AM

Sender/Remitente:
CESAR A CORDON SOSA
6 PAYNE ROAD SOUTHWEST
ROME, GA 30165
1 5718886718

Final Receiver/Destinatario Final:
DARLING LISSETTE DIAZ GRANDE

Expected Foreign Country Payout
Location/Localidad de Pago en el
extranjero:
Nicaragua/Nicaragua

Service Type/Tipo de Servicio:
Money in Minutes/DINERO EN MINUTOS

Date Available in Final
Receiver's Country/Fecha
Disponible en el País del
Destinatario Final:
11-26-2024

Transfer Amount/Monto de Envío:
400.00 USD

Transfer Fees/Cargos de Envío:
+ 8.00 USD

Additional Fees/Cargos Adicionales:
+ 0.00 USD

Transfer Taxes/Impuestos:
+ 0.00 USD

Promotion Discount/Descuento
Promocional:
- 0.00 USD

Total/Total: 408.00 USD

Exchange Rate/Tipo de Cambio: -
1.0000 USD

92

## Kinsmith Finance

317 Broad St. Rome, GA 30161

(706)295-9413

## PAYMENT RECEIPT
*Thank You for Your Business!*

## Customer Information

**Cesar Cordon**
6 Payne Rd
Rome, GA 30165

| Payment Information | | | |
|---|---|---|---|
| Date: 11/26/24 | Time: 01:21:01PM | Payment Tendered: | $0.01 |
| Employee: sa1340 | Drawer: 3 | Payment Amount: | $0.01 |
| Payment Type: Cash | | Change Due: | **$0.00** |

## Loan Information

| | | |
|---|---|---|
| Account Number | **438329** | |
| Next Payment Due | **03/25/24** | |
| Old Balance | $490.51 | |
| | | |
| Convenience Fee | $0.00 | |
| NSF Fee Paid | $0.00 | |
| Late Charge Paid | $0.01 | |
| Maturity Paid | $38.71 | |
| Interest Paid | 0.00 | |
| | | |
| Principal Paid | $0.00 | |
| Total Refunds | $0.00 | |
| **Current Balance** | **$490.51** | |

**YOUR NEXT PAYMENT OF**

$ _____

**IS SCHEDULED FOR**

_____

**We Value Your Feedback!  Leave Us a Review on Google!**

**Scan the QR code or visit us at kinsmithloans.com**



NMLS#s: 2034815, 2034963, 2035295

EXHIBIT 6

IN THE SUPERIOR COURT OF FLOYD COUNTY STATE OF GEORGIA.

CESAR AUGUSTO CORDON SOSA )

PLAINTIFF, )

)                          Case NO. 22CV01681-3

V. )

WINGZ )

DEFENDANTS )

FILED IN OFFICE

OCT 3 1 2024

CLERK

## MOTION FOR URGENT RESOLUTION

I, Cesar Augusto Cordon Sosa, acting on his own behalf and representing himself, who is not an attorney, andwhose first language is Spanish and whose second language is English, do hereby proceed before you, Honorable Judge, Pursuant: The Fourteenth Amendment of the Constitution of the United States, Ga. R. Super Ct. 6.4 (B). Georgia Code 5-6-33. Georgia Code 9-11-745. Georgia Code 45-10-01. Georgia Code 5-6-48. (D). Georgia Code 9-11-15. Georgia Code 15-1-3. (4) (7). Georgia Code 16-10-2 (A). O.C.G.A. 13-1-11 (D). Georgia Code of Judicial Conduct. Canon I. Rule 1.1 Canon 2. Rule 2.1 – 2.2 – 2.3. – Canon 3. Rule 3.1 - 3.2 – 3.3 -.3.4 – 3.7 – 3.8 - 3.9. The Civil Rights Division of the Department of Justice. OCGA 9-11-34. O.C.G.A. 9-11-36.

Before you, Honorable Judge, the Plaintiff proceeds to incorporate this Motion for Urgent Resolution respectfully requesting you, Honorable Judge, to request THE DEPOSITION DATED OCTOBER 3, 2023, and the detailed charge made for 10 hours of work invested IN THE SUBPOENA OF AUGUST 8, 2023, by the Attorney John D. Bennett, reason and motive for which the Plaintiff was sanctioned due to that Deposition, being and based on the Law, it is illegitimate, because it does not comply with the procedural requirements, due to the lack of representation, and that the plaintiff also did not have a translator, adding to this Attorney Bennett, did not comply with the questions that he incorporated to this Honorable Court in the Deposition, but the questions asked were contrary to those incorporated to this Honorable Court, where they were questions that violated the Moral Integrity and privacy of the Plaintiff, such as the status of immigration from where the Plaintiff had entered the United States, whether it was legal or illegal, or via visa, that is, adding the request for Social Security of the Plaintiff's family, friends and employers.

The Deposition has not been incorporated to this day, where it makes clear and provides evidence of the Guilt of the Wingz Company regarding the actions committed against the Plaintiff, where you, Honorable Judge, can corroborate with the testimonial statements of the parties concerning the process, as well as the implementation of the contradiction of attorney Bennett with his defendants.

The Plaintiff has been waiting for a fair resolution for two and a half years, and it is not possible that the Case on Unlawful Actions Committed by Companies remains on hold without any response.

The Plaintiff based on the history of this case where it is notorious that he has been discriminated against in all aspects, where he has been ignored, removed from the court by Ms. Barbara H. Penson like an animal without any justification just for the simple fact of being an immigrant, where the motion for Disvocery, February 23, 2023, has never been responded to, the Motion for compelling on April 18, 2023, where you Honorable Judge with your high level of study and

94

experience know very well that Attorney Bennett did not respond to any of them, however they have lent themselves to celebrate his criminal acts as Judge Walter Mathews did, allowing Attorney Bennett to prepare the resolution of March 19, 2024, which in the face of justice this is a shame that the court continues to act in defense of this criminal act.

The Plaintiff describes this for the reason that on September 4, 2024, it incorporated a Motion Affidavit of poverty, requesting that they agree to send the appeal to the Georgia Court of Appeals, but the court flatly refused for the reasons stated above.

The Plaintiff, acting as a notice based on Ga. R. Super Ct. 6.4 (B), and not as a threat, lets you know that if the law is not followed as it is written, I will have no other option than to go to the media to request the help that you are denying me. The help I am talking about is to enforce the law and respect the Fourteenth Amendment of the United State Constitution, which declares that a fair trial must be given to each person regardless of their origin or language.

Plaintiff clarifies again that it does not want to reach the media, it only wants this case to be closed and that Plaintiff be paid for the damages that have been caused.

THEREFORE

The Plaintiff respectfully requests that the Honorable Judge presiding over this case issue a ruling in accordance with the Law, and not for the benefit of the Attorney Bennett, who wants to take advantage of the Plaintiff's financial need.

The Plaintiff respectfully requests that the Honorable Judge set a Hearing date to resolve the petitions that the Plaintiff has been incorporating in its repetitive Motions.

I signal for notifications at 6 Payne Rd SW Rome Georgia 30165

Email: ccdrive2020@gmail.com phone number: 762-244-2049.

Plaintiff:

César Augusto Cordán Sosa.

October 31-2024.

IN THE SUPERIOR COURT OF FLOYD COUNTY STATE OF GEORGIA.

CESAR AUGUSTO CORDON SOSA      )
                               )
Plaintiff,                     )
                               )
V.                             )          Case No. 22CV01681-3
                               )
WINGZ INC,                     )
                               )
DEFENDANT,                     )

## CERTIFICATE OF SERVICE.

I do hereby certify that according with the Ga. Comp. R. & Regs. 616-1-2-. 19 © (3). I have served this day prior to filing the same, copies of the within and foregoing MOTION FOR URGEN RESOLUTION. To Christof Baumbach jbennett@fmglaw.com/kelli.spearman@fmglaw.com.

Wingz Counsel by send it a copy via email properly addressed Upon:

CC: cbaumbach@wingz.com
Christof Baumbach Wingz CEO
95 Third Street Second Floor
San Francisco CA, 94103.


CC: JBennett@fmglaw.com/kelli.Spearmam@fmglaw.com
Mr. John D. Bennett / Mr. Kelli Spearman.
100 Galleria Park Way Ste 1600
Atlanta Georgia 30339-5948

Petitioner: Cesar Augusto Cordon Sosa
6 Payne RD SW Rome Ga 30165.
ccdrive2020@gmail.com
762-244-2049
Cesar Augusto Cordon Sosa

Date: October 31, 2024.

 Gmail

Cesar Cordon <ccdrive2020@gmail.com>

## Motion of urgent resolution

1 message

**Cesar Cordon** <ccdrive2020@gmail.com>                    Thu, Oct 31, 2024 at 10:02 PM
To: "John D. Bennett" <jbennett@fmglaw.com>, Kelli Spearman <kelli.spearman@fmglaw.com>, Christof Baumbach
<cbaumbach@wingz.com>

Hello Everyone

This the Motion incorporate today

Good Night

Cesar Cordon

scan_20241101014438.pdf
1719K

9 }

# EXHIBIT 7

## LETTER OF COMPLAINT.

I César Augusto Cordón Sosa, who acts in my own name and representation, who is not a Lawyer, having Spanish as my first language, and English as my second language.

The Plaintiff before you respectfully, appears Honorable Judge John E. (Jack) Niedrach, Chief Judge of the Superior Court of Floyd County, sets forth, alleges and requests the following:

Honorable Judge Niedrach on MAY 22, 2024, I hereby respectfully made you fully aware that the Sender sent a letter to you via certified mail where you kindly responded requesting that it be done through legal means and notify Attorney John D. Bennett of the same, being that the sender incorporated on June 14, 2023. a Motion in which he was made aware of the anomalies, and crimes (it is worth mentioning that I use the word crimes, for the reason that anyone who has full knowledge of the law and breaks it is considered a criminal, wise and accurate words of Mr. Bertolt Brecht who said whos does not know the truth is ignorant, but who knows it and denied it a criminal), committed by the court that you represent, where it was clearly demonstrated on the part of the Judges and Mrs. Barbara Penson the discrimination, retaliation and partiality with which the Sender was treated, the details of my complaint have already been sent to you via certified and incorporated according to its mandate, which had to be done formally.

Unfortunately, as has happened since I initiated legal action in the two cases before the Courts, they have been put into oblivion, for this reason I have no other option than to let you know that based on the law Ga. R. Super. Ct. 6.4 (4) (b). with all due respect I state the following:

The sender (Plaintiff), expected a response from you since the Motion incorporated on June 14, 2024, was addressed to you, as chief of this court, but unfortunately I do not know if you dedicated a minute to read my complaint or never scrutinized it or perhaps never received it, to know its content, but I can mention the anomalies and crimes committed by Judge Walter J. Mathews, and the errors incurred due to lack of importance to my requests from the Honorable Judge Johnson, who despite his adversities against my person I consider that from the beginning he concluded that the Wingz Company had breached my contract, and for that reason is that even despite everything I am still grateful to you, adding to this the shameful and dishonorable participation of attorney John D. Bennett, in this motion you were asked, with all due respect, to please take action on the matter for the criminal acts of these people and at the same time you were asked to order that the law be complied with in my requests, which were.

1.      That attorney John D. Bennett submit a complete report of the charges he made for the subpoena he prepared on August 8, 2024, for which he charged 10 hours of work, since a subpoena of that magnitude would take an attorney with 15 years of experience a few minutes to prepare since it did not meet all the requirements demanded by law, thus violating said requirements based on Ga. Code 50-13-13. Ga. Code 9-11-30 (B). (G). (2). Federal Rule 45. 4. (4B). Ga. Code 9-11-27 (2). Ga. Code 9-11-45 C). Case Edenfield v. State 147 Ga. App. 502. 249 S.e. 2d (1978). Which, being confident in his power of influence and having the courts of both Fulton County and Floyd County unfortunately under his command, he ignored.

2.      The reasons why The Honorable Judge Johnson, having full knowledge of the law, used a sanction of $ 3,150.00 plus Court reporter fees, knowing that it was against the law and his principles of loyalty to the constitution, where he unfairly sanctioned me since he had never given any order to comply and had ignored the repeated times that the sender (Plaintiff)

asked him to give the order to appear at any request from Attorney Bennett, since Plaintiff did not trust his requests due to the corruption that he had been handling in both cases. But like the Motion to Discovery incorporated by Plaintiff on April 18, 2023, said requests were ignored, thus violating Ga. Code 13-1-11 (d). The provisions of this Code section shall not authorize the recovery of attorney's fees in any tort claim. And The 14th Amendment to the United States Constitution nor deny to any person within its jurisdiction the equal protection of the laws.

3.      At the same time, the Plaintiff was asked to the court to explain why Attorney Bennett had confidential court documents, or how they had come into his hands, since Attorney Bennett dishonorably prepared Judge Mathews' resolution on March 19, 2023. But as always, every lawyer when carrying out incorrect actions, something escapes to be discovered, Attorney Bennett did not realize that the resolution he prepared bore the name of the Honorable Judge Thomas Johnson and Judge Mathews signed over his name (possibly he also had that signature and only copied it), thus exposing the illegalities of both judges, one for allowing his name to be used and the other for signing over the other's name, whether Attorney Bennett was credited with writing the resolution format (which is doubtful since it was signed by Judge Mathews), in any case both judges are guilty. Thus violating the Georgia Code of Judicial Conduct in all its aspects. Also violating The civil rights Division of the Department of Justice of the United States of America, Section 949. Ga. Code 16-10-70. Ga. Code 16-10-20. And many more laws that both Judge Bryan and Judge Mathews in their careers as judges have implemented to punish those who falsify documents with the intention of covering up or harming the other party.

4.      The Honorable Chief Superior Court Jack Niedrach was also asked to please take action on the complaint I made regarding Ms. Barbara Penson on May 23, 2024. Since she is responsible for complying with and ensuring the integrity of the court and solving problems, and not third parties, nor to discriminate or make exceptions for people, since just by asking her to accept my amendment, she took me out of court like an animal, because for her, immigrants are what we are, insignificant people, thus forgetting the GA laws. Code 6-6-33. Right to appeal and 2023 CODE OF GEORGIA. Title 45 - PUBLIC OFFICERS AND EMPLOYEES (§§ 45-1-1 – 45-25-7). Chapter 10 - CODES OF ETHICS AND CONFLICTS OF INTEREST (§§ 45-10-1 – 45-10-92). Article 1 - CODES OF ETHICS (§§ 45-10-1 – 45-10-5). Section 45-10-1 - Code of ethics for government service generally - Establishment and text. Adding The Civil Rights Act of 1964 prohibits discrimination on the basis of race, color, religion, sex or national origin. Provisions of this civil rights act forbade discrimination on the basis of sex, as well as, race in hiring, promoting, and firing. Ignoring that in this country we are all immigrants, and no one because they are white or black has a different blood color.

5.      The Plaintiff, Honorable Chief Superior Court Jack Niedrach, were respectfully requested to take action on the matter, why the Honoreble Judge Johnson transferred the case at the last minute to Judge Mathews, who had no idea what my case was about, without any prior notification, and who also had no information about it and the Plaintiff had to provide him with documentation to proceed, that is why an explanation was requested as to why said judge did not postpone said hearing until a new date and be aware of the case, but with the development of the same I learned that everything was planned to affect me, since with evidence I know that has been presented, the corruption and criminality of Judge Mathews is discovered, since he had specific orders from Attorney Bennett that he had to do, since he could not find a way to deny my case, since he asked Attorney Bennett if I had attended the judge's order on October 3, 2023. And since I had appeared, he had no option to annul the judge's sanction. Bryan, but it was clear that he was never going to do it, so he left him at the mercy of attorney Bennett to prepare the resolution as he pleased because his hands were tied

without knowing what to do or what to decide, thus committing a shameful act not only for the law but for the reputation of those judges who have dedicated their entire lives to maintaining their integrity and the court respecting the law.

Honorable Judge John E. (Jack) Niedrach, on August 28, 2024, I received an email from Honorable Judge Bryan Thomas Johnson, (ORDER DEYING MOTION). in which he denies the request made to you, who would be the one who had to give that resolution, not him since he had transferred the case to Judge Mathews, and it is part of my complaint, which describes the following:

1.      It refers to the fees that the court requests to transfer my appeal to the Georgia Court of Appeals, describing the law O.C.G.A. 15-6-77 E (5). Where it stipulates the fees that the court has to make to make said transfer, one dollar per copy, but unfortunately for him the law does not restrict the Plaintiff from taking the copies to the court to be transferred, therefore that was what the Plaintiff incorporated on May 23, 2024. Second Amended Notice of Appeal, including 926 copies, at the same time the law described by the Honorable Judge Johnson does not restrict the Plaintiff to choose the evidence that he needs the Georgia Court of Appeal to see, since this is a demand of the Plaintiff not of the court for which he has the right to choose what evidence will be presented not the court,

This reveals that the illegal sanction given by the Honorable Judge Johnson was perhaps premeditated because the judge had knowledge in advance of the poor economic capacity of the Plaintiff and previously the Plaintiff presented a motion where he explained the income and expenses of the Plaintiff, and for that reason the only way that the corrupt lawyer Bennett would win the case would be a financial sanction that it was already known that the Plaintiff could not pay, but nevertheless the Plaintiff began to make small payments within its financial capacity,

Therefore, if the Plaintiff does not pay the $1,644.00 required by the court, the appeal cannot be heard by the judges of the Georgia Court of Appeal. This makes it clear that in many ways the appeal is being prevented from being transferred to higher-ranking judges, since this would expose the arbitrary actions and criminality committed against the Plaintiff.

2.      At the same time, in his same Order Denying Motion, the Honorable Judge Johnson describes that all the other petitions are frivolous and nonsensical. It is incomprehensible that a judge of such high rank would take the Plaintiff's requests as a joke, calling them that. Of course, he names them that way because he knows that, regardless of whether apparently or possibly he is or is not part of the conspiracy of attorney Bennett, he is involved by allowing them to sign under his name and by allowing Bennett's corrupt attorney to prepare the resolution for the criminal Judge Mathews. And most unusually, by allowing attorney Bennett to have the resolution that only you as a judge should have.

What the Plaintiff fails to understand is that you, being very intelligent people and with much wisdom given by God, know that Attorney Bennett is lost why you agree to his evil tricks, thus losing your reputation, just because of Attorney Bennett's influence.

3.      As a final description of the Order Denying Motion, the Honorable Judge Johnson describes that the other requests belong to another court, being this like washing his hands of the arbitrary actions committed in this court, and is unacceptable for the following reasons:

A.      The Plaintiff's request is that Ms. Barbara Penson be punished for having treated me indiscriminately, this does not belong to another court because it is caused in this Floyd County court.

207

B.      The request that I demand that Attorney Bennett present the transcripts of the October 3, 2023 deposition, for having broken all the laws and having carried out a malicious persecution, this belongs to this court, not to another court.

C.      The request that Attorney Bennett present a complete report detailing why he is charging 10 hours of work to carry out a subpoena that only takes a few minutes, this is the obligation of this Floyd County court, not another court.

Unfortunately, the umbrella of corruption of attorney Bennett is so potential that wherever he is reported, they shamelessly seek to protect him, since a report was made to the State Bar Association and the dishonorable Mr. Leigh Burgess shamelessly gives an answer that attorney Bennett is innocent, all this is a shame since he gave the report without asking for evidence even letting him know that there were more than 100 pages of evidence, perhaps that is the reason why Judge Johnson describes that he belongs to another court because no one wants to see the reality that they can no longer continue to protect a corrupt and dishonorable criminal like Bennett.

Continuing with Attorney Bennett and the requested report of the 10 hours that he is charging, Honorable Judge Johnson describes that it does not belong to this court since by not presenting a justification for the charge, it is considered fraud and the case has to be reopened for the reason that is the cause of this whole problem.

And to complete, in the last sentence of the Order Denying Motion, he describes that said complaint does not have jurisdiction in the Floyd County Superior Court, but unfortunately all of this was done in said court, therefore these complaints have the right to be seen where they were made, which is the Superior Court of Floyd County.

It was reported to the District Attorney's Office here in Rome and they said they had no jurisdiction, it was reported to the Crime Department of the Police Department in Rome and Lieutenant Jordan Clayton, out of fear of the people involved, did not want to take the report since he is paid to do his job, not to protect criminals.

On April 11, 2024. Judge Mathews was reported but a response has not been received yet and I know in advance that it will be the same response since they are the same employees of Attorney Bennett who will have the answer.

In conclusion, it is a shame and a disgrace to justice that people of this nature are occupying positions that they perhaps achieved through influence peddling while those who have earned those positions leave them out, and they put corrupt and unscrupulous people to fill them because they know that sooner or later they make mistakes but they have to defend them.

THEREFORE.

The Plaintiff, with all due respect Honorable Chief Superior Court Jack Niedrach, I request again that all resolution that directly affects the Plaintiff be revoked, causing even more irreparable economic damages, due to all the arbitrary acts committed from the beginning by the company (WINGZ), represented by Attorney John D. Bennett, where it has clearly been the object of ridicule, discrimination and various other damages.

Adding to this, Attorney Bennett has not presented a complete detailed report because he invested 10 hours of work in a subpoena that would take a maximum of half an hour of work, thus committing fraud by charging for said hours without having worked them, taking advantage of the economic deterioration of the Plaintiff.

I request that this case be taken with the seriousness and responsibility under the Statutes and Legal Guidelines, thus respecting the corresponding Rights of the Plaintiff.

Those persons who have acted frivolously against the Plaintiff in one way or another when seeking Justice and Validation of their Complaints, which to date have not been adequately accepted in accordance with the procedural principles of the State of Georgia and the Constitution of the United States of North America, shall be sanctioned.

The applicability of all procedural guarantees concerning the case shall be ensured and the Labor Laws shall be applied, as described and rigorously stated.

I respectfully thank you.

I point to hear notifications at 6 Payne Rd SW Rome Georgia 30165

Email: ccdrive2020@gmail.com

Phone #: 762-244-2049.

Cesar Augusto Cordon Sosa.

September 2, 2024.

Note: For clarification, the Plaintiff would appreciate it if the response is posted on the portal or sent via email since for some reason your correspondence takes up to 7 weeks to reach my hands.

103

IN THE SUPERIOR COURT OF FLOYD COUNTY STATE OF GEORGIA.

| | |
|---|---|
| CESAR AUGUSTO CORDON SOSA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 22CV01681-3 |
| V. ) | |
| ) | |
| WINGZ INC, ) | |
| ) | |
| DEFENDANT, ) | |

## CERTIFICATE OF SERVICE.

I do hereby certify that according with the Ga. Comp. R. & Regs. 616-1-2-. 19 © (3). I have served this day prior to filing the same, copies of the within and foregoing LETTER OF COMPLAINT TO HONORABLE JUDGE JOHN E. (JACK). NIEDRACH. CHIEF JUDGE OF THE SUPERIOR COURT OF FLOYD COUNTY.

**To** Christof Baumbach jbennett@fmglaw.com/kelli.spearman@fmglaw.com.

Wingz Counsel by send it a copy via email properly addressed Upon:

CC: cbaumbach@wingz.com
Christof Baumbach Wingz CEO
95 Third Street Second Floor
San Francisco CA, 94103.


CC: JBennett@fmglaw.com/kelli.Spearmam@fmglaw.com
Mr. John D. Bennett / Mr. Kelli Spearman.
100 Galleria Park Way Ste 1600
Atlanta Georgia 30339-5948

Petitioner: Cesar Augusto Cordon Sosa
6 Payne RD SW Rome Ga 30165.
ccdrive2020@gmail.com
762-244-2049
Cesar Augusto Cordon Sosa

Date: September 3, 2024.

# EXHIBIT 8

FILED IN OFFICE

OCT 18 2022

*amach Roddell*

CLERK

1

2

3

4

In the _____Superior_____ Court for the County of _____Floyd_____

5

in the State of _____Georgia_____

6

7  Cesar Augusto Cordon Sosa            )    Case No.: 22CV01681-3

8        Plaintiff,                     )
                                        )    Complaint
9    v.                                 )
                                        )
10 Wingz Inc.                           )
                                        )
11       Defendant.                     )
                                        )

12

13    Plaintiff _Cesar A. Cordon Sosa_  brings forth the following causes of

14 action and alleges the following:

15 1.    Plaintiff is an individual and a resident of _Rome_____, _Georgia_____.

16 2.    Defendant is a legally defined business entity, formed under the laws of

17 State of _California_____, and located at _795 Folson St_____,

18 _San Francisco_____  _State of California  94107_____.

19 3.    On about _February_  _25_, _2020_,  Wingz Inc-Southeastrans-Cesar Augusto Cordon

20 Sosa, Contract was breached, by Wingz Inc. Allowing Verida Inc, transfer me to her platform without

21 my consent. Page 1.    Page 15. Verida Inc. Is not an Law Authority Clause 15.2.1.2.3)

22 4.    On about _June_  _11_, _2021_  Wingz INC Allow Southeast Trans to create a Cease and

23 Desist with violations Breaching my Contract Page 1 No Writing Notice. Page 9. Not Training Require Clause 11.3.

24 Page 18. Early termination  June 11, 2021. My contract expire in July 29, 2021.

25 5.    Page 18, and 19, The Cease and Desists under a Wrong and Unauthorized Company ( Verida Inc.) Not

26 Wingz-Southeasatrans-Cesar Cordon. Page 1-15. Cease and Desist Executed by Verida Inc. June 22, 2022.

27 (No a Law Authority Clause 15.2.1.2.3).   Wingz Inc. did not Comply with the investigation of my

28 Suspension executed by Verida Inc. August 17 2022 _____.

Complaint - 1                    https://www.northwestregisteredagent.com/legal-forms/lawsuit/complaint

1    Plaintiff brings forth the following counts and allegations supporting

2    Plaintiff's cause of action:

3    **Count 1** – Breach of a Labor Contract.          .

4    Intentional Suspension under deception. (Cease and Desists Letter).

5    2. Early Termination. (Contract-Wingz-Southeastrans-Cesar Cordon).

6    3. Breaching my Contract on Page 1, Page 15.2.1.2.3. (No Notification).

7    4. Abolish Clause 10 of my Contract (Wingz can be suit, 9-28-010 Foundational Principles of Corporate

8    Prosecution The United States Department of Justice. Labor Code of Georgia Chapter 1. Article 2.2  and

9    2.6 (Labor Relations). U.S. Constitution Fourteenth Amendment's Equal protection Clause Section 1)

10   5. Abolish Clause 12.1 and 12.2. Of Arbitration, (Contract Legal Basis) . Act 2017 H.R. 1374 of Federal

11   Arbitration Law 45. (Arbitration Fairness Act.) Civil Rights Dispute.

12   6. Article by Manisha Padi, Contractual Inequality, 120 Mich. L. Rev. 825 (2022.)

13   7. Wingz Inc, did not Comply with the Investigation regarding my suspension on June 11, 2022.

14                              **Damages**

15      WHEREFORE, Plaintiff seeks compensatory damages in the amount of

16   $115,620.00___, plus all attorney fees and costs incurred by Plaintiff in

17   connection with this action.

18      Additionally, Plaintiff seeks $. 8,000.00 Medical Expenses (Floyd Hospital).

19   48 weeks missing from work $, 2,242.10 per Week.

20   107.620.00 + 8,000.00 = 115,620.00.  Plus Reinsted me to Work and Renewal my Contract , or pay

21   for my New Carrier of 4 years at University Campus of Arizona (Admission has been Accepted).

22

23             Respectfully submitted this 18 day of October_____, 2022.

24

25                              Cesar Augusto Cordon Sosa

26                              Name: CESAR AUGUSTO CORDON SOSA

27                              Its: 6 PAYNE RD SW ROME 643066

28                              Plaintiff 571-888-6718

107

# EXHIBIT 9

## SOFTWARE-AS-A-SERVICE CLIENT AGREEMENT

Wingz Inc. ("Wingz") maintains an on-line enabled software-as-a-service platform ("Wingz Software") where persons seeking transportation ("Passenger Clients") can connect directly with Driver Clients ("Driver Clients") to facilitate and book pre-arranged transportation in the Driver Clients' vehicle(s) and which enables payment of fees for that transportation ("Services"). Access to the Wingz Software is obtained through a mobile Internet Application ("Wingz Application" or the "Application") owned and operated by Wingz ("Wingz" "we," or "us") and licensed to the Driver Clients. In order to participate as a Wingz Driver Client, you become a licensed user of Wingz Software-as-a-Service and agree to the terms and conditions below for authorized users of that software (Wingz Software Client). Subject to the terms of this Agreement (the "Agreement") between Wingz and you, you will have access to the Application to receive and review requests for service from Passenger Clients and to collect payment from those Passenger Clients.

**PLEASE READ THIS AGREEMENT CAREFULLY. THIS AGREEMENT CONTAINS A MANDATORY INDIVIDUAL ARBITRATION AND CLASS ACTION/JURY TRIAL WAIVER PROVISION THAT REQUIRES THE USE OF BINDING ARBITRATION ON AN INDIVIDUAL BASIS TO RESOLVE DISPUTES.**

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

### Acknowledgment and Acceptance of Software-as-a-Service Agreement

This Agreement is an electronic contract that sets out the legally binding terms of the relationship between Wingz and you in your capacity as a Wingz Driver Client and as a Wingz Software Client. Please read this Agreement carefully.

Wingz reserves the right to change this Agreement, and add additional terms at any time, at its sole discretion, effective upon making the modified provisions available on the Application or providing written notice directly to you. You are responsible for regularly reviewing this Agreement. Continued use of the Application after any such changes are made to this Agreement shall constitute your consent to such changes.

Use of the Application is permitted only by individuals who can form legally binding contracts under applicable law and who meet all applicable regulatory requirements for providing passenger transportation services in a personal vehicle. Accordingly, you must be at least 21 years old, have had for at least one year a valid license to drive a Passenger vehicle in the jurisdiction in which you are providing Services, and be legally authorized to work in the United States to become a Driver Client. You must also not be legally barred from driving a ride-sharing vehicle per the requirements of any applicable law, regulation or ordinance (for example, laws or regulations prohibiting individuals convicted of certain crimes from driving a vehicle through a Transportation Network Company ("TNC")). If you do not meet these legal qualifications, you should not apply to become a Driver Client or Software Client.

Updated 10/2/2018

Doc ID: db5f458a1178288ea0e0846760e5bd18bee545cf

IN WITNESS WHEREOF, the parties hereto have signed this Agreement as of the last date of signature set forth below.

**DRIVER CLIENT**

Signed By : _____

Printed Name: ___Cesar Cordon_____

Date: _____07/29/2019_____

Address        130 Malone Dr NW
               Rome GA 30165


**WINGZ, INC.**

Signed By : _____

Printed Name: ___Christof Baumbach_____

Title: ___CEO_____

Date: ___10/2/2018_____

Address:       795 Folsom St.
               San Francisco, CA 94107


4822-5026-5387, v.2

116

Doc ID: db5f458a1178288ea0e0846760e5bd18bee545cf

# EXHIBIT 10

IN THE SUPERIOR COURT OF FLOYD COUNTY STATE OF GEORGIA.

| | | |
|---|---|---|
| CESAR AUGUSTO CORDON SOSA | ) | |
| PLAINTIFF, | ) | |
| | ) | Case NO. 22CV01681-3 |
| Vs. | ) | |
| WINGZ | ) | |
| | ) | |
| DEFENDANTS | ) | |

## DEPOSITION:

Now the Plaintiff Cesar Augusto Cordon Sosa, and pursuer to: **OCGA** 9-11-30 **OCGA** 9-11-37 (3). Superior Court Rule 6.4. I Will need to take your sworn testimony in this case. I need to Schedule it on a mutuallly convenient date.

The Plaintiff makes a request to Defense lawyer to have a private conference via zoom, to promote what is described in the requirements, dated February 23, and April 18, 2023, thus proposing the conference for the first two weeks of July 3, 6, 10 and 13, 2023. For the defense attorney to take into consideration any of the dates proposals by the Plaintiff, to carry out the following:

1. Memorandum of Law Motion to Discovery. February 23, 2023.
2. Motion for Compelling discovery April 18, 2023.

The questions that Plaintiff It will be made to the defense attorney. It must be under oath and it will be recorded to be used as evidence in front of the Court.

For all of the above, it is recommended that they present the evidence corresponding to the questions raised in the Plaintiff interrogations.

Email: ccdrive2020@gmail.com

Phone #: 762-244-2049.

Cesar Augusto Cordon Sosa

Date: June 22, 2023

 Gmail

Cesar Cordon <ccdrive2020@gmail.com>

---

## Deposition - Sosa v. Wingz

**John D. Bennett** <JBennett@fmglaw.com>
To: Cesar Cordon <ccdrive2020@gmail.com>

Mon, May 22, 2023 at 9:13 AM

Mr. Cordon Sosa,

Pursuant to OCGA § 9-11-30, I will need to take your sworn testimony in this case. We will need to schedule a court reporter and videographer, and of course I'd also like to schedule it on a mutually convenient date.

Please let me know dates in June or July for your deposition.

Thanks,

John

**John D. Bennett**
Partner
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
**D: 678-996-9056 | C: 770-342-8812**
JBennett@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook

 Freeman
Mathis Gary LLP

AZ | CA | CT | FL | GA | IL | IN | KY | MA | NJ | NV | NY | OH | PA | RI | TN | TX
Please read this important notice and confidentiality statement

113

M Gmail

**Cesar Cordon <ccdrive2020@gmail.com>**

---

## Deposition - Sosa v. Wingz

---

**John D. Bennett** <JBennett@fmglaw.com>                                    Thu, Jun 22, 2023 at 12:36 PM
To: Cesar Cordon <ccdrive2020@gmail.com>, Kelli Spearman <Kelli.Spearman@fmglaw.com>

Mr. Sosa,

I am not sure you understand what a deposition is. A deposition is an opportunity for a party in the case to depose
another party or a witness to the case. I am the lawyer for Wingz, the defendant in this case, but I am not a witness to the
case. As such, you may not take my deposition. If you want to take a witness's deposition, let me know who you would
like to depose and we will find a mutually agreeable date. At that point, you will have to retain and pay for a certified court
reporter to take down the deposition, etc.

Regards,

John

### John D. Bennett
Partner
**Freeman Mathis & Gary, LLP**
**100 Galleria Parkway | Suite 1600 | Atlanta, GA 30339-5948**
D: 678-996-9056 | C: 770-342-8812
JBennett@fmglaw.com | LinkedIn | Bio
www.fmglaw.com | Instagram | Twitter | Facebook



Freeman
Mathis  Gary LLP

AZ | CA | CT | FL | GA | IL | IN | KY | MA | NJ | NV | NY | OH | PA | RI | TN | TX
Please read this important notice and confidentiality statement

**From:** Cesar Cordon <ccdrive2020@gmail.com>
**Sent:** Thursday, June 22, 2023 12:16 PM
**To:** John D. Bennett <JBennett@fmglaw.com>; Kelli Spearman <Kelli.Spearman@fmglaw.com>
**Subject:** Re: Deposition - Sosa v. Wingz

**Caution:** This email originated from outside of the FMG organization. **Do not click links** or **open attachments**
unless you recognize the sender and know the content is safe.

[Quoted text hidden]

*114*

# EXHIBIT 11.

115

**(1)** In the county wherein he resides or is employed or transacts his business in person;

**(2)** In any county in which he is served with a subpoena while therein; or

**(3)** At any place which is not more than 30 miles from the county seat of the county wherein the witness resides, is employed, or transacts his business in person.

---

**‹ Previous**

**Next ›**

**Disclaimer:** These codes may not be the most recent version. Georgia may have more current or accurate information. We make no warranties or guarantees about the accuracy, completeness, or adequacy of the information contained on this site or the information linked to on the state site. Please check official sources.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

116

# EXHIBIT 12.

(c)    These interrogatories are to be answered in detail.  If you cannot answer the interrogatory in full, answer to the extent possible and explain your inability to answer the remainder.  If there is an objection to all or any part of the interrogatory, state the objections pertaining to the interrogatory and explain the entire basis for each objection.

(d)    For each interrogatory answer, identify all persons, by name, address, date of birth and Social Security number, who supplied the information upon which the answer is based.

## INTERROGATORIES

1.

Identify each employer, individual or other entity, and immediate supervisor, by full name, residential address and telephone number, current or last known business address and telephone number, other than Defendants, for whom Plaintiff has performed any work, earned any monies or received any payments from June 1, 2020, to the date of the responses to these interrogatories. Your answer should include, but not be limited to, information relating to your current employer.

2.

For each employer, individual or entity identified in response to the immediately preceding interrogatory, please describe Plaintiff's employment, such description to include, but not be limited to, Plaintiff's job classification; the nature of Plaintiff's job duties; the inclusive dates of employment; the amount of Plaintiff's salary, hourly wage, commission or other arrangement and the frequency with which Plaintiff was paid; and, other than salary or wages, a description of each and every other form of compensation or other benefit Plaintiff received as an incident of Plaintiff's employment, including, but not limited to, automobile or travel allowances, meal allowances, health

expenses incurred in relation to the motion. For purposes of this paragraph, a "statement previously made" is (A) a written statement signed or otherwise adopted or approved by the person making it, or (B) a stenographic, mechanical, electrical, or other recording, or a transcription thereof, which is a substantially verbatim recital of an oral statement by the person making it and contemporaneously recorded; and

**(4)Trial preparation; experts.** Discovery of facts known and opinions held by experts, otherwise discoverable under paragraph (1) of this subsection and acquired or developed in anticipation of litigation or for trial, may be obtained only as follows:

**(A)**

**(i)** A party may, through interrogatories, require any other party to identify each person whom the other party expects to call as an expert witness at trial, to state the subject matter on which the expert is expected to testify, and to state the substance of the facts and opinions to which the expert is expected to testify and a summary of the grounds for each opinion.

**(ii)** A party may obtain discovery under Code Section 9-11-30, 9-11-31, or 9-11-34 from any expert described in this paragraph, the same as any other witness, but the party obtaining discovery of an expert hereunder must pay a reasonable fee for the time spent in responding to discovery by that expert, subject to the right of the expert or any party to obtain a determination by the court as to the reasonableness of the fee so incurred;

**(B)** A party may discover facts known or opinions held by an expert who has been retained or specially employed by another party in anticipation of litigation or preparation for trial and who is not expected to be called as a witness at trial, only as provided in subsection (b) of Code Section 9-11-35 or upon a showing of exceptional circumstances under which it is impracticable for the party seeking discovery to obtain facts or opinions on the same subject by other means; and

**(C)** Unless manifest injustice would result:

**(i)** The court shall require the party seeking discovery to pay the expert a reasonable fee for time spent in responding to discovery under subparagraph (B) of this paragraph; and

**(ii)** With respect to discovery obtained under division (ii) of subparagraph (A) of this paragraph, the court may require, and with



Go to Previous Versions of this Section ⌄

# 2023 CODE OF GEORGIA
# Title 24 - EVIDENCE (§§ 24-1-1 — 24-99-3)
# Chapter 5 - PRIVILEGE (§§ 24-5-501 — 24-5-510)
# Section 24-5-501 - Certain communications privileged

**Universal Citation:**
GA Code § 24-5-501 (2023)  ◯

Next ›

**(a)** There are certain admissions and communications excluded from evidence on grounds of public policy, including, but not limited to, the following:

    **(1)** Communications between husband and wife;

    **(2)** Communications between attorney and client;

    **(3)** Communications among grand jurors;

    **(4)** Secrets of state;

    **(5)** Communications between psychiatrist and patient;

    **(6)** Communications between licensed psychologist and patient as provided in Code Section 43-39-16;

    **(7)** Communications between a licensed clinical social worker, clinical nurse specialist in psychiatric/mental health, licensed marriage and family therapist, or licensed professional counselor and patient;


120

EXHIBIT 13.

IN THE SUPERIOR COURT OF FLOYD COUNTY STATE OF GEORGIA.

FILED IN OFFICE

Glenda Waddell

| | | |
|---|---|---|
| CESAR AUGUSTO CORDON SOSA | ) | |
| PLAINTIFF, | ) | |
| | ) | Case NO. 22CV01681-3 |
| V. | ) | |
| WINGZ | ) | |
| | ) | |
| DEFENDANTS | ) | |

## COMPLIANCE WITH ORDER AND OBJECTION TO THE DEPOSITION.

Now the Plaintiff Cesar Augusto Cordon Sosa, and pursuer to: **O.C.G.A.** 24-5-505. **OCGA** 9-11-30. (2) (b). **OCGA** 9-11-37 (3). **Superior Court Rule 6.4.** The Privacy Act of 1974 5 U.S.C. § 552a (2018), **O.C.G.A.** 18-50-72 (20) (c) **GA Code** § 51-7-40 (2020). 9-11-45 B-3. UNITED NATIONS DECLARATION OF HUMAN RIGHTS ARTICLE A FAIR TRIAL 8 AND 25. INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS ARTICLE 17. (1) (2). O.C.G.A. 51-7-80 (2020). **FEDERAL RULE** OF CIVIL PROCEDURE 11. **O.C.G.A.** 16-10-93. Federal. **O.C.G.A.** 13-1-11 (2022) (d).

## DEFENSE LAWYER INTERROGATION JOHN D. BENNETT.

The Plaintiff refers to you, Honorable Judge, to inform you that the Plaintiff has already complied with the Order issued on September 15-2023, for the Plaintiff to appear at the Deposition of the Interrogation requested by Attorney Bennet, in its Offices with Address Mathis-Gary, LLC, located at 100 Galery Parkway, suite 1600 Atlanta, GA, 30339, on October 3-2023, where the Plaintiff was present from 9:30 am, beginning the Deposition at approximately 9: 50 am.

Plaintiff subsequently asked Attorney Bennet for the video recording of the Deposition, which was denied by Attorney Bennet, saying that Plaintiff has to pay for it, in other words Attorney Bennet is wanting to take advantage of the deteriorated economic situation of the Plaintiff, because the Plaintiff, as ordered by you Honorable Judge, on September 15-2023, the Collection of the Video recording did not obligated me to pay, that as well, it is understood that I have the Right to have it.

At the same time, the Plaintiff will proceed to request from you, Honorable Judge, with all due respect, the dismissal of the Deposition held on October 3-2023, for the aforementioned reasons, threats and questions from Attorney Bennet about the Immigration Status of the Plaintiff Furthermore, the Lawyer asked the Stenographer to delete information, but he was denying Plaintiff the right to record the deposition as established by Law 9-30- (4). something that the Law prohibits because the Deposition must be comprehensive from the beginning to the end as established by Law 9-11-30 (4). For this, Plaintiff adds the following reasons:

122

1. Mr. Bennet ordered Plaintiff, that he could not have any documents on the table and could not have his computer on the table.

2. Mr. Bennett told Plaintiff that he cannot have any documents, on the table, meaning that he did not have to present any documentation requested on the deposition Judge order.

3. Mr. Bennet began to present to Plaintiff the resolutions that he won from the Fulton County Court House cases.

4. Mr. Bennett began asking Plaintiff how Wingz had breached my employment contract by presenting, to the Plaintiff the original lawsuit that the plaintiff filed on October 18, 2022.

5. Mr. Bennett proceeded to question Plaintiff regarding the Wingz contract

6. Mr. Bennett continue with the questions that violate the privacy act, wanting to inquire about my wife's name, and tell him the name of my current employer. Something that is not justifiable because it can help Mr. Bennet to support his contradictory arguments, with the name of Plaintiff's wife, or his current employer.

7. Mr. Bennett continued with the interrogation in reference to how the plaintiff had entered the United States, whether legally or illegally, to ask the Plaintiff if he had social security (mean legal because ask the Plaintiff if he has a auto insurance) and if Plaintiff had legal documentation to reside in the United States and if Plaintiff had a green card

8. Mr. Bennett asked if the plaintiff had been in a car accident. In the past.

9. Mr. Bennett asked Plaintiff if he had gone bankrupt in the past.

10. Mr. Bennett asked Plaintiff if he had been in jail before.

11. Mr. Bennett continued and asked if the plaintiff owed money to Child Support.

12. Mr. Bennett continued and asked the plaintiff if he owed the IRS any tax money.

13. Mr. Bennett restarted the Wingz contract with same question about the Plaintiff Suspension.

14. Mr. Bennett continued to ask Plaintiff about the Wingz-Southeast Trans contract, where according to Attorney Bennett, Wingz contract required training.

15. Mr. Bennett questioned that the plaintiff had not done the training based on Seti y_Verida's appeal where at the end he says that Upon complete the Traning plaintiff would be reinstated, trying to insinuate that Plaintiff himself said that he had not completed the training, something that Plaintiff explained to him is what Cease and Desists says.

16. Mr. Bennett repeatedly threatened Plaintiff during interrogation that he would seek further sanctions against the plaintiff if he did not pay during the 90 days. Something wrong because Plaintiff's Economy was affected and deteriorated from the moment of its Suspension without Just Cause, and Plaintiff decalre to Mr. Bennett and the Court Reproted that Plaintiff Will pay the full amount on the especific time if have the money, but if not Plaintiff Will pay $ 25.00 per month to each of them.

17. Mr. Bennett called Plaintiff crazy, saying that Plaintiff was hallucinating in reference to the conspiracy that Wingz and the other two Southeast Trans amd Verida Companies made.

123

18. Plaintiff asked Mr. Bennett to give him a copy of the video recording of the deposition and he responded that Plaintiff had to pay.

19. Mr. Bennett threatened Plaintiff because he refused to give them information related to his wife that he would ask the judge to dismiss the case. Thus violating the O.C.G.A. 24-5-501 Protection of Communications between Spouses.

## REQUEST:

The Plaintiff respectfully requests the following to the Honorable Judge:

a. Sanction Attorney Bennett for repeating violations of her Privacy and Immigration Status.

b. Sanction Attorney Bennett for repeating the threats against Plaintiff.

c. Sanction Attorney Bennett for not complying with the Deposition authorized by you, Honorable Judge, because his interrogation changed him by asking questions that were not within the Deposition Authorized by you, Honorable Judge.

d. Sanction Attorney Bennett because the reason for her deposition was to produce evidence, which asked Plaintiff not to remove or have any evidence documents on the interrogation table.

## THEREFORE.

The Plaintiff requests the Honorable Judge to dismiss the deposition of Attorney Bennett, made on October 3, 2023, to sanction him for the repeated violations of the Privacy laws against the Plaintiff, and to impose a fine for each law broken.

And

All damages that have been committed to Plaintiff due to Suspension without Just Cause, as Early Suspension, illegal Training requests without any Legal Basis, Transfer to Verida wihout Plaintiff consent, threats from the defense Attorney, and arbitrary Deposition.

The Plaintiff has never been against any Order issued by the Honorable Judge, rather his only intention is to obtain a Fair Resolution and in accordance with the Law.

The Plaintiff point to hear notifications 6 Payne RD SW Rome Georgia 30165

Email: ccdrive2020@gmail.com

Phone #: 762-244-2049.

Cesar Augusto Cordon Sosa

Date: October 5, 2023.

3

124

IN THE SUPERIOR COURT OF FLOYD COUNTY STATE OF GEORGIA.

CESAR AUGUSTO CORDON SOSA )
                                          )
Plaintiff,                              )
                                          )
V.                                      )          Case No. 22CV01681-3
                                          )
WINGZ INC,                              )
                                          )
DEFENDANT,                              )

---

### CERTIFICATE OF SERVICE.

I do hereby certify that according with the Ga. Comp. R. & Regs. 616-1-2-. 19 © (3). I have served this day prior to filing the same, copies of the within and foregoing **PLAINTIFF COMPLIANCE WITH ORDER** AND **OBJECTION TO THE DEPOSITION. REQUEST BY ATTORNEY JOHN D. BENNET. ((FREEMAN MATHIS & Gary, LLP.** To Mr. Christof Baumbach Mr. John D. Bennett and Mr. Kelli Spearman Wingz Counsel by send it a copy via email properly addressed Upon:

CC: cbaumbach@wingz.com
Christof Baumbach Wingz CEO
95 Third Street Second Floor
San Francisco CA, 94103.

CC: JBennett@fmglaw.com/kelli.Spearmam@fmglaw.com
Mr. John D. Bennett / Mr. Kelli Spearman
100 Galleria Park Way Ste 1600
Atlanta Georgia 30339-5948

Petitioner: Cesar Augusto Cordon Sosa
6 Payne RD SW Rome Ga 30165.
Cdwehelp21@gmail.com
762-244-2049
Cesar Augusto Cordon Sosa

Date: October 5, 2023

# EXHIBIT 14.



# IN THE SUPERIOR COURT OF FLOYD COUNTY
## STATE OF GEORGIA

CESAR AUGUSTO CORDON SOSA )
)
Plaintiff, )
)
v. )                                   Case No. 22CV01681-3
)
WINGZ, INC. )
)
Defendant. )

## DEFENDANT'S FIRST INTERROGATORIES TO PLAINTIFF

COME NOW, Wingz, Inc. ("Defendant" or "Wingz") in the above-styled civil action, and, pursuant to O.C.G.A. § 9-11-33, propounds these interrogatories to Plaintiff. Plaintiff is required under O.C.G.A. § 9-11-33 to answer these interrogatories separately and fully in writing and under oath and to serve a copy of said answers upon counsel for Defendant within 30 days after service of these interrogatories. These interrogatories are to be considered continuing in character. If, after answering, new or different information comes to the attention of Plaintiff, Plaintiff is under a continuing duty to supplement or amend the answers previously made.

## INSTRUCTIONS

(a)      As to any answer or part thereof which Plaintiff asserts is privileged or otherwise exempt from answer, Plaintiff should identify the answer by date, party or person and state the grounds for asserting the privilege or exemption from answer.

(b)      Each interrogatory solicits all information available to Plaintiff, including information obtainable by Plaintiff from Plaintiff's present or former attorneys, actuaries or any and all other representatives of Plaintiff.

127

(c)     These interrogatories are to be answered in detail.  If you cannot answer the interrogatory in full, answer to the extent possible and explain your inability to answer the remainder.  If there is an objection to all or any part of the interrogatory, state the objections pertaining to the interrogatory and explain the entire basis for each objection.

(d)     For each interrogatory answer, identify all persons, by name, address, date of birth and Social Security number, who supplied the information upon which the answer is based.

## INTERROGATORIES

1.

Identify each employer, individual or other entity, and immediate supervisor, by full name, residential address and telephone number, current or last known business address and telephone number, other than Defendants, for whom Plaintiff has performed any work, earned any monies or received any payments from June 1, 2020, to the date of the responses to these interrogatories. Your answer should include, but not be limited to, information relating to your current employer.

2.

For each employer, individual or entity identified in response to the immediately preceding interrogatory, please describe Plaintiff's employment, such description to include, but not be limited to, Plaintiff's job classification; the nature of Plaintiff's job duties; the inclusive dates of employment; the amount of Plaintiff's salary, hourly wage, commission or other arrangement and the frequency with which Plaintiff was paid; and, other than salary or wages, a description of each and every other form of compensation or other benefit Plaintiff received as an incident of Plaintiff's employment, including, but not limited to, automobile or travel allowances, meal allowances, health

128

or disability insurance, life insurance policies, retirement benefits or contributions made by Plaintiff's employer to a retirement plan, and bonuses.

3.

For each employer, individual or other entity identified in response to the immediately preceding interrogatory, and for whom Plaintiff is no longer employed, describe in detail the reasons for Plaintiff's termination from employment.

4.

Identify each employer, employment service, or agency or other individual or entity which Plaintiff has contacted regarding potential employment since commencement of Plaintiff's employment with Defendants to the date of Plaintiff's responses to these interrogatories, including how the contact was made, the type of contact, the date of such contact, the individual contacted, the type of employment sought, and the status of the contact.

5.

If Plaintiff received any state unemployment compensation payments or benefits since Plaintiff's employment with Defendant to the date of Plaintiff's responses to these interrogatories, please state the amount of money so received and the inclusive dates of receipt of payment.

6.

If Plaintiff has earned any amounts during the period since commencement of Plaintiff's employment with Defendants to the date of responses to these interrogatories which have not been described or identified in response to the interrogatories above, please state the amount of any such earnings and explain fully the basis upon which such amounts were earned.

7.

Describe in detail each and every damage, cost, or expense that Plaintiff contends Plaintiff incurred or will incur as a result or consequence of the alleged unlawful acts of Defendants, said description to include, but not to be limited to, a full explanation of how each such damage, cost, or expense was incurred or will be incurred and the amount of each such damage, cost, or expense.

8.

If Plaintiff has contracted or paid for any health, life, medical, or disability insurance since Plaintiff's employment with Defendants, describe fully each such policy, such description to include, but not to be limited to, the type of policy, the date of purchase, the company issuing the policy, the terms of coverage, the extent and cost of dependent coverage, the annual deductible, and the amount of the premiums paid by Plaintiff.

9.

Identify any person with whom Plaintiff or Plaintiff's representative had contact regarding the things and matters referred to in Plaintiff's Complaint and describe fully the names of the individuals involved in the communication, the time and date of the communication, the substance of all information or knowledge concerning the communication, and whether any such person gave a written statement or account.

10.

If there is any person whom Plaintiff expects to call as a fact witness at trial, please state as to each fact witness the name and address of the witness, the subject matter about which said fact witness is expected to testify, the substance of the facts and opinions about which each said

fact witness is expected to testify, and whether any such person has given a written statement or account.

11.

If Plaintiff has ever been arrested or convicted of any crime (other than a traffic offense), please identify each crime, the date of arrest, arresting authority, the court in which any criminal proceeding against Plaintiff was held, and the disposition of each charge.

12.

If Plaintiff makes any claim for personal, bodily, psychological, or emotional injury of any kind in this action, then state each and every practitioner of the healing arts who treated Plaintiff within the past ten years of these interrogatories, including any individual acting as a doctor, nurse, chiropractor, therapist, psychologist or psychiatrist, and also identify all hospitals, clinics, or other medical facilities at which Plaintiff received treatment for any physical injury, bodily injury, emotional injury, or any other condition within the past ten years as well as dates of treatment.

13.

If Plaintiff or any member of Plaintiff's immediate family has ever been party to any legal proceeding, including any type of bankruptcy, please identify the name of the family member involved and their relation to Plaintiff, the role Plaintiff or Plaintiff's family member had in the litigation (e.g., plaintiff, defendant, etc.), the nature of the claim or claims at issue, the court in which such action was filed, and the final disposition of any such claim. The answer to this interrogatory also shall include, but not be limited to, divorce proceedings, personal injury claims, and workers compensation claims.

14.

Do you have any photographs, audio recordings, video recordings, or other electronic recordings of Defendant or any of Defendant's agents or employees that you contend are relevant to any issue of liability or damages in this action? If so, please identify each and every photograph or recording by describing the persons involved, the subject matter depicted, and the method of recording.

15.

Have you kept any notes or a calendar or diary of any events that occurred while you were an independent contractor with Defendant? If so, please identify the notes, calendar, and/or diary by describing the subject matter depicted and any individuals who are identified therein.

16.

Describe in detail all facts and circumstances, and identify any individuals with knowledge thereof, supporting, relating to or contradicting the allegation in paragraph 3 of the Complaint that "On about February 25, 2020, Wingz Inc.-Southeastrans-Cesar Augusto Cordon Sosa, Contract was breached by Wingz Inc. Allowing Verida Inc, [sic] transfer me [sic] to her [sic] platform without my consent." Your answer should include but not be limited to a complete description of the alleged actions Wingz took to breach the contract and how Wingz is allegedly responsible for the actions of Verida, Inc.

17.

Describe in detail all facts and circumstances, and identify any individuals with knowledge thereof, supporting, relating to or contradicting the allegation in paragraph 4 of the Complaint that "Wingz Inc Allow [sic] Southeast Trans to create a Cease and Desist with violations Breaching m

Contract." Your answer should include but not be limited to a complete description of any alleged actions Wingz took to "allow" Southeast Trans to create a "Cease and Desist".

18.

Describe in detail all facts and circumstances, and identify any individuals with knowledge thereof, supporting, relating to or contradicting your allegation that Wingz breached its contract with Plaintiff.

19.

Describe in detail all facts Describe in detail all facts and circumstances, and identify any individuals with knowledge thereof, supporting, relating to or contradicting your allegation that Wingz "terminated" Plaintiff.

20.

Have any individuals, including but not limited to current and former employees or agents of Defendant, provided you with any information or evidence relevant to the issues of liability or damages in this case?  If so, identify each and every individual who has provided you such information or evidence, and describe the nature of the information or evidence provided.

21.

Identify the name, address, and telephone number of each individual likely to have information regarding the allegations in Plaintiff's Complaint and Plaintiff's claim for damages and describe fully the information each individual is likely to possess.

22.

Are all the statements and allegations in your Complaint true and correct? If not, please state which statements and allegations are not true and correct.

23.

For any document or thing which you would produce in response to Defendant's First Request for Production of Documents, but which you will not produce because you claim the document or thing is privileged, identify:

(a)    each document or thing that is allegedly privileged;

(b)    the location of each document or thing;

(c)    the name, address, and telephone numbers of the custodian of each document or thing;

(d)    the privilege asserted for each document or thing not produced; and

(e)    the facts that allegedly give rise to the privilege.

24.

Identify by make, model, and serial number all electronic devices (including without limitation computers, cell phones, Blackberries, Iphones, and PDA's) via which you sent or received any communication/data to or from any agent, employee, or representative of Wingz within the three years prior to the filing of this lawsuit through the present and, for each such device:

(a)    identify its present physical location and in whose custody it presently resides;

P

(b)     state whether its memory/data storage has been erased, wiped, or reformatted at any point in the three years prior to the filing of this lawsuit through the present and, if so, why such action was taken; and

(c)     identify all persons who have had custody of the device during the period of three years prior to the filing of this lawsuit through the present.

25.

Identify all cellular telephones Plaintiff used or maintained from the period of the commencement of his independent contractual relationship with Defendant to the date of your responses to these interrogatories, whether for personal or business purposes, by stating for each cellular telephone the 10-digit telephone number, the name of the cellular service provider, the name of the person or entity who contracted with the service provider, and all billing statements from the service provider.

26.

Identify all email accounts Plaintiff maintained from the period of July, 1 2019 to the date of your responses to these interrogatories, whether for personal or business purposes, by stating for each email account the full email address, including the user name and domain name, the service provider for the email account, and the dates during which Plaintiff maintained the account.

27.

Identify all Internet social networking accounts Plaintiff maintained from the period of the commencement of his independent contractual relationship with Defendant to the date of your responses to these interrogatories by stating for each social networking account the name of

9

135-

the service provider through which the account was maintained, Plaintiff's user name for the account, the Internet address where Plaintiff's account is/was available, and the dates during which Plaintiff maintained the account. The term "Internet social networking accounts" for purposes of this interrogatory is meant to include, but not be limited to, Facebook, TikTok, Twitter, LinkedIn, Flickr, Instagram, Pinterest, and other similar accounts.

### 28.

Identify and describe with reasonable particularity all computers Plaintiff has owned or on which she has prepared any documents from the period of the commencement of her employment with Defendant to the date of your responses to these interrogatories by stating for each computer the brand and model; the owner of the computer; the location of the computer when used by Plaintiff; the dates Plaintiff used the computer; what documents Plaintiff prepared on the computer and the purpose for which Plaintiff used the computer; the current location of the computer; and who currently is in possession, custody, or control of the computer.

### 29.

List all steps Plaintiff has taken to identify and preserve any electronic data in connection with his alleged termination and the alleged breach of contract.

**FREEMAN MATHIS & GARY, LLP**

*/s/ John D. Bennett*
John D. Bennett
Georgia Bar No. 059212

*Attorney for Defendant*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T: 770.818.0000
E: jbennett@fmglaw.com

136                                                                                    10

## IN THE SUPERIOR COURT OF FLOYD COUNTY
## STATE OF GEORGIA

CESAR AUGUSTO CORDON SOSA    )
                                       )

Plaintiff,                      )
                                       )

v.                               )              Case No. 22CV01681-3
                                       )

WINGZ, INC.                   )
                                       )

Defendant.                 )

## UNIFORM SUPERIOR COURT RULE 5.2 CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing DEFENDANT'S FIRST INTERROGATORIES TO PLAINTIFF upon all parties to this matter by depositing a true copy of same in the United States Mail, proper postage prepaid, addressed to counsel of record as follows:

Cesar Augusto Cordon Sosa
6 Payne Road SW
Rome, GA 30165

I further certify that on this same date, the foregoing Defendant's First Request for Admissions to Plaintiff were sent via email to Plaintiff, addressed to ccdrive2020@gmail.com

This 17th day of March, 2023.

*/s/ John D. Bennett*
John D. Bennett
Georgia Bar No. 059212

*Attorney for Defendant*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T: 770.818.0000

## IN THE SUPERIOR COURT OF FLOYD COUNTY
## STATE OF GEORGIA

CESAR AUGUSTO CORDON SOSA    )
    )
Plaintiff,    )
    )
v.    )    Case No. 22CV01681-3
    )
WINGZ, INC.    )
    )
Defendant.    )

## DEFENDANT'S FIRST REQUEST FOR
## PRODUCTION OF DOCUMENTS TO PLAINTIFF

COMES NOW, Defendant in the above-styled civil action, and files this Request for Production of Documents pursuant to O.C.G.A. §§ 9-11-26 and 9-11-34(a) and requires Plaintiff to comply with said code section by producing and permitting Defendant's attorney to inspect and copy the documents listed below. Additionally, Defendant hereby requests, pursuant to O.C.G.A. § 24-10-26, that Plaintiff produce the documents and other tangible things set forth below at all depositions, hearings and other proceedings. inspection and copying at the offices of Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, Georgia 30339, within the time specified by law. These requests are to be considered continuing in character. If, after answering, new or different information comes to the attention of Plaintiff, Plaintiff is under a continuing duty to supplement or amend the answers previously made.

## INSTRUCTIONS

(a)    As to any document, thing, or part thereof which Plaintiff asserts is privileged or otherwise exempt from production, Plaintiff should identify each such document or thing by its author(s), addressee(s) or recipient(s), any person(s) to whom copies were furnished, its date, its

general subject matter, and the exact basis for asserting the privilege or exemption from production.

(b)     The term "document(s)" as used herein shall, unless otherwise indicated, include, but not be limited to, and mean and embrace, any letters, correspondence, emails, text messages, computer files, data compilations, telegrams, memoranda, records, financial statements, financial records, summaries, manuals, maps, brochures, leaflets, schedules, telegrams, teletypes, telefaxes, minutes, contracts, periodicals, newspapers, journals, calendars, sketches, agendas, memoranda of telephone or personal conversations or conferences, records of communications, video recordings, audio recordings, photographs, motion pictures, microfilm, microfiches, recordings, audio data processing cards and tapes and discs, bulletins, studies, analyses, notices, computer runs, and any codes necessary to comprehend such runs, diskettes, books, pamphlets, lists, periodicals, charts, graphs, indexes, and any other method of any nature, however produced or reproduced, by which or through which information is preserved or contained, including copies of such documents, containing any notations or markings not found on the originals of such documents. A copy of a document on which any notations have been made is to be considered a separate document.

The term "document(s)" as used in these requests further embraces all document(s) within Plaintiff's possession, custody, or control, or the possession, custody, or control of any of Plaintiff's agents, representatives, attorneys, associates, or anyone else known to Plaintiff which have not been previously produced to Defendants, including any writing whether generated electronically, typed, printed, or handwritten, of whatever kind and in whatever form, as well as any video or audio recording and any transcript of such recording, and any computer medium

- 2 -

containing information convertible into a written document and any transcription of such computer medium.

If any document(s) requested to be produced was, but is no longer, in existence, state whether it is: (1) missing or lost; (2) destroyed; (3) transferred voluntarily or involuntarily to others, and if so, to whom; or (4)      otherwise disposed of, and in each instance, explain the circumstances surrounding an authorization for such disposition, and state the approximate date thereof.

(c)      All documents produced in response to this Request should be marked according to the number of each specific Request below.  Documents sought by more than one Request need only be produced once with appropriate cross-references to the other Request(s) to which the document responds.

(d)      The use of an exclamation point (!) as a truncation character in any request for production of documents containing specified keywords requires a search for a root word plus all the terms made by adding letters to the end of it.  For instance, a keyword appearing in these requests as "recycl!" requires the search for and production of documents containing all terms beginning with the letters "recycl" as well as any other terms created by adding letters to the end, such as "recycle," "recycling," and "recyclable."

140

## REQUESTS

1.

All documents referable or pertaining in any way to, or which referred to, any of the matters and things made the subject of the Complaint in this action.

2.

All documents that support, establish, or contradict, or tend to support, establish, or contradict, any of the allegations asserted in the Complaint.

3.

All documents of any kind relating to the alleged termination of the independent contractual relationship between Plaintiff and Defendant.

4.

All documents of any kind relating to or reflecting any and all income or money received by or paid to Plaintiff at any time within the past ten years of the date of this request, including, but not limited to, the income tax returns or income tax filings of any kind of Plaintiff for the years 2019 to the present.  If Plaintiff does not possess such documents, Plaintiff is directed to complete the attached form and return it to Defendant.

5.

All documents of any kind relating to any and all efforts by Plaintiff to apply for, seek, or obtain employment with any employer or prospective employer, since the end of Plaintiff's independent contractual relationship with Defendant.

- 4 -

6.

All documents of any kind relating to any and all contacts, conversations, or discussions by Plaintiff or any individual acting on behalf of Plaintiff with Defendant and any current or former agent, representative, or employee of Defendant or any other person relating to any of the allegations asserted in the Complaint including, but not limited to, contacts, conversations and discussions concerning employment of Plaintiff with Defendant and the termination of Plaintiff's independent contractual relationship with Defendant.

7.

All documents of any kind identified in Plaintiff's Responses to Defendant's First Interrogatories to Plaintiff, served on Plaintiff simultaneously herewith.

8.

All notes, diaries, and/or calendars maintained or prepared by Plaintiff from January 1, 2019 to the date of this request.

9.

All documents referable or pertaining in any way to, or which referred to any employer of Plaintiff or to any employment of Plaintiff during the period 2019 to the present.

10.

All documents referable or pertaining in any way to any monies paid or received by or to Plaintiff or paid or received by or for the benefit of Plaintiff for the period of 2019 to the present, including, but not limited to, any and all bank, financial or stock statements or accounts, deposit or withdrawal records for such accounts, or cancelled checks.

- 5 -

11.

All documents pertaining to Plaintiff prepared by or in connection with treatment of Plaintiff by a practitioner of the healing arts, including, but not limited to, all doctors, chiropractors, hospitals, clinics or other medical facilities at which or by which Plaintiff received treatment within the past ten years. If Plaintiff does not possess such documents, Plaintiff is directed to complete the attached consent form and return it to Defendant.

12.

Any photographs, audio recordings, or video recordings of any person, including Defendant or any agent of Defendant, which relate to any matters which are the subject of this civil action, which relate to Plaintiff's employment or which Plaintiff contends are relevant to any issue in this civil action.

13.

Any and all documents related to or pertaining to any pursuit or award of benefits, welfare, and/or entitlements for Plaintiff associated with a perceived, alleged, or actual disability, whether mental or physical, of Plaintiff, to include, but not limited to, benefits under any insurance policy, United States Social Security program, and/or State of Georgia program from July 1, 2018 to the present.

14.

Any and all documents related to or pertaining to any pursuit of benefits, entitlements, charity, welfare, monies, or income for Plaintiff associated with the Federal government and/or the State of Georgia and/or any other charitable, non-profit, or religious entity from July 1, 2018 to the present.

- 6 -

15.

Any and all documents reflecting any damage, cost, expense, or injury which Plaintiff contends Plaintiff has incurred or will incur as a result of or consequence of the actions of the Defendant as alleged in this civil action.

16.

All documents which Plaintiff contends establish or reflect damages or injury Plaintiff contends Plaintiff suffered as a result of the allegations made in this civil action.

17.

Copies of any call history or call log of telephone calls made to or received from the cellular telephone number(s) identified by Plaintiff in response to Interrogatory No. 25, served contemporaneously herewith, dated between May 1, 2021 and September 1, 2021.

18.

All text messages from the cellular telephone number(s) identified by Plaintiff in response to Interrogatory No. 25, served contemporaneously herewith, that Plaintiff sent to or received from Randy Wang and/or any other employee or agent of Defendant, or that in any way relate to Plaintiff's allegations in this lawsuit.

19.

All emails, in native format, from the account(s) identified by Plaintiff in response to Interrogatory No. 26, served contemporaneously herewith, dated between January 1, 2021 and the present that were sent to or received from any of the following individuals Randy Wang, Todd Robinson, Annette Williams, and/or which contain any of the following keywords in the subject

- 7 -

line or body of the email: "independent contractor", "terminat!", "suspen!", "investigat!", "certif!", "training", "compl", and "recertify".

20.

All e-mails, in native format, from the email account(s) identified by Plaintiff in response to Interrogatory No. 26, served contemporaneously herewith, that are dated between January 1, 2021 and the present, and which relate to any of the claims or defenses that are the subject of this civil action, that relate to Plaintiff's employment with Defendant, or that Plaintiff contends are relevant to any issue in this civil action.

21.

All emails, in native format, from the email account(s) identified by Plaintiff in response to Interrogatory No. 26, served contemporaneously herewith, that are dated between January 1, 2021 and the present, and which Plaintiff has sent to or received from any employee or agent of Defendant.

22.

Copies of all pages, comments, pictures, or other material Plaintiff posted on the social networking account(s) identified by Plaintiff in response to Interrogatory No. 27, served contemporaneously herewith, that are dated between January 2021 and the present, and which in any way reference Defendant or any of its agents or employees.

23.

Copies of all pages, comments, pictures, or other material Plaintiff posted on the social networking account(s) identified by Plaintiff in response to Interrogatory No. 27, served contemporaneously herewith, that are dated between January 2021 and the present, and which

145

relate to any of the claims or defenses that are the subject of this civil action, that relate to Plaintiff's employment with Defendant, or that Plaintiff contends are relevant to any issue in this civil action.

## MMSEA Requests

24. [1]

All medical expenses or bills that have been paid by Medicare to any healthcare provider involved in the treatment of the injuries you are claiming in this lawsuit.

25.

All documents, including any summaries, regarding conditional payments you have been provided through Medicare or a Medicare secondary payer contractor for medical expenses or bills incurred for treatment of the injuries you are claiming in this lawsuit.

26.

Sign and return to Defendant's counsel the enclosed Consent to Release form.

**FREEMAN MATHIS & GARY, LLP**

*/s/ John D. Bennett*
John D. Bennett
Georgia Bar No. 059212

*Attorney for Defendant*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T:  770.818.0000
F:  770.937.9960
E:  jbennett@fmglaw.com

---

[1] The documents sought in requests 24 through 26 are necessary for the defendant or any insurer of the defendant to comply with reporting obligations under the Medicare Secondary Payer Act. *See* 42 U.S.C. 1395(y)(b)(8), otherwise known as Section 111 of the Medicare, Medicaid and S-CHIP Extension Act of 2007 ("MMSEA").

IN THE SUPERIOR COURT OF FLOYD COUNTY
STATE OF GEORGIA

CESAR AUGUSTO CORDON SOSA    )
    )
Plaintiff,    )
    )
v.    )    Case No. 22CV01681-3
    )
WINGZ, INC.    )
    )
Defendant.    )

## UNIFORM SUPERIOR COURT RULE 5.2 CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing

DEFENDANT'S FIRST REQUESTS FOR PRODUCTION TO PLAINTIFF upon all parties to

this matter by depositing a true copy of same in the United States Mail, proper postage prepaid,

addressed to counsel of record as follows:

Cesar Augusto Cordon Sosa
6 Payne Road SW
Rome, GA 30165

I further certify that on this same date, the foregoing Defendant's First Request for Admissions
to Plaintiff were sent via email to Plaintiff, addressed to ccdrive2020@gmail.com

This 17th day of March, 2023.

*/s/ John D. Bennett*
John D. Bennett
Georgia Bar No. 059212

*Attorney for Defendant*

FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T: 770.818.0000

*147*

# EXHIBIT 15.

**(5)** A civil action instituted solely for the purpose of invoking this subsection shall be void ab initio.

**(c)** Obligations to pay attorney's fees contained in security deeds and bills of sale to secure debt shall be subject to this Code section where applicable.

**(d)** The provisions of this Code section shall not authorize the recovery of attorney's fees in any tort claim.

*Amended by 2012 Ga. Laws 725,§ 1, eff. 7/1/2011.*

*Amended by 2010 Ga. Laws 624,§ 13, eff. 6/3/2010.*

*See 2012 Ga. Laws 725, § 3.*

---

**‹ Previous**                                                                    **Next ›**

---

**Disclaimer:** These codes may not be the most recent version. Georgia may have more current or accurate information. We make no warranties or guarantees about the accuracy, completeness, or adequacy of the information contained on this site or the information linked to on the state site. Please check official sources.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

# EXHIBIT 16.

## IN THE SUPERIOR COURT OF FLOYD COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| CESAR AUGUSTO CORDON SOSA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 22CV01681-3 |
| | ) | |
| WINGZ, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DEPOSITION OF PLAINTIFF CESAR AUGUSTO SOSA

PLEASE TAKE NOTICE that on **Wednesday, August 16, 2023 beginning at 10:00 a.m.**

at the Third Floor Judge's Conference Room located within the Floyd County Superior Court,

3 Government Plaza, Rome, Georgia 30161, the undersigned counsel for Wingz, Inc. will proceed

to take the deposition of Cesar Augusto Cordon Sosa upon oral examination pursuant to O.C.G.A.

§ 9-11-30(b). This deposition will be taken before a certified court reporter or some other officer

duly authorized by law to take depositions and will continue from day to day, until its completion.

This deposition will be taken by means of stenographic and/or video recordings, for all purposes

permitted under the Georgia Civil Practice Act.

This 8th day of August, 2023.

/s/ Kelli N. Spearman
John D. Bennett
Georgia Bar No. 059212
Kelli N. Spearman
Georgia Bar No. 187882

**FREEMAN MATHIS & GARY, LLP**
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T: 770.818.0000
F: 770.937.9960
E: jbennett@fmglaw.com
E: knspearman@fmglaw.com

152

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the within and foregoing **NOTICE OF DEPOSITION OF PLAINTIFF CESAR AUGUSTO SOSA** to be filed with the Clerk of Floyd County Superior Court via the Court's e-filing system, and further served by overnight mail with sufficient postage affixed to ensure delivery and addressed as follows:

Cesar Augusto Cordon Sosa
6 Payne Rd. SW
Rome, GA 30165

This 8th day of August, 2023.

/s/ Kelli N. Spearman
Kelli N. Spearman
Georgia Bar No. 187882

152

**STATE OF GEORGIA**
**FLOYD COUNTY**

WITNESS SUBPOENA

TO: Cesar Augusto Cordon Sosa
6 Payne Rd SW
Rome, GA 30165

YOU ARE HEREBY COMMANDED, that laying all other business aside, you be in and appear at the Floyd County

Superior Court, Civil/Criminal Division, before AN AUTHORIZED COURT REPORTER ~~Judge~~
of the Superior Court, in Room 3rd Floor Judges Conference Room of the Floyd County Courthouse at 10:00 o'clock A.M./~~P.M.~~ on the
11th day of August , 20 23 , to be sworn as a witness for the _____ in the case of
Cesar Augusto Cordon Sosa vs. WINGZ, Inc.
Case No. 23CV01681-3

You are required to attend from day to day and from time to time until the matter is disposed of.

HEREIN FAIL NOT, under the penalty of law by authority of John E. Niedrach, William F. Sparks, Kay Ann Wetherington,

Bryan T. Johnson, Judges of said Court, this 8th day of August , 20 23 .

If you have questions contact Attorney For
~~Plaintiff~~/Defendant
Kelli N. Spearman
100 Galleria PKWY
Suite 1600, Atlanta GA 30339
Phone: 678.996.9033

*Barbara H. Penson* CSC
Barbara H. Penson, Clerk Superior Court

BY: *Melissa Jones*
Deputy Clerk

FedEx 

FedEx® Tracking

SHOPRUNNER by FedEx
READY TO SHOP AGAIN? SAVE ON YOUR NEXT ORDER
SHOP NOW

**DELIVERED**

# Wednesday

8/9/23 at 1:59 PM

⤓ Obtain proof of delivery

**DELIVERY STATUS**
Delivered



**TRACKING ID**
772990917663 ✎ ☆

**FROM**
ATLANTA, GA US

**WE HAVE YOUR PACKAGE**

**ON THE WAY**

**OUT FOR DELIVERY**

**DELIVERED**

154

8/8/23, 4:41 PM        Case 2:25-cv-01307-SPG-RAO        Document 1 Print Ship Filed 02/14/25 Label(s) Page 155 of 162 Page eFiler for Record
                                                                              ID #:155

                                                                                                8/17/2023 4:51 PM

                                                                                                Floyd County, GA



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

155-

February 21, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 772990917663

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | ROME, GA, |
| | | Delivery date: | Aug 9, 2023 13:59 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 772990917663 | Ship Date: | Aug 8, 2023 |
| | | Weight: | |

| Recipient: | Shipper: |
|---|---|
| ROME, GA, US, | ATLANTA, GA, US, |

Reference          17620-102405

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment

15-6

56272
Court of Appeals of Georgia

# Edenfield v. State

147 Ga. App. 502 (Ga. Ct. App. 1978) · 249 S.E.2d 316
Decided Oct 12, 1978

56272.

ARGUED SEPTEMBER 18, 1978.

DECIDED OCTOBER 12, 1978.

Contempt. White Superior Court. Before Judge Palmour.

*Arthur K. Bolton, Attorney General, William M. House, Kirby G. Atkinson, Russell N. Sewell, Assistant Attorneys General,* for appellant.

*Jeff C. Wayne, District Attorney, Roland H. Stroberg, Assistant District Attorney,* for appellee.

BIRDSONG, Judge.

This is a contempt based upon a defaulting witness. The facts show that appellant was a Georgia State Trooper. He was subpoenaed to appear as a witness. In accordance with custom, all subpoenas for pending trials in the Superior Court of White County were sent to the sheriff for service. In accordance with this custom, the sheriff carried all the subpoenas and delivered them to a single officer or clerk in the patrol station. The subpoenas were then distributed by clerical assistants by placing each respective subpoena in the mail cubicle of the subpoenaed officer. Trooper Edenfield answered his subpoena on the day demanded. The case was continued over to another day and on that day, Edenfield was late for the trial proceedings. Edenfield subsequently appeared without counsel and following an evidentiary hearing was found in contempt and fined and ordered incarcerated. This appeal followed. *Held:*

Though five enumerations of error are asserted, only the first will be considered as it is dispositive of the case. It is undisputed that Trooper Edenfield was not personally served nor was service obtained by registered mail. Appellee argues that the manner of service was in accordance with established practice and is the only practicable method. Thus, appellee argues convenience as the criteria for service. However, Ga. L. 1966, p. 502 (Code Ann. § 38-801 (c)) governs the only legally permissible modes of serving subpoenas. That statute provides: "A subpoena may be served by any sheriff, by his deputy or by any other person not less than 18 years of age. Proof may be shown by return or certificate indorsed on a copy of the subpoena. Subpoenas may also be served by registered or certified mail, and the return receipt shall constitute *503 prima facie proof of service. Service upon a party may be made by serving his counsel of record." In construing that statute, the Supreme Court held in *Heard v. Hopper,* 233 Ga. 617, 618 ( 212 S.E.2d 797): "With respect to pleadings and other matters which must be served upon an adversary party, it has been uniformly held that it is immaterial that the party actually received the pleading or other matter where service was otherwise improper. [Cits.] No reason appears why the same rule should not apply with respect to service of subpoenas. In the instant case service of the subpoenas was not effected either by *personal service or by certified mail,* the only two modes authorized by Code Ann. § 38-801 (c)." (Emphasis supplied.) The lack of personal service invalidated the legal force and effect of the

casetext
Part of Thomson Reuters

1

subpoena, therefore, the subpoena could not serve as the basis for a conviction as a defaulting witness.

*Judgment reversed. Bell, C. J., and Shulman, J., concur.*

ARGUED SEPTEMBER 18, 1978 —
DECIDED OCTOBER 12, 1978.

casetext
Part of Thomson Reuters

158



Go to previous versions of this Section ⤓

# 2022 Georgia Code
# Title 9 - Civil Practice
# Chapter 11 - Civil Practice Act
# Article 5 - Depositions and Discovery
# § 9-11-30. Depositions Upon Oral Examination

**Universal Citation:** GA Code § 9-11-30 (2022)

a. When depositions may be taken.   After commencement of the action, any party may take the testimony of any person, including a party, by deposition upon oral examination. Leave of court, granted with or without notice, must be obtained only if the plaintiff seeks to take a deposition prior to the expiration of 30 days after service of the summons and complaint upon any defendant or service made under subsection (f) of Code Section 9-11-4, except that leave is not required if a defendant has served a notice of taking deposition or otherwise sought discovery or if special notice is given as provided in paragraph (2) of subsection (b) of this Code section. The attendance of witnesses may be compelled by subpoena as provided in Code Section 9-11-45. The deposition of a person confined in a penal institution may be taken only by leave of court on such terms as the court prescribes.

b. Notice of examination.

1. General requirements.   A party desiring to take the deposition of any person upon oral examination shall give reasonable notice in writing to every other party to the action. The notice shall state the time and place for taking the deposition, the means by which the testimony shall be recorded, and the name and address of each person to be examined, if known, and, if the name is not

_158_



┌──────────────────────────────────────────────────────────────┐
│ Go to previous versions of this Section                    ↓ │
└──────────────────────────────────────────────────────────────┘

# 2022 Georgia Code
# Title 50 - State Government
# Chapter 13 - Administrative Procedure
# Article 1 - General Provisions
# § 50-13-13. Opportunity for Hearing in Contested Cases; Notice; Counsel; Subpoenas; Record; Enforcement Powers; Revenue Cases

**Universal Citation:** GA Code § 50-13-13 (2022)

‹ Previous                                          Next ›

a. In addition to any other requirements imposed by common law, constitution, statutes, or regulations:

1. In any contested case, all parties shall be afforded an opportunity for hearing after reasonable notice served personally or by mail;

2. The notice shall include:

   A. A statement of the time, place, and nature of the hearing;

   B. A statement of the legal authority and jurisdiction under which the hearing is to be held;

   C. A reference to the particular section of the statutes and rules involved;

   D. A short and plain statement of the matters asserted. If the agency or other party is unable to state the matters in detail at the time, the notice may be

160



Go to previous versions of this Section                                    ↓

# 2022 Georgia Code
# Title 9 - Civil Practice
# Chapter 11 - Civil Practice Act
# Article 5 - Depositions and Discovery
# § 9-11-27. Depositions Before Action or Pending Appeal

**Universal Citation:** GA Code § 9-11-27 (2022)

a. Before action.

1. Petition.    A person who desires to perpetuate such person's own testimony or that of another person regarding any matter that may be cognizable in any court may file a verified petition in the superior court of the county where the witness resides. The petition shall be entitled in the name of the petitioner and shall show that the petitioner expects to be a party to litigation but is presently unable to bring it or cause it to be brought, the subject matter of the expected action and the petitioner's interest therein, the facts which the petitioner desires to establish by the proposed testimony and the petitioner's reasons for desiring to perpetuate it, the names or a description of the persons the petitioner expects will be adverse parties and their addresses so far as known, and the names and addresses of the persons to be examined and the substance of the testimony which the petitioner expects to elicit from each, and shall ask for an order authorizing the petitioner to take the depositions of the persons to be examined named in the petition, for the purpose of perpetuating their testimony.

2. Notice and service.    The petitioner shall thereafter serve a notice upon each person named in the petition as an expected adverse party, together with a copy

the subpoena issues on behalf of the United States or any of its officers or agencies.

(2) *Service in the United States.* A subpoena may be served at any place within the United States.

(3) *Service in a Foreign Country.* 28 U.S.C. §1783 governs issuing and serving a subpoena directed to a United States national or resident who is in a foreign country.

(4) *Proof of Service.* Proving service, when necessary, requires filing with the issuing court a statement showing the date and manner of service and the names of the persons served. The statement must be certified by the server.

(c) **Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

(A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

(B) within the state where the person resides, is employed, or regularly transacts business in person, if the person

(i) is a party of a party's officer; or

(ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:

(A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

(B) inspection of premises at the premises to be inspected.

Purchase the print edition of the 2024 Federal Rules of Civil Procedure for $19.50.

OTHER SITES

o  Federal Rules of Evidence

o  Federal Rules of Bankruptcy Procedure

o  Federal Rules of Criminal Procedure

o  Federal Rules of Appellate Procedure

o  U.S. Bankruptcy Code

162